**EXHIBIT A**

The Hongkong and Shanghai Banking Corporation Limited 香港上海滙豐銀行有限公司
Network Services Centre, Payment Services Department 中央滙港中心 · 匯款服務部

**DUPLICATE ADVICE**

REMITTANCES ADVICE   匯款通知書

| Transaction Reference 交易編號 | |
|---|---|
| TT   GZC183636 | 20 APR 2005 |

HSBC BANK PLC                                          LONDON

TT   GZC183636
                    TO   HSBC BANK PLC
                         INTL DIVISION LONDON
                    F/O  5TH AVENUE PARTNERS LTD/SO KEVIN/
                         LU YAN LUCY
                    A/C  58947833
                    O/O  MR SO KEVIN + MS LU YAN LUCY
                    DTL  REF SO KEVIN/LU YAN LUCY
                         MESSAGE FOR A/C 625-019930 DEP 0001
                    AID  B SW MIDLGB22
           BK TO BK      /ACC/YR OFC AT 1 SOUTH PLACE THE
                         //HELICON LONDON EC2M SC 40-05-15

TT AMOUNT         USD 30000,000.00
TOTAL CHARGES     HKD       160.00 DR 625-018437-888
DR AMOUNT         USD 30000,000.00 DR 625-019930-0001

NOTE: Telegraphic transfers are not subject to the Bank's usual conditions.
注意: 電匯交易需符合本行通常之條件。

Member HSBC Group
匯豐集團成員


