**EXHIBIT D**

22/04 2005 12:58 FAX 0207 705 5899   HSBC MOORGATE

# HSBC

Fax - 0034 971 227 011

Date 22Apr2005  Time 12:58  Page 1

**ELECTRONIC PAYMENTS DETAILS**

Product       58947825 FGN DEPOSIT 5TH AVENUE PARTNERS LTD
Process date  20Apr2005
Payment reference number 7C20045M02007383

| | |
|---|---|
| Payment type | Inward payment |
| Value date | 20Apr2005 |
| Amount | USD 30,000,000.00cr |
| Sender's reference | 8103 |
| Beneficiary customer | 5TH AVENUE PARTNERS LTD SO KEVIN LO YAN LUCY |
| Ordering customer | MR SO KEVIN AND MS LU YAN LUCY |
| Statement details | ADVICE CONFIRMS 7C20045M02007383 MR SO KEVIN AND MS |
| Payment details | REF SO KEVIN LU YAN LUCY MESSAGE FOR AC 625 019930 DEP 0001 |

4/54