Haig Kalbian (Admitted *pro hac vice*)
D. Michelle Douglas (CA Bar No. 190248)
Aaron Knights (Admitted *pro hac vice*)
KALBIAN HAGERTY L.L.P.
The Brawner Building
888 17th Street, N.W., Suite 1000
Washington, DC 20006
Phone:      (202) 223-5600
Facsimile:  (202) 223-6625
E-mail:     hkalbian@kalbianhagerty.com
            mdouglas@kalbianhagerty.com
            aknights@kalbianhagerty.com

Kevin J. Moore (CA Bar No. 134284)
Cameron H. Totten (CA Bar No. 180765)
MOORE & ASSOCIATES, PLC
301 E. Colorado Blvd., Suite 600
Pasadena, CA 91101
Phone:      (626) 568-9300
Facsimile:  (626) 568-9374
E-mail:     KMoore@kjmlaw.com
            CTotten@kjmlaw.com
Counsel for Plaintiff Kevin So

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SO, <br><br> Plaintiff, <br><br> v. <br><br> LAND BASE, LLC, et al. <br><br> Defendants. | CASE NO. CV 08-3336 DDP (AGRx) <br><br> **NOTICE OF MOTION AND MOTION FOR LEAVE TO AMEND COMPLAINT** <br><br> **Oral Argument Scheduled** <br><br> Date:    January 12, 2009 <br> Time:    10:00 a.m. <br> Place:   Courtroom 3 – 2nd Floor <br> Before:  The Hon. Judge Pregerson |

Plaintiff Kevin So, by and through counsel and pursuant to Rule 15 of the Federal Rules of Civil Procedure and Rules 15-1 to 15-3 of the Local Rules of the Central District of California, hereby moves the Court to grant Plaintiff leave to file a First Amended Complaint. This motion is supported by the Memorandum of Points and Authorities filed herewith and the proposed First Amended Complaint attached thereto, all pleadings on file in this action, and any oral argument held on this motion.

A proposed order is filed herewith.

Dated: December 18, 2008        KALBIAN HAGERTY, LLP

/s/

D. MICHELLE DOUGLAS (CA Bar No. 190248)
*Counsel for Plaintiff Kevin So*

## CERTIFICATE OF SERVICE

I am employed in the District of Columbia; I am over the age of eighteen years and not a party to the above-entitled action; my business address is 888 17th Street, NW, Suite 1000, Washington, DC 20006.

I hereby certify that on the date set forth below, I electronically filed the foregoing:

1. Notice of Motion and Motion for Leave to Amend
2. Memorandum of Points and Authorities in Support of Motion for Leave to Amend

with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Craig G. Christensen, Esq.
Juris Group, Inc.
1504 Eureka Rd., Suite 390
Roseville, CA 95661

I hereby certify that I will mail the document by U.S. mail to the following non-filing user(s):

Charles Woodhead
25 Nunes Road
Watsonville, CA 95076

Dated: December 18, 2008          KALBIAN HAGERTY, LLP

/s/

_____
D. MICHELLE DOUGLAS (CA Bar No. 190248)
*Counsel for Plaintiff Kevin So*