Haig Kalbian (Admitted *pro hac vice*)
D. Michelle Douglas (CA Bar No. 190248)
Aaron Knights (Admitted *pro hac vice*)
KALBIAN HAGERTY L.L.P.
The Brawner Building
888 17th Street, N.W., Suite 1000
Washington, DC 20006
Phone:       (202) 223-5600
Facsimile:   (202) 223-6625
E-mail:      hkalbian@kalbianhagerty.com
             mdouglas@kalbianhagerty.com
             aknights@kalbianhagerty.com

Kevin J. Moore (CA Bar No. 134284)
Cameron H. Totten (CA Bar No. 180765)
MOORE & ASSOCIATES, PLC
301 E. Colorado Blvd., Suite 600
Pasadena, CA 91101
Phone:       (626) 568-9300
Facsimile:   (626) 568-9374
E-mail:      KMoore@kjmlaw.com
             CTotten@kjmlaw.com
Counsel for Plaintiff Kevin So

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LAND BASE, LLC, et al.<br><br>　　　　　Defendants. | CASE NO. CV 08-3336 DDP (AGRx)<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT** |

Upon consideration of Plaintiff's Motion for Leave to Amend Complaint (the "Motion"), and good cause appearing therefore, it is hereby

**ORDERED** that Plaintiff's Motion be and hereby is **GRANTED**; and it is further

**ORDERED** that, pursuant to Local Rule 15-3, the First Amended Complaint is deemed served as of the date of this Order on all parties previously appearing in this matter.

**SO ORDERED.**

Dated: _____           _____
                                            Judge, United States District Court