O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEVIN SO,

              Plaintiff,

   v.

LAND BASE, LLC; UNIVEST
FINANCIAL SERVICES, INC.;
BORIS LOPATIN, individually
and d/b/a BORIS LOPATIN
ASSOCIATES and CHARLES W.
WOODHEAD,

             Defendants.

_____

Case No. CV 08-03336 DDP (AGRx)

**ORDER GRANTING LEAVE TO FILE
SECOND AMENDED COMPLAINT**

[Motion filed on June 12, 2009]

    On June 12, 2009, Plaintiff Kevin So filed his Motion for Leave to file his Second Amended Complaint.  Because there has been no opposition to the Motion, and in light of the liberal standard in favor of amendment provided by Federal Rule of Civil Procedure 15, the Court grants the Motion.

    Plaintiff noticed his motion to be heard on July 6, 2009. Pursuant to the Local Rules for the Central District of California, opposing papers on the Motion were due on June 22, 2009, fourteen days prior to that scheduled hearing date.  C.D. Cal. L.R. 7-9.  No

1   opposition had been filed by that date, and as of the date of this

2   Order, there is still no opposition.  Local Rule 7-12 provides that

3   "[t]he failure to file any required paper, or the failure to file

4   it within the deadline, may be deemed consent to the granting or

5   denial of the motion."  C.D. Cal. L.R. 7-12.   Pursuant to Local

6   Rule 7-12, the Court treats the failure to oppose the motion as

7   consent by all served parties the granting of that motion.

8       Federal Rule of Civil Procedure 15(a) reinforces this

9   conclusion.  "The court should freely give leave when justice so

10  requires."  Fed. R. Civ. P. 15(a)(2).  In light of the federal

11  policy favoring the determination of cases on their merits, this

12  policy is to be applied with "extreme liberality."  Eminence

13  Captial, LLC v. Aspeon, Inc., 316 F.3d 1048, 1051 (9th Cir. 2003).

14  Factors that may justify denying a Rule 15(a)(2) motion include

15  undue delay, bad faith, dilatory motive, repeated failure to cure

16  deficiencies by amendments previously allowed, undue prejudice to

17  the opposing party by virtue of the allowance of the amendment, and

18  futility of amendment.  Foman v. Davis, 371 U.S. 178, 182 (1962).

19  "In the absence of any apparent or declared reason," however, "the

20  leave sought should, as the rules require, be 'freely given.'"  Id.

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1     Because So moved to amend within the deadline, he need only

2 satisfy the liberal Rule 15(a)(2) standard.  As there has been no

3 opposition to his motion, the Court can see no reason leave to

4 amend should not be granted.  Accordingly, the Court grants

5 Plaintiff leave to file his Second Amended Complaint.

6 IT IS SO ORDERED.

7

8 Dated: July 10, 2009

9                                          DEAN D. PREGERSON
                                           United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3