Charles W. Woodhead

25 Nunes Road

Watsonville, California 95076

Phone: (831) 684-2480

Pro-Se



UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA

(Western Division-Los Angeles)

CASE NO.  CV 08-3336 DDP (AGRx)

**OBJECTION TO PLAINTIFF'S**

**REQUEST FOR ENTRY OF DEFAULT**

**AGAINST CHARLES W. WOODHEAD**

Honorable Dean D. Pregerson,

I received yesterday a copy of Mr. Kalbian's request for entry of Default Judgement against me. I don't understand ...for what? At the Courts direction I do not file any papers in my defense...I am following your instructions.

I continue to deny anything and everything Mr. Kalbian claims with his numerous fraudulent filings. **I object to anything and everything he and his Law Firm files including this current request for entry of Default Judgement.** The allegations they make are simply not remotely true and I am sure a good income is being made via time-billing in their case.

I am simply requesting and awaiting a trial by jury along with the rest of the defendants. I am a former Naval Flight Officer who served in Vietnam with honor. What has happened in our country that allows attorneys to brutalize innocent

1

people using the authority and support of the Federal Courts? The co-defendants are all fine people I am proud to know. The charges by the Plaintiff's attorneys were and still are simply not true and a complete fabrication. They have twisted our words and manufactured a scenario that is colorful but still a lie.

I am on fixed Social Security income now and can not hire an attorney. I suppose in the legal system that is like shooting fish in a barrel but this fish is tired of being a target.

With all due respect I request the court to put a stop to this stupidity and dismiss this fraudulent case.

If anything I have written here sounds offensive to the court I assure you that is not my intention and I apologize.

Respectfully,

*[signature]*
Charles W. Woodhead                                        August 30, 2009

Defendant

## **CERTIFICATE OF SERVICE**

I certify that I have mailed the document by U.S. mail to the following :

Kalbian Hagerty L.L.P.

The Brawner Bldg

888 17th Street, N.W., Suite 1000

Washington, D.C. 20006

*Counsel for Plaintiff Kevin So*


Thomas W. Dressler, Esq.

Dennis M. McPhillips, Esq

Dressler Law Group

707 Wilshire Blvd, Suite 3700

Los Angeles, Ca 90017

*Attorneys for Defendant Univest Financial group, Inc.*


William P. Donovan Jr, Esq.

Brendan E. Starkey, Esq.

DLA Piper LLP (US)

1999 Avenue of the Stars, Suite 400

Los Angeles, CA 90067-6023

*Attorneys for Defendant Kevin R. Kondas*

1

Todd D. Thibodo, Esq.

Law Offices of Todd D. Thibodo

16133 Ventura Boulevard, Suite 580

Encino, California 91436

*Attorney for Defendants KB&M*

*Projects International, llc and*

*CTL Projects International, LLC*


Wayne E. Beaudoin, Esq.

The Law Offices of Wayne Beaudoin

15165 Ventura Boulevard, Suite 400

Sherman Oaks, California 91403

*Attorney forDefendant  Mira Meltzer*


Dated August 30, 2009


Charles W. Woodhead

*Defendant Pro-Se*