# EXHIBIT A

Haig Kalbian (Admitted *pro hac vice*)
D. Michelle Douglas (CA Bar No. 190248)
Aaron Knights (Admitted *pro hac vice*)
KALBIAN HAGERTY L.L.P.
The Brawner Building
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone:      (202) 223-5600
Facsimile:  (202) 223-6625
E-mail:     hkalbian@kalbianhagerty.com
            mdouglas@kalbianhagerty.com
            aknights@kalbianhagerty.com

Kevin J. Moore (CA Bar No. 134284)
Cameron H. Totten (CA Bar No. 180765)
MOORE & ASSOCIATES, PLC
301 E. Colorado Blvd., Suite 600
Pasadena, CA 91101
Phone:      (626) 568-9300
Facsimile:  (626) 568-9374
E-mail:     KMoore@kjmlaw.com
            CTotten@kjmlaw.com
*Counsel for Plaintiff Kevin So*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
(Western Division-Los Angeles)

| | |
|---|---|
| KEVIN SO, <br><br> Plaintiff, <br><br> v. <br><br> LAND BASE, LLC, et al. <br><br> Defendants. | CASE NO. CV 08-3336 DDP (AGRx) <br><br> **PLAINTIFF'S INITIAL RULE 26 DISCLOSURE STATEMENT** |

Plaintiff Kevin So, through undersigned counsel and pursuant to Fed.R.Civ.P. 26(a)(1) and the Court's Rule 16(b) Scheduling Order dated November 10, 2008, hereby submits his initial disclosures.

### PRELIMINARY STATEMENT

Plaintiff incorporates in this statement all information contained in his Complaint, all parties' answers, disclosures statements, answers to interrogatories, responses to requests for production, correspondence, depositions taken, and documents produced during discovery, without waiver of any objections to admissibility or authenticity of such items. This Disclosure Statement and its contents

represent the results of the investigation of this matter to date. This matter is only in the initial stages of discovery and further investigation and discovery may bring to light additional information that may have a bearing on the Plaintiff's legal theories and factual allegations. Accordingly, this Initial Disclosure Statement is provided to comply with Rule 26(a)(1) and supplements may be provided as discovery continues and further information is obtained.

A.   **Individuals Likely to Have Discoverable Information.**

1.   Plaintiff Kevin So
     c/o Kalbian Hagerty, LLP
     The Brawner Building
     888 17th Street, NW, Suite 1000
     Washington, DC 20006
     (202) 223-5600

Plaintiff will testify regarding his investment in the Private Placement Project, his dealings with the Defendants, and all facts set out in the Complaint as well as any other pleadings filed on his behalf in this matter.

2.   Defendant Boris Lopatin
     1274 N. Crescent Heights Blvd. # 116
     Los Angeles, CA 90046

Defendant Lopatin is believed to have information regarding, *inter alia*, (i) the recruitment of Plaintiff and others as investors in the Private Placement Project, (ii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iii) any agreements and communications between the various persons and entities involved in the Private Placement Project, (iv) the location and amount of profits earned as a result of the Private Placement Project by this defendant and his co-defendants as well as any third parties, and (v) the case of *HSBC Bank plc v. Michael Robert Alexander Brown, et al.*, 2005 Folio 841, before the High Court of Justice Queen's Bench Division Commercial Court (the "HSBC Litigation").

3.   Defendant Suilkee Kim a/k/a Cameron S. Kim
     Address Unknown

Defendant Kim is believed to have information regarding, *inter alia*, (i) the recruitment of Plaintiff and others as investors in the Private Placement Project, (ii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iii) any agreements and communications between the various persons and entities involved in the Private Placement Project, (iv) the location and amount of profits earned as a result of the Private Placement Project by this defendant and his co-defendants as well as any third parties, and (v) the HSBC Litigation.

4.   Defendant Charles W. Woodhead
     25 Nunes Road
     Watsonville, CA 95076
     (831) 684-2480

Defendant Woodhead is believed to have information regarding, *inter alia*, (i) the recruitment of Plaintiff and others as investors in the Private Placement Project, (ii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iii) any agreements and communications between the various persons and entities involved in the Private Placement Project, (iv) the location and amount of

profits earned as a result of the Private Placement Project by this defendant and his co-defendants as well as any third parties, and (v) the HSBC Litigation.

5.  Defendant Lucy Lu
    51 Kimbark Cr.
    Markham, ON
    L3R 7P4
    Canada

Defendant Lu is believed to have information regarding, *inter alia*, (i) the recruitment of Plaintiff by Lu and Henry Yang as an investor in a private placement investment, (ii) the recruitment of Plaintiff and others as investors in the Private Placement Project, (iii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iv) any agreements and communications between the various persons and entities involved in the Private Placement Project, (v) the location and amount of profits earned as a result of the Private Placement Project by this defendant and his co-defendants as well as any third parties, and (vi) the HSBC Litigation.

6.  Defendant Henry Yang
    51 Kimbark Cr.
    Markham, ON
    L3R 7P4
    Canada

Defendant Yang is believed to have information regarding, *inter alia*, (i) the recruitment of Plaintiff by Yang and Lu as an investor in a private placement investment, (ii) the recruitment of Plaintiff and others as investors in the Private Placement Project, (iii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iv) any agreements and communications between the various persons and entities involved in the Private Placement Project, (v) the location and amount of profits earned as a result of the Private Placement Project by this defendant and his co-defendants as well as any third parties, and (vi) the HSBC Litigation.

7.  Michael Robert Alexander Brown
    Address Unknown

Mr. Brown is believed to have information regarding, *inter alia*, (i) the recruitment of Plaintiff and others as investors in the Private Placement Project, (ii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iii) any agreements and communications between the various persons and entities involved in the Private Placement Project, (iv) the location and amount of profits earned as a result of the Private Placement Project by this defendant and his co-defendants as well as any third parties, and (v) the HSBC Litigation.

8.  Robert Minton
    21 Giles
    Staffordshire, England
    W5137JU

Defendant Minton is believed to have information regarding, *inter alia*, (i) the recruitment of Plaintiff and others as investors in the Private Placement Project, (ii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iii) any agreements and communications between the various persons and entities involved in the Private Placement Project, (iv) the location and amount of profits earned as a result of the Private Placement Project by this defendant and his co-defendants as well as any third parties, and (v) the HSBC Litigation.

9.  Defendant Mira Meltzer
    7848 Willowbrook Road
    Fairfax Station, VA 22039

    Defendant Meltzer is believed to have information regarding, *inter alia*, (i) the recruitment of Plaintiff and others as investors in the Private Placement Project, (ii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iii) any agreements and communications between the various persons and entities involved in the Private Placement Project, (iv) the location and amount of profits earned as a result of the Private Placement Project by this defendant and his co-defendants as well as any third parties, and (v) the HSBC Litigation.

10. Defendant Kevin Kondas
    9431 Silver Oak Road
    La Plata, MD 20646

    Defendant Kondas is believed to have information regarding, *inter alia*, (i) the recruitment of Plaintiff and others as investors in the Private Placement Project, (ii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iii) any agreements and communications between the various persons and entities involved in the Private Placement Project, (iv) the location and amount of profits earned as a result of the Private Placement Project by this defendant and his co-defendants as well as any third parties, and (v) the HSBC Litigation.

11. Defendant Keith Millar
    26 Station Road Crosshills
    North Yorkshire, England
    BD207EH

    Defendant Millar is believed to have information regarding, *inter alia*, (i) the recruitment of Plaintiff and others as investors in the Private Placement Project, (ii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iii) any agreements and communications between the various persons and entities involved in the Private Placement Project, (iv) the location and amount of profits earned as a result of the Private Placement Project by this defendant and his co-defendants as well as any third parties, and (v) the HSBC Litigation.

12. Robert William Mann
    737 Westholme Avenue
    Los Angeles, CA 90026

    Mr. Mann is believed to have information regarding, *inter alia*, (i) his recruitment as an investor in the Private Placement Project, (ii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iii) any agreements and communications between the various persons and entities involved in the Private Placement Project, and (iv) the HSBC Litigation.

13. Charles Martin Edwards
    Paddock Hill Farm
    Hough Lane
    Wilmslow, Cheshire
    SK9 2LH

    Mr. Edwards is believed to have information regarding, *inter alia*, (i) his recruitment as an investor in the Private Placement Project, (ii) the fraud alleged in the Complaint and the persons and entities who participated therein, (iii) any agreements and communications between the various persons and entities involved in the Private Placement Project, and (iv) the HSBC Litigation.

Plaintiff's Initial Rule 26 Disclosure Statement

14. Birui Wang
    28 Leeswood Crestwood
    Scaraborough, Ontario
    Canada, M1S 2P3

Ms. Wang is believed to have information regarding, *inter alia*, her common business interests with Kevin So, the recruitment of her and Kevin So by Defendants Lu and Yang investors in a private placement investment, (ii) the recruitment of Plaintiff and others as investors in the Private Placement Project, (iii) the fraud alleged in the Complaint and the persons and entities who participated therein, and (iv) the HSBC Litigation.

15. Craig Christensen
    9609 Old Quarry Court
    Loomis, California 95650

Mr. Christensen is believed to have information regarding, *inter alia*, (i) his involvement with and investment of funds with Defendant Univest Financial Services, Inc. ("Univest"); (ii) the recruitment of Univest as an investor in the Private Placement Project; (iii) any agreements and communications between and among the various persons and entities involved in the Private Placement Project, including Univest; (iv) Univest's efforts to divest itself from the Private Placement Project, and (v) the distribution of and present location of the funds Univest received following its divestment.

16. Lawrence Gerschel
    7 Quaker Ridge Road
    Sherman, CT 06784

Mr. Gerschel is believed to have information regarding, *inter alia*, (i) his involvement with and investment of funds with Defendant Univest Financial Services, Inc. ("Univest"); (ii) the recruitment of Univest as an investor in the Private Placement Project; (iii) any agreements and communications between and among the various persons and entities involved in the Private Placement Project, including Univest; (iv) Univest's efforts to divest itself from the Private Placement Project, and (v) the distribution of and present location of the funds Univest received following its divestment.

17. Jeffrey Moritz
    1 Berkley Court
    Briarcliff Manor, NY 10510

Mr. Moritz is believed to have information regarding, *inter alia*, (i) his involvement with and investment of funds with Defendant Univest Financial Services, Inc. ("Univest"); (ii) the recruitment of Univest as an investor in the Private Placement Project; (iii) any agreements and communications between and among the various persons and entities involved in the Private Placement Project, including Univest; (iv) Univest's efforts to divest itself from the Private Placement Project, and (v) the distribution of and present location of the funds Univest received following its divestment.

18. Jane Zhou
    75 Bamburgh Circle
    Apt. 1917
    Toronto, Ontario M1W 3W1
    Canada

Ms. Zhou is believed to have information regarding meetings and negotiations between and among Lucy Lu, Michael Brown, Boris Lopatin, attorneys of Fox Williams, and/or others regarding Plaintiff's potential participation in the Private Placement Project.

19. Leonard J. Suchanek
    3026 Seven Oaks Place
    Falls Church, Virginia 22042

    Mr. Suchanek is believed to have information regarding the HSBC Litigation and the involvement of the various defendants therein.

20. George A. ("Youri") Lambert
    c/o Law Offices Lambert and Associates
    1025 Connecticut Avenue, Suite 1000
    Washington, D.C.

    Mr. Lambert is believed to have information regarding the HSBC Litigation and the involvement of the various defendants therein.

21. Jackie Arnull
    147 Gresham Drive
    Romford, Essex RM6 4TR
    England, United Kingdom

    Ms. Arnull is believed to have information regarding the Private Placement Project, communications HSBC had with Brown, Defendants, Plaintiff and other investors, as well information regarding HSBC's discovery of the fraud and the ensuing HSBC Litigation.

22. Ian Leonard
    53 Lily Close
    Chelmsford, Essex CM1 6YN
    England, United Kingdom

    Mr. Leonard is believed to have information regarding the Private Placement Project, communications HSBC had with Brown, Defendants, Plaintiff and other investors, as well information regarding HSBC's discovery of the fraud and the ensuing HSBC Litigation.

23. Antony Brown
    Bivonas
    24 Cornhill
    London EC3V 3ND, UK
    44 (0)20 7337 2600

    Mr. Brown is believed to have information the participation of all defendants and various non-parties in the HSBC Litigation.

24. Other witnesses from any entity (i) involved in the Private Placement Project, (ii) involved in the HSBC Litigation, or (iii) associated with other persons identified herein as potential witnesses, as well as any bank, law firm or brokerage firm representing or holding records relating to those persons or entities, including but not limited to: Land Base, L.L.C., Boris Lopatin & Associates, Univest Financial Services, Inc., KM & Associates International, LLC, CTL Projects International, KB&M Projects International, LLC, Fox Williams, Earth Core Group, Knight Capital Group, LLC, 5th Avenue Partners GmbH., 5th Avenue Partners Ltd., ADM Investor Services International Limited, Devonshire Capital Ltd., Lamberhurst Developments Ltd., Lamberfiurst Hotels Limited, Premier Equity Ltd., Pritchard Stockbrokers Ltd., Refco Securities LLC, Refco Overseas Ltd., Refco Securities Ltd., Cambridge Asset Management, Trust Group, Ecovega, LLC, Altus Investment Management Ltd., Kendall Freeman, Mesereau & Yu LLP, Allen & Overy, Intrend Asset Management, HSBC Bank, plc (UK and Hong Kong), Emulex, Union Bank, Euroclear, Cantor Fitzgerald, DTC, SWIFT, Goodman Derrick, Morgan Stanley,

Ahmud & Co., Willoughby & Partners, Taylor Wessing, LLP, Robert C Seekts Solicitors, the U.K. Foreign & Commonwealth Office.

25. Custodians of records for any of the above persons or entities and/or any other person as necessary to provide foundation for the introduction of records and exhibits into evidence.

Plaintiff reserves the right to call any and all witnesses disclosed and/or listed by any other party to this matter and other witnesses whose identities may not yet be discovered. Discovery is ongoing and this Initial Disclosure may be supplemented, if necessary, in accordance with the Rules.

**B. Documents and Things that May Be Used to Support Plaintiff's Claims.**

Without waiver of any objections thereto, Plaintiff may rely on the following documents and things. All items listed below will be offered to the extent they exist and are later obtained through discovery. Plaintiff does not have all of the following items in its possession but some may be in the hands of Plaintiff's agents, specifically U.K. counsel.

1. The contract described in the Complaint as the Land Base Agreement;

2. All Pleadings filed in the HSBC Litigation;

3. All transcripts of any hearing or trial proceedings held in connection with the HSBC Litigation or the prosecution of any charges against Michael Brown relating in any way to the Private Placement Project (the "Brown Prosecution");

4. All experts' reports (and exhibits or appendices thereto) prepared or filed in relation to the HSBC Litigation by any person, including but not limited to M. Desmond Fitzgerald Stephen Maxwell Hiscock, Vantis Numerica LLP, Leonard Suchanek;

5. All witness statements or affidavits made or filed in relation to the HSBC Litigation by any person or entity, including but not limited to: Jamil Ahmud, Allen & Overy, Jacqueline Louise Arnull, Paul Backhouse, Mark Bravi, Charles Leary Brimble, Denis Byrne, Jemma Caroline Clamp, Andrew Stephen Cormack, Julian Morgan Courtney, Deborah Mary D'Aubney, Andrew Rhys Davies, Andrew Laurence Denny, Patrick Louis de Vink, Charles Martin Edwards, Rainer Friedrich Stephen Evers, 5th Avenue Partners, Michael Charles Fishlock, David Gillespie, Philip Hall, Stephen Hawksworch, Winston Hayles, Robert John Hunter, HSBC Bank plc, David Richard Kendall, Simon Hume Kendall, Clifford Graham Knuckey, Noel Jon Jordan Lindsay, Ian Stuart Leonard, Boris Lopatin, Robert William Mann, Joanne Carole Mather, Nigel Miller, David Mudie, Keith Edward Oliver, Raymond Mark Parker, Simon Paterson, Joanna Powell, Walter Schumacher, Kevin So, Richard Gavin Spence, Benjamin Summers, Mona Bina Annmary Vaswani, Craig Gordon Walker, Emma Marie Walker, Angeline Marie Welsh, Russell Gurney Williams, Yan Lucy Lu (aka Lucy Lu), Jane Zhou;

6. All exhibits and documents filed or offered in evidence in any hearing, trial or proceeding in the HSBC Litigation;

7. All orders, rulings, memoranda, decisions, or judgments issued by the High Court in relation to the HSBC Litigation;

8. All records (including but not limited to bank statements, correspondence, records of electronic transfers, procedure and employee manuals, employment records, and audio files) produced by HSBC in relation to the HSBC Litigation and/or the present litigation;

9. Transcripts of all depositions (including exhibits and appendices thereto) conducted in connection with the HSBC Litigation;

10. All documents constituting discovery or disclosure requests or responses exchanged by any party or person during the HSBC Litigation;

11. All correspondence and documents relating in any way to the Private Placement Project including any documents relating to transactions, schedule and expenses;

12. All correspondence and documents relating in any way to Plaintiff's investment in the Private Placement Project;

13. All correspondence and documents relating in any way to Robert Mann's investment in the Private Placement Project;

14. All correspondence and documents relating in any way to Charles Edwards' investment in the Private Placement Project;

15. All contracts between Kevin So and any Defendant or other person or entity involved in the Public Placement Project;

16. Correspondence between and among any party to this action and any person or entity listed as a potential witness in Section A;

17. All correspondence between and among all parties, their counsel, and all witnesses in connection to the HSBC Litigation;

18. All witness statements and other documents in the files of the police relating to the investigation of Michael Brown and/or the Brown Prosecution and/or the Private Placement Project and/or the HSBC Litigation.

19. News articles regarding HSBC, Michael Brown, and/or the HSBC Litigation;

20. All documents produced by any party in response to a subpoena issued in the present litigation, the HSBC Litigation, the Brown Prosecution, the matter entitled *In re Application Pursuant to 28 U.S.C. 1782 for an Order Permitting Discovery*, Case No. 2007 MISC M19-96 (S.D.N.Y.), and the Michael Brown bankruptcy litigation in the U.K. and any other litigation arising from or related to the Private Placement Project;

21. Travel records of any persons listed in Section A above

22. Documents, materials, and authoritative works relied upon by any expert in this matter;

23. Transcripts (including videotapes and recordings) of depositions taken of any person in this matter and any exhibits or attachments thereto;

24. Admissible portions of all discovery responses and Disclosure Statements served by any party in this matter and any exhibits or attachments thereto;

25. Expert witness report and *curriculum vitae* for each expert witness retained by any party, and all evidence reviewed by such witness in formulating his or her opinions, to be provided when received;

26. All exhibits and evidence disclosed and/or listed by any other party to this matter;

27. All pleadings filed in this action.

Discovery is in its initial stages and Plaintiff reserves the right to supplement this disclosure, if necessary, to add additional documents and things which might be identified during subsequent discovery, in accordance with the Rules.

C. **Computation of Damages.**

Plaintiff's damages, to the extent they can be calculated at this time, were set out in detail in the Motion for Default Judgment filed on September 15, 2008, which is incorporated herein. These damages are presently estimated as follows:

1. Initial Losses from Private Placement Project
   a. Initial investment                                $30,000,000.00
   b. Less net "participation" distributions received   -$1,692,463.00
   c. Less funds received from UK court                 -$10,329,246.15
   d. Less proceeds of plane sale                       -$808,367.70
                                                        $17,169,923.15

2. Losses in HSBC Litigation
   a. Attorneys' fees in HSBC Litigation (est.)         $6,500,000.00
   b. Plus Order against Plaintiff for HSBC costs       $1,582,875.00
                                                        $8,082,875.00

These figures represent preliminary calculations. Plaintiff will supplement accordingly. Plaintiff also is entitled to compound interest on the amounts listed in No. 1 and simple interest on the amounts listed in No. 2 from the time each amount was incurred until date of judgment.

In addition, Plaintiff suffered expectation damages, including but not limited to, lost profits as a result of the fraud and conversion of Plaintiff's investment funds alleged in the Complaint (or any amendments thereto). Plaintiff additionally suffered damage to his reputation and loss of good will as a result of Defendant's fraud and their continued deception throughout the HSBC Litigation.

D. **Insurance Policies.**

Plaintiff holds no insurance policy which is applicable to this matter.

Dated February 20, 2009    KALBIAN HAGERTY L.L.P.

*/s/ D. Michelle Douglas*
D. MICHELLE DOUGLAS (CA Bar No. 190248)
Counsel for Plaintiff Kevin So

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of February, 2009, a true and complete copy of the foregoing Plaintiff's Initial Rule 26 Disclosure Statement was served via U.S. Mail on the following:

Charles Woodhead
25 Nunes Road
Watsonville, CA 95076

Thomas W. Dressler, Esq.
Dennis M. McPhillips, Esq.
Dressler Law Group
707 Wilshire Blvd., Ste. 3700
Los Angeles CA, 90017
Attorneys for Univest Financial Services, Inc.

Mira Meltzer
7848 Willowbrook Road
Fairfax Station, VA 22039

_D. Michelle Douglas_
D. MICHELLE DOUGLAS (CA Bar No. 190248)
Counsel for Plaintiff Kevin So