# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| VS. | ) CASE NO. |
| | ) CV 08-3336 DDP (AGRx) |
| LAND BASE, LLC; UNIVEST FINANCIAL SERVICES, INC.; BORIS LOPATIN, individually and d/b/a BORIS LOPATIN ASSOCIATES; CHARLES W. WOODHEAD; KEVIN R. KONDAS, KEITH MILLAR; KM & ASSOCIATES INTERNATIONAL, LLC; KB&M PROJECTS, INTERNATIONAL, LLC; CTL PROJECTS INTERNATIONAL, LLC; SUILKEE KIM a/k/a CAMERON S. KIM; LUCY LU a/k/a LUCY YAN a/k/a LUCY YAN LU a/k/a YAN LU a/k/a YAN LUCY LU; HENRY YANG; MIRA MELTZER; JEFFREY M. MORITZ; and LAURENCE GERSCHEL a/k/a LAURENT GERSCHEL, | ) |
| and | ) |
| JOHN DOE DEFENDANTS 1-10 | ) |
| Defendants. | ) |

Deposition of KEVIN SO, taken on behalf of the Defendants, at 1999 Avenue of the Stars, Suite 400, Los Angeles, California, commencing at 9:07 A.M., Thursday, March 11, 2010, before Deanna Deremo, Certified Shorthand Reporter No. 13398.

| | |
|---|---|
| 1  Q    Do you also understand that it's your | 09:08 |
| 2  obligation to tell the truth?  It's the same as if | |
| 3  you were in a courtroom before Judge Pregeson today, | |
| 4  who is our judge in this case. | |
| 5  A    I understand that. | 09:09 |
| 6  Q    Do you also understand that under American | |
| 7  law if you do not tell the truth to all the | |
| 8  questions that you're asked during your deposition, | |
| 9  that you are potentially subject to civil and | |
| 10 criminal penalties including possibly going to jail? | 09:09 |
| 11 A    I understand that. | |
| 12 Q    You were a participant in litigation in | |
| 13 the United Kingdom involving HSBC and Michael Brown; | |
| 14 is that correct? | |
| 15 A    That is correct. | 09:10 |
| 16 Q    Isn't it true, Mr. So, that you did not | |
| 17 tell the truth in answering all of the questions | |
| 18 asked of you during the HSBC trial in London? | |
| 19 A    I would like to make a statement before we | |
| 20 officially start today. | 09:11 |
| 21 Q    Well, we have started, and I asked you a | |
| 22 very specific question.  I'd like an answer to my | |
| 23 question. | |
| 24 A    Would you please repeat your question? | |
| 25 Q    Isn't it true, Mr. So, that you did not | 09:11 |

| | | |
|---|---|---|
| 1 | tell the truth in answering all of the questions | 09:11 |
| 2 | asked of you during the HSBC trial in London? | |
| 3 |     A    Everything I said in the court in the | |
| 4 | United Kingdom was true. | |
| 5 |     Q    Did you tell the truth in responding to | 09:12 |

3      A    Everything I said in the court in the
4  United Kingdom was true.
5      Q    Did you tell the truth in responding to
6  all of the questions asked of you in the Suchanek
7  trial in Washington D.C.?
8      MS. TAN:  Excuse me.  It's Suchanek.
9      THE INTERPRETER:  Suchanek.  Thank you.
10     THE WITNESS:  Yes, I said the truth.
11 BY MR. DONOVAN:
12     Q    Did you tell the truth, Mr. So, in all of
13 your written testimony in the HSBC case in London?
14     A    Repeat, please.
15     Q    Did you tell the truth, Mr. So, in all of
16 your written testimony in the HSBC case?
17     A    I did not prepare the statement for the
18 court in the United Kingdom, and I did not sign it
19 either.
20     Q    Are you aware that in the HSBC case in
21 London, written statements were submitted under the
22 name of Kevin So?
23     A    Repeat your question, please.
24     MR. DONOVAN:  Why don't we have it read
25 back?

| | | |
|---|---|---|
| 1 | the room. | 09:17 |
| 2 | BY MR. DONOVAN: | |
| 3 | Q  Did you have lawyers who represented you | |
| 4 | in the HSBC case? | |
| 5 | A  I did. | 09:17 |
| 6 | Q  Who were the names of the lawyers who | |
| 7 | represented you in the HSBC case? | |
| 8 | A  During that period I had two attorneys. | |
| 9 | One was from the United Kingdom.  The name was | |
| 10 | Bivonas, and one was a U.S. attorney, and the name | 09:18 |
| 11 | was Suchanek. | |
| 12 | Q  Did you also get legal advice at any time | |
| 13 | during the HSBC case from the Kalbian Law Firm? | |
| 14 | A  I don't understand the question. | |
| 15 | Q  Did the two lawyers in this room, | 09:18 |
| 16 | Mr. Kalbian and Mr. Hagerty, provide you with any | |
| 17 | advice or counsel at any time during the HSBC | |
| 18 | litigation? | |
| 19 | A  To my recollection when I appeared in | |
| 20 | court, the two gentlemen you just named were not | 09:19 |
| 21 | representing me yet. | |
| 22 | Q  All right.  I didn't ask you whether | |
| 23 | Mr. Kalbian or Mr. Hagerty represented you in court. | |
| 24 | I asked you whether you got any legal advice or | |
| 25 | counsel from Mr. Kalbian or Mr. Hagerty at any time | 09:19 |

Page 11

```
 1   answered.                                                    09:34
 2           THE WITNESS:  I already provided the
 3   answer.  In court before it started, my attorney had
 4   already made the statement for me.
 5   BY MR. DONOVAN:                                               09:36
 6       Q   Which attorney?
 7       A   In court there were QC and attorney from
 8   Bivonas.
 9           MR. KALBIAN:  Bivonas, B-i-v-o-n-a-s.
10   BY MR. DONOVAN:                                               09:36
11       Q   What's the name of the attorney who made
12   the statement to the Court that Ms. Lu had no
13   interest in the proceeds invested with Michael
14   Brown?
15       A   I don't recall which attorney made the                09:37
16   statement, but it was -- there were the two
17   attorneys there in court making statements.
18       Q   Were you there with them when the
19   statement was allegedly made?
20       A   I was.                                                09:37
21       Q   Did HSBC offer $9 million to settle the
22   case with you?
23       A   Yes.
24       Q   You rejected that settlement offer;
25   correct?                                                      09:38
```

| | | |
|---|---|---|
| 1 | will revise the translation. If she does not agree, | 09:45 |
| 2 | she will not revise the translation, and the check | |
| 3 | translator can put her alternative view on the | |
| 4 | record if she wants. No banter from the lawyers. | |
| 5 | We can move on. Mr. Kalbian is shaking his head in | 09:45 |
| 6 | agreement, and I think we all agreed off the record | |
| 7 | that was the most productive way to proceed. | |
| 8 |     MR. KALBIAN: And for the record, that's | |
| 9 | fine with me. | |
| 10 | BY MR. DONOVAN: | 09:47 |
| 11 |   Q  Mr. So, am I understanding your testimony | |
| 12 | correctly that the only reason the case didn't | |
| 13 | settle was because Mira Meltzer and Leonard Suchanek | |
| 14 | wanted their names added to the settlement | |
| 15 | agreement; is that your testimony? | 09:47 |
| 16 |     MS. TAN: Excuse me. Can you repeat your | |
| 17 | question again? At the end I think there's a very | |
| 18 | important word. | |
| 19 |     MR. DONOVAN: I'll ask it again because we | |
| 20 | got to get answers, and we got to move. | 09:48 |
| 21 |     THE INTERPRETER: Please. Thank you. | |
| 22 | BY MR. DONOVAN: | |
| 23 |   Q  Is it your testimony, Mr. So, that the | |
| 24 | only reason the HSBC case didn't settle was because | |
| 25 | Judge Suchanek and Ms. Meltzer wanted their names | 09:48 |

Page 20

| | | |
|---|---|---|
| 1 | added to the settlement document? | 09:48 |
| 2 | A    I don't know whether that was the reason | |
| 3 | or not.  At the time they wanted to add the two | |
| 4 | names, and after the two names were added, there was | |
| 5 | no more response.  So I don't know the real reason. | 09:49 |
| 6 | Q    Was the response that you authorized your | |
| 7 | lawyers to give HSBC $9 million in adding Suchanek | |
| 8 | and Meltzer's names to the document or something | |
| 9 | else? | |
| 10 | A    I don't recall the content of the | 09:49 |
| 11 | response. | |
| 12 | Q    Isn't it true, Mr. So, that during your | |
| 13 | settlement negotiations with HSBC, you received | |
| 14 | advice from the Kalbian Hagerty Firm? | |
| 15 | A    I don't recall the details at that time. | 09:50 |
| 16 | Q    Yes or no, did you get advice from the | |
| 17 | Kalbian and Hagerty Firm during the settlement | |
| 18 | negotiations with HSBC? | |
| 19 |         MR. KALBIAN:  Objection.  Asked and | |
| 20 | answered. | 09:50 |
| 21 |         THE WITNESS:  I already answered the | |
| 22 | question. | |
| 23 | BY MR. DONOVAN: | |
| 24 | Q    Did you get advice from any lawyer other | |
| 25 | than Leonard Suchanek during your settlement | 09:51 |

```
 1    month?                                                    12:01
 2       A    I don't.
 3       Q    The conversation that you just recounted
 4    with Ms. Lu, was that in person or over the phone?
 5       A    Through telephone.                                 12:01
 6       Q    How many conversations did you have with
 7    Ms. Lu about Dr. Kondas in 2005?
 8       A    I don't recall.
 9       Q    You only recall the one as you sit here
10    today?                                                    12:02
11       A    It was more than once.
12       Q    Okay.  Can you -- do you remember a second
13    conversation?
14       A    My memory is blended together.  I am not
15    able to recall exactly which conversation there was.      12:02
16       Q    How sure are you that, in fact, there was
17    more than one conversation with Ms. Lu mentioning
18    Dr. Kondas in 2005?
19       A    She mentioned him more than once.
20       Q    To fully explore your recollection, can           12:03
21    you remember any other details Ms. Lu ever
22    reportedly said about Dr. Kondas other than the one
23    conversation you've already told us about?
24            MR. KALBIAN:   In 2005?
25            MR. DONOVAN:   Anytime.                           12:03
```

Page 54

| | | |
|---|---|---|
| 1 | THE WITNESS: I do. | 12:03 |
| 2 | BY MR. DONOVAN: | |
| 3 | Q    What else do you remember? | |
| 4 | A    Every time when funds were needed to be | |
| 5 | wired to KM & A, Lu would bring it up. And she | 12:05 |
| 6 | would say that pursuant to the contract, 20 percent | |
| 7 | of the -- she would say that pursuant to the | |
| 8 | contract, there was a 20-percent commission payable | |
| 9 | to KM & A. And at each payment, KM & A would issue | |
| 10 | a receipt. | 12:06 |
| 11 | Q    Did you ever instruct Ms. Lu not to wire | |
| 12 | money to KM & A? | |
| 13 | A    According to Lu, she had already signed a | |
| 14 | contract with KM. And KM is an entity of the U.S. | |
| 15 | Federal Bank, and Kondas is an official at U.S. | 12:07 |
| 16 | Federal Bank, and this 20-percent commission is | |
| 17 | something that has to be paid to him. | |
| 18 | Q    Did you ever pick up the phone and call | |
| 19 | Dr. Kondas and ask him whether he was affiliated | |
| 20 | with any United States bank? | 12:07 |
| 21 | MR. KALBIAN: Objection. Asked and | |
| 22 | answered. | |
| 23 | THE WITNESS: I already answered. | |
| 24 | MR. DONOVAN: I never asked a question at | |
| 25 | any time today -- wait. Let me finish, and I'm not | 12:08 |

Stelding Reporters, Inc.
(888) 741-4440

| | | |
|---|---|---|
| 1 | **A**    I don't recall. However, the conspiring | 15:13 |
| 2 | cohort said that there are rules in this industry. | |
| 3 | What -- they said that there are rules in | |
| 4 | humanitarian projects, and it will be depending on | |
| 5 | the transaction conditions. | 15:13 |
| 6 | **Q**    Isn't it true you didn't ask Ms. Lu at all | |
| 7 | about the profits that could be expected from the | |
| 8 | transactions with Michael Brown? | |
| 9 | **A**    They were not able to provide me with a | |
| 10 | precise figure. They said that in humanitarian | 15:14 |
| 11 | projects, there are the project's own rules, and it | |
| 12 | would be depending on the transaction conditions. | |
| 13 | **Q**    Did you have a specific expectation as to | |
| 14 | -- strike that. At any time have you studied for a | |
| 15 | Master's Degree in Economics? | 15:14 |
| 16 | **A**    After work I have read some books in | |
| 17 | Economics. | |
| 18 | **Q**    Are you studying for a Master's Degree in | |
| 19 | Economics or not? | |
| 20 | **A**    I am reading books in the field. | 15:15 |
| 21 | **Q**    On your own? | |
| 22 | **A**    For so many years because of the | |
| 23 | litigation, I don't even have time to do my | |
| 24 | business. How do I find time to go back to school? | |
| 25 | **Q**    This is a self-study course? | 15:15 |

Stelding Reporters, Inc.
(888) 741-4440

| | | |
|---|---|---|
| 1 | A    Yes. | 15:15 |
| 2 | Q    Did you understand on the Michael Brown | |
| 3 | transactions that if you wanted to you could get | |
| 4 | your money back at any time? | |
| 5 | A    I don't understand your question. | 15:16 |
| 6 | Q    Well, you answered it in the United | |
| 7 | Kingdom case.  So let me ask it again.  Did you have | |
| 8 | an understanding that if you wanted to get your | |
| 9 | money back on the transactions with Michael Brown | |
| 10 | that you could get your money back at any time? | 15:16 |
| 11 | A    Based on Lu, Yang, and the conspiring | |
| 12 | cohort, my money was with an account in Youpai, and | |
| 13 | the principal will not go down, and the money can be | |
| 14 | taken back at any time. | |
| 15 | Q    Who would you have to ask to get your | 15:17 |
| 16 | money back? | |
| 17 | MR. KALBIAN:  Objection to the form of | |
| 18 | that question. | |
| 19 | THE WITNESS:  I really should take time to | |
| 20 | carefully ask those who conspired to defraud me. | 15:18 |
| 21 | BY MR. DONOVAN: | |
| 22 | Q    Isn't it true that you hadn't thought | |
| 23 | about it carefully before making the investment who | |
| 24 | you might need to ask to get your money back? | |
| 25 | MR. KALBIAN:  Objection to the form. | 15:19 |

Stelding Reporters, Inc.
(888) 741-4440

| | | |
|---|---|---|
| 1 | about the transactions with Michael Brown? | 15:51 |
| 2 | A   I need to have the question clarified. | |
| 3 | Q   What about it do you need clarified? | |
| 4 | A   I didn't understand your question. | |
| 5 | Q   Well, a virtually identical question was | 15:52 |
| 6 | asked of you in the HSBC trial, and you answered it. | |
| 7 | But irrespective of that, I will rephrase it.  Did | |
| 8 | Ms. Lu prevent you from consulting an adviser to | |
| 9 | give you independent advice about your proposed | |
| 10 | transaction with Michael Brown? | 15:52 |
| 11 | A   That's because way from the beginning, Lu | |
| 12 | had me sign a confidentially agreement.  Therefore, | |
| 13 | I followed the terms in the confidentially | |
| 14 | agreement.  And HSBC, even in Hong Kong, is a very | |
| 15 | big bank.  And Lu provided letters of recommendation | 15:55 |
| 16 | and instruction issued by HSBC in the contract.  And | |
| 17 | Lu also said that the money would be with an account | |
| 18 | at HSBC, and this account will not cause any loss in | |
| 19 | the principal.  And based on all that, HSBC is a | |
| 20 | very dependable, big bank, and we checked with HSBC | 15:56 |
| 21 | about all the information provided to us. | |
| 22 | Q   Who's the "we" in we checked? | |
| 23 | A   Lu told the information to Birui and | |
| 24 | myself.  So we agreed to check with HSBC about the | |
| 25 | information. | 15:57 |

Page 113

Stelding Reporters, Inc.
(888) 741-4440

| | | |
|---|---|---|
| 1 | Q So you and Birui Wang went to HSBC and | 15:57 |
| 2 | checked? | |
| 3 | A I checked with HSBC through email. | |
| 4 | Q When? What year? | |
| 5 | A 2005. | 15:57 |
| 6 | Q What month? | |
| 7 | A April. | |
| 8 | Q What did you ask them? | |
| 9 | A I will tell you what I can recall. The | |
| 10 | document was drafted by Lu, and it was in English. | 15:58 |
| 11 | Lu told me it was to check whether the bank was a | |
| 12 | truly no depreciation in the principal account. | |
| 13 | Whether the account was a true, no-loss account. I | |
| 14 | don't recall the rest. | |
| 15 | Q Did HSBC respond to you and promise you | 15:59 |
| 16 | that you couldn't lose money on this investment? | |
| 17 | MR. KALBIAN: Objection to form. He can | |
| 18 | answer. | |
| 19 | THE WITNESS: Through Brown, response from | |
| 20 | HSBC was received. | 16:00 |
| 21 | BY MR. DONOVAN: | |
| 22 | Q Is that the incident in which Mr. Brown | |
| 23 | got furious that someone had contacted HSBC? | |
| 24 | A Yes. | |
| 25 | Q You were aware that Mr. Brown was furious | 16:00 |

Stelding Reporters, Inc.
(888) 741-4440

|    |    |    |
|----|----|----|
| 1  | with the contact to HSBC before investing any money | 16:00 |
| 2  | with Mr. Brown; right? | |
| 3  | A    Yes. | |
| 4  | Q    You invested with him anyway? | |
| 5  | A    I thought at the time that since HSBC did | 16:02 |
| 6  | not respond to me directly, instead HSBC responded | |
| 7  | to Brown.  In addition Lu said -- well, they said -- | |
| 8  | the cohorts said that, "See.  That shows what a big | |
| 9  | shot Brown is.  Brown could get so furious.  So you | |
| 10 | should believe that this is all true."  That's what | 16:02 |
| 11 | happened. | |
| 12 | MS. TAN:  May I?  Per my request to Brown. | |
| 13 | MR. KALBIAN:  Do we have an agreement on | |
| 14 | the interpretation? | |
| 15 | THE INTERPRETER:  Yes.  To make the record | 16:03 |
| 16 | clear, allow me to make the complete rendition. | |
| 17 | THE WITNESS:  That's because at the time I | |
| 18 | thought since HSBC did not respond to me directly | |
| 19 | instead they turned my request to Brown and | |
| 20 | responded to Brown.  And in addition, Lu said -- | 16:03 |
| 21 | well, the cohorts said, "See.  Brown is such a big | |
| 22 | shot.  He got so furious."  All that make me | |
| 23 | believe.  And they said, "This has to be all true." | |
| 24 | So that's what happened at that time. | |
| 25 | ///// | 16:04 |

Stelding Reporters, Inc.
(888) 741-4440