# EXHIBIT C

```
          IN THE UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF CALIFORNIA

KEVIN SO,                          )
                                   )
       Plaintiff,                  )
                                   )
VS.                                ) CASE NO.
                                   ) CV 08-3336 DDP (AGRx)
LAND BASE, LLC; UNIVEST            )
FINANCIAL SERVICES, INC.;          )
BORIS LOPATIN, individually        )
and d/b/a BORIS LOPATIN            )
ASSOCIATES; CHARLES W.             )
WOODHEAD; KEVIN R. KONDAS,         )
KEITH MILLAR; KM & ASSOCIATES      )
INTERNATIONAL, LLC; KB&M           )
PROJECTS, INTERNATIONAL, LLC;      )
CTL PROJECTS INTERNATIONAL,        )
LLC; SUILKEE KIM a/k/a CAMERON     )
S. KIM; LUCY LU a/k/a LUCY         )
YAN a/k/a LUCY YAN LU a/k/a        )
YAN LU a/k/a YAN LUCY LU;          )
HENRY YANG; MIRA MELTZER;          )
JEFFREY M. MORITZ; and             )
LAURENCE GERSCHEL a/k/a            )
LAURENT GERSCHEL,                  )
                                   )
and                                )
                                   )
JOHN DOE DEFENDANTS 1-10           )
                                   )
       Defendants.                 )
```

     Deposition of KEVIN SO, taken on
     behalf of the Defendants, at 1999
     Avenue of the Stars, Suite 400,
     Los Angeles, California, commencing at
     9:07 A.M., Friday, March 12, 2010,
     before Deanna Deremo, Certified
     Shorthand Reporter No. 13398.

| | | |
|---|---|---|
| 1 | do not testify. Just explain the issue; okay? | 09:22 |
| 2 | MS. TAN: Yeah. When you first asked, the | |
| 3 | interpreter didn't translate the term solicitor, and | |
| 4 | then later when she correct that into Chinese. Now, | |
| 5 | he thinks when you talk to me in English, solicitor | 09:22 |
| 6 | do I understand? He said, "I don't understand," but | |
| 7 | he means he doesn't understand English. | |
| 8 | MR. THIBODO: I appreciate you're trying | |
| 9 | to help, but please do not -- you're not permitted | |
| 10 | to testify about what Mr. So understands, or what he | 09:22 |
| 11 | believes. All I'm trying to establish is he was | |
| 12 | represented by solicitors and barristers in the | |
| 13 | lawsuit in England. | |
| 14 | MR. KALBIAN: Okay. We'll stipulate to | |
| 15 | that. | 09:23 |
| 16 | BY MR. THIBODO: | |
| 17 | Q  Okay. Very good. All right. Did the | |
| 18 | people -- the professionals, the attorneys, the | |
| 19 | solicitors and barristers who represented you in | |
| 20 | England -- did they provide you from time to time | 09:23 |
| 21 | with Mandarin translations of written documents? | |
| 22 | A  I like to hear the rendition in Mandarin | |
| 23 | one more time. I don't recall. | |
| 24 | Q  Did you have an interpreter who | |
| 25 | accompanied you to England during the course of the | 09:24 |

```
 1    recover money from Mr. Brown?                              10:36
 2         A    I don't understand the question.  Could
 3    you repeat?
 4         Q    Did anyone ever tell you that the court in
 5    England ordered that you and Ms. Lu were to                10:37
 6    jointly -- any recovery against Mr. Brown, was to be
 7    paid to you and Ms. Lu together?
 8         A    I don't recall.
 9         Q    Did you recover proceeds from Michael
10    Brown -- let me strike that.  Did you recover any          10:38
11    money from Michael Brown?
12         A    Yes.
13         Q    Did you pay any part of that money to Lucy
14    Lu?
15         A    No.                                              10:38
16         Q    Did you recover money as a result of the
17    sale of an aircraft?
18         A    Yes.
19         Q    Was any part of that money paid to Lucy
20    Lu?                                                        10:38
21         A    No.
22              MR. THIBODO:  I'd like to mark as Exhibit
23    10, an October 14, 2007 letter from -- that's on
24    Kalbian and Hagerty letterhead.
25              (Exhibit 10 was marked for identification.)      10:39
```

```
 1   BY MR. THIBODO:                                          10:39
 2       Q   Mr. So, I'd like you to turn to the fifth
 3   page of this document, and tell me if that's your
 4   signature, please?
 5       A   Yes.                                             10:40
 6       Q   Did someone translate this document for
 7   you before you signed it, Mr. So?
 8       A   I don't recall.
 9       Q   Was Mr. Hagerty present when you signed
10   this document, Mr. So?                                   10:41
11       A   I don't recall.
12       Q   Where -- next to your signature where it
13   says 15 Oct, 2007, is that your handwriting, Mr. So?
14       A   Yes.
15       Q   You were in England when you signed this         10:42
16   document; correct, Mr. So?
17       A   During that time I believe so.
18       Q   Yes.  You testified in the UK in the
19   English case against HSBC on October 15th, which is
20   the date you signed this document; correct, Mr. So?     10:42
21       A   I know it was around that time, but now, I
22   don't know exactly what date.
23       Q   This -- you testified -- the day you
24   signed this document, Mr. So -- this engagement
25   letter with Kalbian and Hagerty -- was the first day    10:43
```

| | | |
|---|---|---|
| 1 | you testified at trial in England; isn't that true? | 10:43 |
| 2 | A    I only recall that I testified during that | |
| 3 | period, but I don't recall exactly what day I | |
| 4 | appeared in court to testify. | |
| 5 | Q    One of the reasons you retained Kalbian | 10:44 |
| 6 | and Hagerty, Mr. So, was to assist you in connection | |
| 7 | with the case against HSBC in England; isn't that | |
| 8 | true? | |
| 9 | A    What happened at that time was that to | |
| 10 | retain -- the reason to retain Kalbian and Hagerty | 10:46 |
| 11 | was because at that time Suchanek told me that | |
| 12 | another law firm would be needed to assist the case. | |
| 13 | And later on the attorney from Denver said -- well, | |
| 14 | what happened was Suchanek recommended an attorney | |
| 15 | from Denver -- but later on this attorney from | 10:47 |
| 16 | Denver said, since Suchanek had already provided | |
| 17 | legal opinion to the British court, therefore, | |
| 18 | Suchanek would no longer be qualified to be my legal | |
| 19 | representative. | |
| 20 | Therefore, Kalbian and Hagerty Law | 10:47 |
| 21 | Firm was retained because Suchanek wanted to add a | |
| 22 | new law firm to assist, and Suchanek recommended | |
| 23 | Kalbian and Hagerty.  Later on we learned from the | |
| 24 | attorney in Denver something.  The attorney in | |
| 25 | Denver told us that the Denver attorney told | 10:51 |

| | | |
|---|---|---|
| 1 | Suchanek that at that time Suchanek still wanted to | 10:51 |
| 2 | represent Kevin So. | |
| 3 | However, the Denver attorney said to | |
| 4 | Suchanek, "You had already provided letter of | |
| 5 | opinion to the British court.  Therefore, you are no | 10:51 |
| 6 | longer qualified to be a legal representative." | |
| 7 | Therefore, he didn't want to do it anymore.  That's | |
| 8 | when we learned. | |
| 9 |    Q   At the time of this letter -- | |
| 10 | October 14th, 2007 -- Lucy Lu was also being | 10:52 |
| 11 | represented by Kalbian and Hagerty; correct? | |
| 12 |    MR. KALBIAN:  Object to the form of the | |
| 13 | question. | |
| 14 |    THE WITNESS:  What was your question? | |
| 15 |    MR. THIBODO:  Read back my question, | 10:53 |
| 16 | please. | |
| 17 |    (The record was read back as requested.) | |
| 18 |    THE WITNESS:  I don't know. | |
| 19 | BY MR. THIBODO: | |
| 20 |    Q   One of the things that Kalbian and Hagerty | 10:53 |
| 21 | was retained to represent you with was litigation of | |
| 22 | a lawsuit in the southern -- in the U.S. District | |
| 23 | Court for the Southern District of New York; is that | |
| 24 | correct, Mr. So? | |
| 25 |    A   Many cases were initiated by Suchanek.  I | 10:54 |

| | | | |
|---|---|---|---|
| 1 | A | In the beginning I learned that she was an | 15:54 |
| 2 | assistant to Suchanek. | | |
| 3 | Q | Have you ever met Mira Meltzer? | |
| 4 | A | Yes. | |
| 5 | Q | In person? | 15:54 |
| 6 | A | Yes. | |
| 7 | Q | When? | |
| 8 | A | The end of last year. | |
| 9 | Q | Where? | |
| 10 | A | In the courtroom in Washington, D.C. | 15:55 |
| 11 | Q | Is that the only time you have met | |
| 12 | Mrs. Meltzer in person? | | |
| 13 | A | This is all I can think of right now. | |
| 14 | Q | When you met Mrs. Meltzer at the courtroom | |
| 15 | in D.C., was that part of the lawsuit against the | | 15:55 |
| 16 | judge? | | |
| 17 | A | Yes. | |
| 18 | Q | Did you two speak at that time? | |
| 19 | A | No, not during that time. | |
| 20 | Q | Have you ever spoken personally with Mira | 15:56 |
| 21 | Meltzer? | | |
| 22 | | MR. KALBIAN:  In person?  Is that the | |
| 23 | question? | | |
| 24 | | MR. BEAUDOIN:  In person. | |
| 25 | | MR. KALBIAN:  Thank you. | 15:56 |

|    |                                                                       |       |
|----|-----------------------------------------------------------------------|-------|
| 1  | THE WITNESS:  In person, no.                                          | 15:57 |
| 2  | BY MR. BEAUDOIN:                                                      |       |
| 3  | Q    Have you ever known Mira Meltzer in any                          |       |
| 4  | capacity other than Judge Suchanek's assistant?                       |       |
| 5  | MR. KALBIAN:  Objection to form.  You can                             | 15:57 |
| 6  | answer.                                                               |       |
| 7  | THE WITNESS:  I don't understand the                                  |       |
| 8  | question.                                                             |       |
| 9  | BY MR. BEAUDOIN:                                                      |       |
| 10 | Q    You understood Mira Meltzer was the                              | 15:58 |
| 11 | Judge's assistant; correct?                                           |       |
| 12 | A    Yes.                                                             |       |
| 13 | Q    To your knowledge did Mira Meltzer have                          |       |
| 14 | any other profession?                                                 |       |
| 15 | A    She is a key manager at KM & A Company.                          | 15:58 |
| 16 | Q    Do you have any understanding as to what                         |       |
| 17 | KM & A Company does?                                                  |       |
| 18 | MR. KALBIAN:  I would caution you the same                            |       |
| 19 | way I cautioned you earlier.  If the sole basis of                    |       |
| 20 | your knowledge to answer that question is                             | 15:59 |
| 21 | information that you learned from Counsel, I'd                        |       |
| 22 | instruct you not to answer.  But if you have any                      |       |
| 23 | knowledge that's independent of that, you may                         |       |
| 24 | answer.                                                               |       |
| 25 | THE WITNESS:  My information came from my                             | 16:00 |

Page 249

```
 1   attorneys.                                              16:00
 2   BY MR. BEAUDOIN:
 3       Q    Have you ever emailed Mira Meltzer?
 4       A    Yes, I have.
 5       Q    On those occasions that you emailed Mira       16:00
 6   Meltzer, did you have somebody assist you in
 7   translating your email into English?
 8       A    Yes.
 9       Q    Would the same person help you translate
10   your emails to Mira Meltzer every time that you         16:01
11   emailed her?
12       A    No.
13       Q    Which people assisted you in translating
14   your emails to Mira Meltzer?
15       A    My partner, Wang Birui, has done that, and     16:02
16   some other interpreters have done that.
17       Q    Can you recall the names of any of these
18   other interpreters?
19       A    I am not able to think of the names right
20   now because it's not always the same one.               16:02
21       Q    Have you ever discussed the Private
22   Placement Project -- strike that.  Have you ever
23   discussed the Michael Brown Project with Mira
24   Meltzer?
25            MR. KALBIAN:  Objection.  Are you defining     16:03
```

Page 250

| | | |
|---|---|---|
| 1 | THE WITNESS:  About the 30 million | 16:06 |
| 2 | investment in England, Suchanek was my attorney, and | |
| 3 | Mira was Suchanek's assistant.  Therefore, Mira | |
| 4 | Meltzer was quite familiar with the investment | |
| 5 | information. | 16:06 |
| 6 | BY MR. BEAUDOIN: | |
| 7 | Q    Accepted.  Did Mira Meltzer ever give you | |
| 8 | investment advice? | |
| 9 | A    I don't recall. | |
| 10 | Q    Did Mira Meltzer ever advise you as to | 16:07 |
| 11 | whether you should invest money with Michael Brown? | |
| 12 | A    I don't recall. | |
| 13 | Q    Do you recall if Mira Meltzer ever advised | |
| 14 | you to do business with Land Base? | |
| 15 | A    In 2007, Mira took the initiative to put | 16:10 |
| 16 | people from Land Base to be in touch with me. | |
| 17 | Several times in early part of 2007, Mira put people | |
| 18 | from Land Base -- Boris Lopatin, Woodhead, and | |
| 19 | Kim -- tried several times to send them to Hong Kong | |
| 20 | to meet with me.  When Boris Lopatin, Woodhead and | 16:10 |
| 21 | Cameron were in Hong Kong, they introduced me to a | |
| 22 | lot of their projects.  Some had already been | |
| 23 | successfully completed, and some were about to | |
| 24 | start. | |
| 25 | Those projects include many projects | 16:12 |

| | | |
|---|---|---|
| 1 | that they -- many projects that would take place in | 16:12 |
| 2 | Thailand, a city that they were going to build, and | |
| 3 | also oil tube connecting Thailand to China and many | |
| 4 | projects in Europe.  They were also talking about | |
| 5 | purchasing a big office building for their office in | 16:12 |
| 6 | Hong Kong. | |
| 7 | During the time I was meeting with | |
| 8 | people from Land Base, Cameron told me that the | |
| 9 | telephone they were receiving or calling out were | |
| 10 | phone calls with Suchanek and Mira Meltzer.  Just by | 16:14 |
| 11 | observing their expression, they all seemed to be | |
| 12 | very happy on the phone, talking.  In addition | |
| 13 | Cameron also told me that Suchanek is a very | |
| 14 | powerful person.  One time Cameron accidentally | |
| 15 | called him by his first name.  For that Suchanek was | 16:15 |
| 16 | upset with Cameron for a long time and -- | |
| 17 | MR. BEAUDOIN:  I need to cut in here.  My | |
| 18 | question was has Mira Meltzer ever advised you to do | |
| 19 | business with Land Base?  I'm not hearing a | |
| 20 | response.  We're talking about somebody named | 16:15 |
| 21 | Cameron calling the judge by his name. | |
| 22 | MR. KALBIAN:  Who was with Boris | |
| 23 | Lopatin -- I think was his testimony -- who was Land | |
| 24 | Base.  He's giving you the answer.  You may not like | |
| 25 | the answer, but that's not a reason to cut in. | 16:16 |

```
 1    arrange time to meet with us.                              16:30

 2              And that went on for one year.  So my

 3    understanding is for one year Boris Lopatin didn't

 4    have time to come to meet with us.  So finally when

 5    Boris Lopatin had the time to come to meet with us,        16:30

 6    I was happy thinking that he would tell us more

 7    about the litigation.  I never anticipated that he

 8    came over here wanting to talk to us about the

 9    projects.

10         Q    Is it your understanding that you have           16:31

11    sued Mira Meltzer in this lawsuit?

12         A    Yes.

13         Q    Why have you sued Mira Meltzer?

14         A    That's because Mira Meltzer is a key

15    manager at KM & A Company.  I invested 30 million          16:32

16    principal in the investment, and the so-called

17    profit by those cohorts were taken away by KM & A

18    Company.  Mira being a key manager of KM & A, she

19    benefited from that money.

20         Q    Has Mira Meltzer in your opinion ever lied       16:33

21    to you?

22              MR. KALBIAN:  Objection to form.  Also

23    calls for speculation.

24              THE WITNESS:  I don't want to speculate.

25    /////                                                      16:33
```

Page 257

```
1    A    Yes.                                                      16:48

2         MR. DONOVAN:  The only way the answers to

3    those questions are privileged is if you were -- in

4    fact work was done because it was a prefatory

5    question to determine whether or not there had been   16:48

6    work done by the attorneys.

7         MR. KALBIAN:  You talking to me?

8         MR. DONOVAN:  Yeah.  So --

9         MR. KALBIAN:  I'm not going to debate this

10   on the record.  You heard my objection.  You got his  16:48

11   answer.  He's not going to answer.  Ask your next

12   question so we can all go home.  I'm not going to

13   debate it.

14   BY MR. DONOVAN:

15   Q    Mr. So, isn't it true that your testimony        16:48

16   about Dr. Kondas or your opinions about Dr. Kondas

17   that you offered in this deposition are based upon

18   the investigation of Counsel?

19        MR. KALBIAN:  Same objection.  If you can

20   answer that question without implicating any          16:49

21   communications you had with your lawyers, you may.

22   But if not, I'm instructing you not to answer.

23        THE WITNESS:  My information came from the

24   attorneys.

25   /////                                                 16:49
```

Page 261