# EXHIBIT F

```
IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION          2005 Folio No. 841
COMMERCIAL COURT

                                Court No 65
                                Royal Courts of Justice
                                The Strand
                                London WC2 A2U

                         Before:
                    MR JUSTICE WALKER
BETWEEN:

                       HSBC BANK PLC
                                                    Claimant
                          -and-

      (1) 5TH AVENUE PARTNERS LIMITED AND OTHERS
                                                   Defendant
AND BETWEEN:


                    (1) MR KEVIN SO
                    (2) MS YAN LUCY LU
                 (3) MR CHARLES MARTIN EDWARDS
                   (4) MR ROBERT WILLIAM MANN
                                          Part 20 Claimants
                          -and-

              (1) 5TH AVENUE PARTNERS LIMITED
              (2) MICHAEL ROBERT ALEXANDER BROWN
                     (3) HSBC BANK PLC
              (4) EMULEX CONSULTORES E SERVICOS LDA

                                          Part 20 Defendants


          EMULEX CONSULTORES E SERVICOS LDA
                                          Part 20 Claimant
                          -and-

              (1) MICHAEL ROBERT ALEXANDER BROWN
              (2) 5TH AVENUE PARTNERS LIMITED
                     (3) KEVIN SO
                     (4) YAN LUCY LU
                (5) CHARLES MARTIN EDWARDS
                     (6) HSBC BANK PLC
```

MR E MCQUATER QC and MS HUTTON (instructed by Allen & Overy LLP) appeared on behalf of the Claimant.
MR N VINEALL QC and MR J BOWLING (instructed by Bivonas Solicitors) appeared on behalf of the 10th 11th and 13th Defendants.



Day 6          HSBC          15th October 2007

### Page 17

1  the surname is HUBBARD.
2  MR JUSTICE WALKER: Thank you, Ms Hubbard. You are going to
3  use the Mandarin dialect, as it were, of Chinese, not
4  Cantonese?
5  THE INTERPRETER: That's right.
6  MR JUSTICE WALKER: The same is true for you, Ms Chase?
7  THE INTERPRETER: (The interpreter Ms Chase) Yes, indeed,
8  I'm a court-registered Mandarin interpreter.
9  MR JUSTICE WALKER: Thank you very much.
10  MR VINEALL: My Lord, Mr So is going to affirm.
11       CHONG WING SO (affirmed)
12       Examination-in-chief by MR VINEALL
13  MR JUSTICE WALKER: Mr So, please sit down.
14  MR VINEALL: Can Mr So be passed a copy of the statement in
15  Mandarin. (Handed)
16  Mr So, could you look at the document that has just been
17  handed to you, please. Is this a translation of
18  a statement made by you?
19  A. Yes.
20  Q. And which you signed in an English version on
21  11th August 2006?
22  A. Correct.
23  Q. Have you had an opportunity to read through that
24  statement, again, in the last couple of days?
25  A. Yes.

### Page 18

1  MR JUSTICE WALKER: What have you read: the translation or
2  the English?
3  A. Chinese version.
4  MR VINEALL: Mr So, can you read English without assistance
5  from translators?
6  A. No, I cannot.
7  Q. Would you look at paragraph 59 of the statement, please.
8  Could you explain to the court the change you have made
9  to the text of paragraph 59.
10  A. I think it was a typo there. It was actually, "After
11  Madam Lu returned to Canada".
12  Q. Thank you. Would you turn, please, in the statement, to
13  paragraph 13. Would you read that to yourself, please.
14  (Pause).
15  A. "The main shareholders in Arche of companies comprise my
16  family and Ms Lu's family. There are a number of other
17  minor shareholders."
18  Q. Can you tell the court whether that is still the
19  position?
20  A. No, no longer so.
21  Q. Can you explain what is different now.
22  A. At the time, because Madam Lu introduced me into this
23  investment opportunity. At the time, based on this
24  investment opportunity, we agree to percentage of shares
25  to Madam Lu but afterwards, not only we did not have any

### Page 19

1  profit out of this investment, but also, we cannot even
2  get our principal back. The HSBC has lost our money.
3  Therefore, at the moment, the relationship between my
4  families and her families are very much strained. My
5  family now do not agree to let her hold any shares in
6  the company. Therefore, this share has already been
7  cancelled.
8  Q. Subject to that further information, can you confirm
9  that the contents of this statement are true?
10  A. Yes.
11  Q. Do you adopt that statement as your evidence-in-chief?
12  A. Correct.
13  MR VINEALL: Thank you. Would you wait there, please, and
14  Mr Mcquater will have some questions for you.
15       Cross-examination by MR McQUATER
16  Q. Mr So, good morning.
17  A. Good morning.
18  Q. Your first language is Mandarin Chinese; that's correct,
19  is it not?
20  A. Correct.
21  Q. You have told us that you cannot read documents in the
22  English language?
23  A. Correct.
24  Q. You do not speak English at all, do you?
25  A. Correct.

### Page 20

1  Q. So if you are presented with a document in the English
2  language without a translation, you are dependent on
3  others to explain to you what it means, are you not?
4  A. Correct.
5  Q. We know that you made your English witness statement
6  with the help of Ms Lu; is that right?
7  A. Correct.
8  Q. I think you tell us she was, in turn, assisted by
9  Ms Zhou; is that right?
10  A. I understand Ms Zhou did help Madam Lu but to what
11  extent, I'm not sure.
12  Q. Just to be clear, the name you have just -- this is for
13  the interpreter my Lord -- the name you have just
14  mentioned, I would understand that to be Ms Zhou; in
15  English Z-H-O-U, is that correct?
16  THE INTERPRETER: You pronounce it in Mandarin as "Cho".
17  MR MCQUATER: Are we talking about the same lady?
18  THE INTERPRETER: Indeed, because I give the court some
19  information; for example, Peking used to be spelt by the
20  sound of Cantonese but because now Mandarin is the
21  official language in China, they got this pronunciation
22  system called "ping-ing"; so standard should be Beijing.
23  So that's what it come from.
24  MR MCQUATER: How should I be pronouncing Ms Zhou?
25  A. "Cho".

Day 6                                  HSBC                           15th October 2007

### Page 21

1  MR MCQUATER: Thank you.
2      Mr So, you did not speak directly to Mr Zhou about
3  your English witness statement, did you?
4  A. Correct.
5  Q. Ms Lu, her English is better than yours but she is not
6      fluent, is she?
7  A. Then I do not know but all I know is that your English
8      is much better than mine.
9  Q. Are you saying that you have no idea of what her ability
10     would be to read and understand financial documentation
11     in English?
12 A. I'm not clear.
13 Q. Mr So, the witness today was supposed to be Ms Lu and we
14     were told yesterday that she had had an accident.
15     (To the interpreter) Could you translate that,
16     please?
17     Mr So, do you have any information about this
18     accident?
19 A. No, I don't know.
20 Q. Have you spoken to anyone about this accident?
21 A. No.
22 Q. When was the last time you spoke to Ms Lu?
23 A. I cannot recall precisely which date. It must be at
24     least about a month ago.
25 Q. At that time, as far as you were aware, was she

### Page 22

1  intending to give evidence at this trial?
2  A. I did not discuss this matter with her at the time.
3  Q. You did not discuss this dispute with Ms Lu at that
4      time?
5  A. I don't understand your question.
6  Q. When you spoke to Ms Lu about a month ago, is your
7      evidence that you did not discuss this dispute with her?
8  A. My discussion with Ms Lu at the time was regarding how
9      we can get the money back from HSBC.
10 Q. Let me move on, Mr So. You will need your witness
11     statement in front of you for this purpose, please; if
12     you could follow in the Mandarin.
13     In paragraph 3, you tell us that you have a Master's
14     Degree in economics. That is right, is it not?
15 A. Not yet.
16 Q. Oh, I see -- a part-time master's degree in economics
17     which you are studying for?
18 A. Correct.
19 Q. In paragraph 7, we see that for six years between 1989
20     and 1995, you were the general manager of the cosmetics
21     manufacturing company which was the predecessor to
22     Arche?
23 A. Correct.
24 Q. In paragraph 8, we see that from 1995 you were the
25     general manager of Arche?

### Page 23

1  A. Correct.
2  Q. You remain the general manager and Chief Executive of
3      the Arche group of companies, are you not?
4  A. Correct.
5  Q. This group, the Arche group of companies, is
6      a well-known and substantial group of companies in
7      China, is it not?
8  A. Correct.
9  Q. And a successful group of companies?
10 A. Yes.
11 Q. If we look at paragraph 12 together, please, we see the
12     gross revenue, which would be equivalent, would it not,
13     Mr So, to about $80 to $90 million per annum?
14 THE INTERPRETER: Excuse me, for the interpreter's sake;
15     when you say dollars, you mean Hong Kong dollars or US
16     dollars?
17 MR MCQUATER: I am sorry, US dollars.
18 THE INTERPRETER: Thank you.
19 A. Yes, if you convert Chinese RMB into US dollars, more or
20     less you are right to say so.
21 MR MCQUATER: By the time of the transaction with 5th Avenue
22     Partners, you had been the general manager of Arche for
23     nearly ten years; that is right, is it not?
24 A. Correct.
25 Q. You had been the general manager of its predecessor

### Page 24

1  company for six years before that?
2  A. Yes, correct.
3  Q. I want to ask you now about your relationship with
4      Ms Lu. You tell us in paragraph 14 of your statement,
5      that your families had been very close for a long time?
6  A. Correct.
7  Q. You describe in paragraph 15 how you and Ms Lu became
8      friends?
9  A. Can you repeat your question, please.
10 Q. Yes. You describe in paragraph 15 of your witness
11     statement, how you and Ms Lu became friends; that's
12     right, is it not?
13 A. Yes, naturally, we became friends but I can't remember
14     since when.
15 Q. Are you still friends or has this transaction caused you
16     to fall out in any way?
17 A. I haven't thought about this yet. Now my major concern
18     is how to get the money back from HSBC.
19 Q. At the time of this transaction, in 2004 and 2005, you
20     and Ms Lu were friends?
21 A. Yes.
22 Q. Before this transaction with 5th Avenue Partners and
23     Michael Brown, you had never had any business or
24     financial dealings with Ms Lu, had you?
25 A. Correct.

6 (Pages 21 to 24)

Merrill Legal Solutions
(+44) 207 404 1400
www.merrillcorp.com
190 Fleet Street
London EC4A 2AG

1069

```
 1        the surname is HUBBARD.
 2   MR JUSTICE WALKER:  Thank you, Ms Hubbard.  You are going to
 3        use the Mandarin dialect, as it were, of Chinese, not
 4        Cantonese?
 5   THE INTERPRETER:  That's right.
 6   MR JUSTICE WALKER:  The same is true for you, Ms Chase?
 7   THE INTERPRETER:  (The interpreter Ms Chase)  Yes, indeed,
 8        I'm a court-registered Mandarin interpreter.
 9   MR JUSTICE WALKER:  Thank you very much.
10   MR VINEALL:  My Lord, Mr So is going to affirm.
11                     CHONG WING SO (affirmed)
12                 Examination-in-chief by MR VINEALL
13   MR JUSTICE WALKER:  Mr So, please sit down.
14   MR VINEALL:  Can Mr So be passed a copy of the statement in
15        Mandarin.  (Handed)
16        Mr So, could you look at the document that has just been
17        handed to you, please.  Is this a translation of
18        a statement made by you?
19   A.   Yes.
20   Q.   And which you signed in an English version on
21        11thAugust 2006?
22   A.   Correct.
23   Q.   Have you had an opportunity to read through that
24        statement, again, in the last couple of days?
25   A.   Yes.
```

17

```
 1   MR JUSTICE WALKER:  What have you read: the translation or
 2       the English?
 3   A.  Chinese version.
 4   MR VINEALL:  Mr So, can you read English without assistance
 5       from translators?
 6   A.  No, I cannot.
 7   Q.  Would you look at paragraph 59 of the statement, please.
 8       Could you explain to the court the change you have made
 9       to the text of paragraph 59.
10   A.  I think it was a typo there.  It was actually, "After
11       Madam Lu returned to Canada".
12   Q.  Thank you.  Would you turn, please, in the statement, to
13       paragraph 13.  Would you read that to yourself, please.
14       (Pause).
15   A.  "The main shareholders in Arche of companies comprise my
16       family and Ms Lu's family.  There are a number of other
17       minor shareholders."
18   Q.  Can you tell the court whether that is still the
19       position?
20   A.  No, no longer so.
21   Q.  Can you explain what is different now.
22   A.  At the time, because Madam Lu introduced me into this
23       investment opportunity.  At the time, based on this
24       investment opportunity, we agree to percentage of shares
25       to Madam Lu but afterwards, not only we did not have any
```

```
 1       profit out of this investment, but also, we cannot even
 2       get our principal back.  The HSBC has lost our money.
 3       Therefore, at the moment, the relationship between my
 4       families and her families are very much strained.  My
 5       family now do not agree to let her hold any shares in
 6       the company.  Therefore, this share has already been
 7       cancelled.
 8   Q.  Subject to that further information, can you confirm
 9       that the contents of this statement are true?
10   A.  Yes.
11   Q.  Do you adopt that statement as your evidence-in-chief?
12   A.  Correct.
13   MR VINEALL:  Thank you.  Would you wait there, please, and
14       Mr Mcquater will have some questions for you.
15                   Cross-examination by MR McQUATER
16   Q.  Mr So, good morning.
17   A.  Good morning.
18   Q.  Your first language is Mandarin Chinese; that's correct,
19       is it not?
20   A.  Correct.
21   Q.  You have told us that you cannot read documents in the
22       English language?
23   A.  Correct.
24   Q.  You do not speak English at all, do you?
25   A.  Correct.
```

1    A.   Correct.

2    Q.   You remain the general manager and Chief Executive of
3         the Arche group of companies, are you not?
4    A.   Correct.
5    Q.   This group, the Arche group of companies, is
6         a well-known and substantial group of companies in
7         China, is it not?
8    A.   Correct.
9    Q.   And a successful group of companies?
10   A.   Yes.

11   Q.   If we look at paragraph 12 together, please, we see the
12        gross revenue, which would be equivalent, would it not,
13        Mr So, to about $80 to $90 million per annum?
14   THE INTERPRETER:  Excuse me, for the interpreter's sake;
15        when you say dollars, you mean Hong Kong dollars or US
16        dollars?
17   MR MCQUATER:  I am sorry, US dollars.
18   THE INTERPRETER:  Thank you.
19   A.   Yes, if you convert Chinese IMB into US dollars, more or
20        less you are right to say so.
21   MR MCQUATER:  By the time of the transaction with 5th Avenue
22        Partners, you had been the general manager of Arche for
23        nearly ten years; that is right, is it not?
24   A.   Correct.
25   Q.   You had been the general manager of its predecessor

# Larry Segal

| | |
|---|---|
| **From:** | English, Elizabeth [Elizabeth.English@merrillcorp.com] |
| **Sent:** | Friday, May 07, 2010 9:22 AM |
| **To:** | larry@thibodo.com |
| **Subject:** | FW: HSBC Files |
| **Attachments:** | hsbc181007.doc; hsbc101007.doc; hsbc151007.doc; hsbc161007.doc; hsbc171007.doc |

Hello Larry,

Further to our telephone conversations a few moments ago, please find attached copies of the transcripts as requested.

If I can help further please do let me know.

Many Thanks,


**Elizabeth English**
Deposition Case Manager
Merrill Legal Solutions | WordWave International | Smith Bernal
8th Floor | 165 Fleet Street | London | EC4A 2DY | UK
Direct: +44 (0) 207 421 4044 | Main: +44 (0) 207 404 1400 | Mobile: +44 (0) 7827928004
Email: elizabeth.english@merrillcorp.com   Web: www.merrillcorp.com/mls



SAME SERVICE
SAME VALUES
SINCE 1983

Winner: Private Equity News Software Provider of the Year 2008
Winner: "Best in VDR Technology 2008", World Finance Magazine
Winner: "Best EDD/Litigation Support Provider", Legal Technology Awards 2009

---

**From:** Accini, Chris
**Sent:** 07 May 2010 09:43
**To:** English, Elizabeth
**Subject:** HSBC Files




Chris Accini
Production Manager
Merrill Legal Solutions | WordWave International | Smith Bernal
8th Floor | 165 Fleet Street | EC4A 2DY | UK
Direct: +44 (0) 207 421 4080 | Main: +44 (0) 207 404 1400
Email: chris.acinni@merrillcorp.com Web: www.merrillcorp.com/mls

1



**SAME SERVICE
SAME VALUES
SINCE 1983**

Winner: Private Equity News Software Provider of the Year 2008
Winner: "Best in VDR Technology 2008", World Finance Magazine
Winner: "Best EDD/Litigation Support Provider", Legal Technology Awards 2009

The information transmitted in this email is intended only for the person to whom it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons other than the intended recipient is strictly prohibited. If you received this email and its content in error, please contact the sender and delete the material from all computers.