# EXHIBIT G

```
IN THE HIGH COURT OF JUSTICE
QUEEN'S BENCH DIVISION          2005 Folio No. 841
COMMERCIAL COURT

                                Court No 65
                                Royal Courts of Justice
                                The Strand
                                London WC2 A2U

                        Before:
                   MR JUSTICE WALKER
BETWEEN:

                     HSBC BANK PLC
                                                    Claimant
                        -and-

         (1) 5TH AVENUE PARTNERS LIMITED AND OTHERS
                                                    Defendant
AND BETWEEN:

                    (1) MR KEVIN SO
                    (2) MS YAN LUCY LU
                 (3) MR CHARLES MARTIN EDWARDS
                  (4) MR ROBERT WILLIAM MANN
                                          Part 20 Claimants
                        -and-

              (1) 5TH AVENUE PARTNERS LIMITED
             (2) MICHAEL ROBERT ALEXANDER BROWN
                   (3) HSBC BANK PLC
            (4) EMULEX CONSULTORES E SERVICOS LDA

                                          Part 20 Defendants

            EMULEX CONSULTORES E SERVICOS LDA
                                          Part 20 Claimant
                        -and-

             (1) MICHAEL ROBERT ALEXANDER BROWN
                (2) 5TH AVENUE PARTNERS LIMITED
                        (3) KEVIN SO
                       (4) YAN LUCY LU
                  (5) CHARLES MARTIN EDWARDS
                      (6) HSBC BANK PLC
```

MR E MCQUATER QC and MS HUTTON (instructed by Allen & Overy LLP) appeared on behalf of the Claimant.
MR N VINEALL QC and MR J BOWLING (instructed by Bivonas Solicitors) appeared on behalf of the 10th 11th and 13th Defendants.

MERRILL LEGAL SOLUTIONS 

1095

SO-0027051

## Page 53

1  Q. Do you think that she messed this up?
2  A. You asked me the questions earlier on. I can't see
3     the relationship between the questions you asked me
4     early on and this messy question.
5  Q. Well, do you now think she made a really serious mistake
6     or mistakes in the way she handled this transaction?
7  A. I am not clear about what Lucy has done.
8  Q. Is that why your family is now refusing to recognise
9     that Ms Lu's family has an interest in Arche? Because
10    you and your family consider that Ms Lu made a very
11    serious error in getting you into this transaction?
12 A. What do you mean?
13 Q. I think you understand the question. Shall I repeat it
14    for you? You've told us before that your family is now
15    refusing to recognise that Ms Lu's family has
16    an interest in Arche. Is that because you and your
17    family now consider that Ms Lu made a very serious error
18    in getting you into this transaction?
19 A. Lucy introduced this transaction to me, the funds was
20    deposited with HSBC. At present, the principal has been
21    lost to our family — sorry, to my family. This is not
22    acceptable. As I said before — I already said before,
23    my major concern is now approach HSBC and ask them where
24    is my principal now.
25 Q. Your principal has in part been lost, Mr So.

## Page 54

1  THE INTERPRETER: I beg your pardon, sir?
2  MR McQUATER: Your principal has in part been lost. And
3     that is in large part, Ms Lu's fault, isn't it?
4  THE INTERPRETER: Excuse me, sir. I am trying to rephrase
5     your question. Could you please repeat your question?
6  MR McQUATER: Yes. I said your principal has in part been
7     lost and that is in large part Ms Lu's fault. That is
8     right, isn't it?
9  A. Lucy is an information provider. But the major reason
10    for me to have confidence on this kind of investment
11    is—
12 THE INTERPRETER: I will just clarify about whether "is" or
13    "was", because in Chinese, your Lordship, we don't say
14    "was" or "is". I just want to clarify that for
15    the accuracy of the translation.
16 A. "Was". The main reason for my confidence on this
17    investment was the money was with HSBC.
18 MR McQUATER: You say Lucy is an information provider. Who
19    was taking the judgments and making the decisions in
20    relation to this transaction then?
21 A. The decision has been made — all decisions has been
22    made because the funds was with HSBC.
23 Q. I wasn't asking you why any decision was made. I was
24    asking you who was making the decisions about this
25    transaction.

## Page 55

1  THE INTERPRETER: I just want Mr So to clearly speaking up.
2  A. I already introduced the process of this event. I don't
3     know how to define this.
4  MR McQUATER: Well, it is a simple matter, Mr So, and it is
5     an important matter. I want to know who was making
6     the decisions about this $30 million investment?
7  A. I already introduced the whole process to you; during
8     the process, what Lucy has done, what I have done, and
9     the funds was transferred to HSBC.
10 Q. Which individual or individuals were making
11    the decisions in relation to this investment, Mr So?
12 A. I already introduced the process. I do not know how to
13    give you a definition.
14 Q. Were you making the decisions?
15 A. Since yesterday at this court and through the documents
16    as well, I already introduced the process.
17 Q. Let's look at another email, please; 253. In this
18    email — it is an email dated 11th February, Mr So. It
19    has at some stage been forwarded to someone called
20    Hank Young; is that Ms Lu's husband?
21 A. I am not clear.
22 Q. I see. Well, the email itself is an email from
23    Keith Millar to Ms Lu on 11th February 2005. It is
24    headed "Trading $30 million in HSBC Hong Kong". Now, to
25    try and save some time, Mr So, I should explain that in

## Page 56

1  this email it seems that Mr Millar is trying to persuade
2  Ms Lu that the funds should be moved to London. I want
3  to ask you about some things in the penultimate
4  paragraph.
5  THE INTERPRETER: Sorry, which paragraph did you say?
6  MR McQUATER: It is actually the third paragraph of
7     the email. It starts "I managed to persuade three
8     clients ..."
9  THE INTERPRETER: Okay.
10 MR McQUATER: Mr Millar says this to Ms Lu:
11    "I managed to persuade three clients who each had
12    funds in the range of $10 million to $50 million, all of
13    whom initially did not wish to move their funds, to fly
14    to London earlier this week to meet with the principal
15    of another trade group with whom we deal. They met
16    the principal, the commitment holder, the trader and
17    were shown trading screens in the bank, had all their
18    questions answered, and immediately agreed to move their
19    funds across to own and name non-depletion accounts in
20    this bank. They start trading on Monday, February 14th.
21    Once clients see what we can do is real, they quickly
22    change their minds. Please be patient, we will be able
23    to get you into a very good trade in the near future.
24    In the meantime, if you are prepared to reconsider
25    moving your funds, we can do something for you

Merrill Legal Solutions
(+44) 207 404 1400        www.merrillcorp.com        190 Fleet Street
                                                    London EC4A 2AG

1109

SO-0027065

```
 1   THE INTERPRETER:  I beg your pardon, sir?
 2   MR McQUATER:  Your principal has in part been lost.  And
 3        that is in large part, Ms Lu's fault, isn't it?
 4   THE INTERPRETER:  Excuse me, sir.  I am trying to rephrase
 5        your question.  Could you please repeat your question?
 6   MR McQUATER:  Yes.  I said your principal has in part been
 7        lost and that is in large part Ms Lu's fault.  That is
 8        right, isn't it?
 9   A.   Lucy is an information provider.  But the major reason
10        for me to have confidence on this kind of investment
11        is --
12   THE INTERPRETER:  I will just clarify about whether "is" or
13        "was", because in Chinese, your Lordship, we don't say
14        "was" or "is".  I just want to clarify that for
15        the accuracy of the translation.
16   A.   "Was".  The main reason for my confidence on this
17        investment was the money was with HSBC.
18   MR McQUATER:  You say Lucy is an information provider.  Who
19        was taking the judgments and making the decisions in
20        relation to this transaction then?
21   A.   The decision has been made -- all decisions has been
22        made because the funds was with HSBC.
23   Q.   I wasn't asking you why any decision was made.  I was
24        asking you who was making the decisions about this
25        transaction.
```