# EXHIBIT P

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

KEVIN SO, )
)
          PLAINTIFF, )
)
VS. ) CASE NO. CV 08-3336 DDP (AGRX)
)
LAND BASE, LLC, ET AL., )
)
          DEFENDANTS. )
)

(PAGES 1 – 133 AND 170 - 218)

VOLUME I

<u>DEPOSITION OF KEVIN KONDAS</u>

MARCH 18, 2010



SAMANTHA AVENAIM
CSR 10627
22131

Kelli Norden and Associates
Court Reporters
310.820.7733 phone 310.820.7933 fax
11726 San Vicente Boulevard Suite 205
Los Angeles, California 90049
kna@kellinorden.com  www.kellinorden.com

DEPOSITION OF KEVIN KONDAS, VOL. I

|  |  |
|---|---|
|  | 1   FAUCET. |
| 11:03:58 | 2         SO IT DEPENDS ON WHAT QUADRANT OF |
| 11:04:01 | 3   TECHNOLOGY WE WORKED IN.  BUT FOR THE MOST PART, |
| 11:04:03 | 4   WE WERE BACK AND FORTH IN TECHNOLOGY, HE AND I, |
| 11:04:06 | 5   AND THEN -- THAT'S ALL THERE IS TO SAY. |
| 11:04:08 | 6         Q.   OKAY.  AND BETWEEN 1999 AND THE END |
| 11:04:12 | 7   OF 2005, THE MEMBERS OF K.M. & A. WERE YOURSELF, |
| 11:04:17 | 8   MS. MELTZER AND MR. MINTON; CORRECT? |
| 11:04:20 | 9         A.   CORRECT. |
| 11:04:20 | 10        Q.   NOBODY ELSE? |
| 11:04:21 | 11        A.   NOBODY ELSE. |
| 11:04:22 | 12        Q.   DID THE MEMBERSHIP EVER CHANGE |
| 11:04:24 | 13   DURING THE EXISTENCE OF K.M. & A.? |
| 11:04:26 | 14        A.   NO, MA'AM. |
| 11:04:27 | 15        Q.   AND YOU WERE THE MANAGING MEMBER; |
| 11:04:33 | 16   CORRECT? |
| 11:04:33 | 17        A.   CORRECT. |
| 11:04:34 | 18        Q.   AND YOU AND MR. MINTON SORT OF |
| 11:04:40 | 19   TRADED OFF IN TERMS OF EVALUATING TECHNOLOGY |
| 11:04:43 | 20   ORIENTED PROJECTS THAT CAME TO THE ATTENTION OF |
|  | 21   K.M. & A.? |
|  | 22        A.   YES, MA'AM. |
|  | 23        Q.   AND MS. MELTZER WAS MORE INVOLVED |
|  | 24   IN FINDING POTENTIAL INVESTORS OR UTILIZING HER |
|  | 25   SOCIAL NETWORK?  I'M TRYING TO UNDERSTAND HER |

52

DEPOSITION OF KEVIN KONDAS, VOL. I

```
11:53:50   1   K.M. & ASSOCIATES INTERNATIONAL.
11:53:50   2          Q.   LOOKING AT THE LAST PAGE ON THAT
11:53:53   3   DOCUMENT, IS THAT YOUR SIGNATURE ON THIS PAGE?
11:53:56   4          A.   YES, IT IS.
11:53:57   5          Q.   DO YOU KNOW WHO DRAFTED THIS
11:54:00   6   DOCUMENT?
11:54:00   7          A.   NO, I DO NOT.
11:54:01   8          Q.   DID YOU DRAFT THE DOCUMENT?
11:54:02   9          A.   NO, I DID NOT.
11:54:03  10          Q.   DID ANYONE AT K.M. & A. DRAFT THE
11:54:08  11   DOCUMENT?
11:54:08  12          A.   NO.
11:54:08  13          Q.   ISN'T IT TRUE THAT KEITH MILLAR
11:54:14  14   HELPED YOU SECURE THIS AGREEMENT WITH LUCY LU AND
11:54:17  15   KEVIN SO IN 2005?
11:54:18  16          MR. THIBODO:   OBJECTION; ASKED AND
11:54:20  17   ANSWERED.
11:54:20  18   BY MS. BAKER:
11:54:20  19          Q.   YOU CAN RESPOND.
11:54:21  20          A.   YES.
          21          Q.   "YES"?
          22          A.   YES.  PARDON ME.
          23          Q.   SO IS IT TRUE, AS YOU UNDERSTOOD
          24   IT, THAT KEITH MILLAR WAS ACTING ON BEHALF OF
          25   K.M. & A. IN 2005?
```

81

DEPOSITION OF KEVIN KONDAS, VOL. I

|  |  |
|---|---|
|  | 1   A.   HE NEVER ACTED ON BEHALF OF |
| 11:54:46 | 2   K.M.A.I. |
| 11:54:48 | 3   Q.   WHY DO YOU SAY THAT? |
| 11:54:50 | 4   MR. THIBODO:   OBJECTION; |
| 11:54:51 | 5   ARGUMENTATIVE. |
| 11:54:52 | 6   THE DEPONENT:   BECAUSE HE HAS A |
| 11:54:53 | 7   SEPARATE ENTITY. |
| 11:54:54 | 8   BY MS. BAKER: |
| 11:54:56 | 9   Q.   ANYTHING ELSE? |
| 11:54:56 | 10  A.   HE IS A SEPARATE ENTITY.   PARDON |
| 11:54:59 | 11  ME. |
| 11:54:59 | 12  Q.   ANYTHING ELSE? |
| 11:55:00 | 13  A.   NO. |
| 11:55:01 | 14  Q.   SO HOW DID MS. LU FIRST FIND HER |
| 11:55:13 | 15  WAY TO MR. MINTON, IF YOU KNOW? |
| 11:55:15 | 16  A.   I DON'T HAVE A CLUE. |
| 11:55:16 | 17  Q.   DO YOU HAVE ANY IDEA HOW SHE FIRST |
| 11:55:21 | 18  WAS INTRODUCED TO MR. MILLAR? |
| 11:55:24 | 19  A.   LESS.   LESS OF A KNOWLEDGE.   I |
| 11:55:26 | 20  DON'T KNOW. |
|  | 21  Q.   OKAY.   HAVE YOU EVER HEARD FROM |
|  | 22  ANYBODY HOW SHE WAS INTRODUCED TO EITHER OF THEM? |
|  | 23  A.   NO.   MILLAR BROUGHT LU AND SO. |
|  | 24  Q.   WHAT DO YOU MEAN MILLAR BROUGHT SU |
|  | 25  AND LO? |

82

DEPOSITION OF KEVIN KONDAS, VOL. I

|  |  |
|---|---|
|  | 1    LOS ANGELES, CALIFORNIA, THURSDAY |
|  | 2         MARCH 18, 2010 |
|  | 3           1:12 P.M. |
| 13:12:39 | 4 |
| 13:12:39 | 5    THE VIDEOGRAPHER: THE TIME IS NOW |
| 13:12:40 | 6  1:12, AND WE'RE BACK ON THE RECORD. |
| 13:12:43 | 7    MS. BAKER: WOULD YOU MARK THIS AS |
| 13:12:45 | 8  CORPORATE 2 FOR ME, PLEASE. |
| 13:12:53 | 9    MR. DONOVAN: I THINK WE'RE ON 3. |
| 13:12:55 | 10 2 WAS THE FUNDING AGREEMENT. |
| 13:12:57 | 11    MS. BAKER: YOU'RE RIGHT. THANK |
| 13:12:57 | 12 YOU. |
| 13:12:57 | 13 |
| 13:13:17 | 14       EXAMINATION (RESUMED) |
| 13:13:17 | 15 BY MS. BAKER: |
| 13:13:17 | 16    Q. DR. KONDAS, YOU'VE BEEN HANDED A |
| 13:13:20 | 17 DOCUMENT THAT'S BEEN MARKED AS CORPORATE NUMBER 3. |
| 13:13:00 | 18       (WHEREUPON, CORPORATE EXHIBIT NUMBER |
| 13:13:00 | 19       3 WAS MARKED FOR IDENTIFICATION BY |
| 13:13:00 | 20       THE DEPOSITION OFFICER AND IS ATTACHED |
|  | 21       HERETO.) |
|  | 22 BY MS. BAKER: |
|  | 23    Q. COULD YOU TURN TO THE NINTH PAGE OF |
|  | 24 THAT DOCUMENT? YOU'LL SEE NUMBERS AT THE BOTTOM |
|  | 25 OF THE PAGES. |

100

DEPOSITION OF KEVIN KONDAS, VOL. I

|  |  |
|---|---|
| 1 | A. YES. |
| 13:13:29  2 | Q. CAN YOU TAKE A LOOK AT THAT |
| 13:13:32  3 | DOCUMENT AND TELL ME IF YOU RECOGNIZE WHAT IT IS, |
| 13:13:38  4 | PLEASE? |
| 13:13:38  5 | A. JUDGING FROM THE TITLE, I BELIEVE |
| 13:13:41  6 | THIS IS THE OPERATING AGREEMENT THAT WAS FOR |
| 13:13:46  7 | K.M. & A. -- K.M. & ASSOCIATES INTERNATIONAL. |
| 13:13:50  8 | Q. AND IF YOU TURN TO THE 15TH PAGE OF |
| 13:13:59  9 | CORPORATE 3, DO YOU SEE THE SIGNATURE LINES THERE? |
| 13:14:02 10 | A. YES, MA'AM. |
| 13:14:04 11 | Q. OKAY. IS THAT YOUR SIGNATURE? |
| 13:14:06 12 | A. YES, MA'AM. |
| 13:14:07 13 | Q. OKAY. IS THAT MIRA MELTZER'S |
| 13:14:09 14 | SIGNATURE? |
| 13:14:09 15 | A. IT APPEARS TO BE. |
| 13:14:10 16 | Q. OKAY. YOU'VE SEEN HER SIGNATURE |
| 13:14:12 17 | BEFORE? |
| 13:14:12 18 | A. YES, MA'AM. |
| 13:14:14 19 | Q. AND IS THAT BOB -- ROBERT MINTON'S |
| 13:14:15 20 | SIGNATURE? |
| 21 | A. YES, MA'AM. |
| 22 | Q. OKAY. |
| 23 | A. I BELIEVE SO. |
| 24 | Q. SO YOU'RE FAMILIAR WITH THE |
| 25 | SIGNATURES? |

101

DEPOSITION OF KEVIN KONDAS, VOL. I

|          |    |                                                          |
|----------|----|----------------------------------------------------------|
|          | 1  | A.    YES, MA'AM.                                        |
| 13:14:20 | 2  | Q.    DO YOU KNOW WHO PREPARED THE                       |
| 13:14:23 | 3  | OPERATING AGREEMENT FOR K.M. & A.?                       |
| 13:14:26 | 4  | A.    NO, I DO NOT.                                      |
| 13:14:27 | 5  | Q.    DO YOU REMEMBER HOW YOU CAME TO                    |
| 13:14:34 | 6  | SIGN THE DOCUMENT?                                       |
| 13:14:34 | 7  | A.    NO, I DO NOT.                                      |
| 13:14:38 | 8  | Q.    DO THE PAGES 9 THROUGH 15 OF                       |
| 13:14:54 | 9  | CORPORATE NUMBER 3 LOOK LIKE THEY'RE ACCURATE            |
| 13:14:57 | 10 | COPIES OF THE OPERATING AGREEMENT TO YOU?                |
| 13:14:59 | 11 | A.    YES, MA'AM, THEY DO.                               |
| 13:15:04 | 12 | Q.    I WANT TO GO BACK TO THE                           |
| 13:15:36 | 13 | IRREVOCABLE PROJECT FUNDING AGREEMENT, EXHIBIT           |
| 13:15:40 | 14 | CORPORATE 2.                                             |
| 13:15:54 | 15 | A.    YES, MA'AM.                                        |
| 13:15:54 | 16 | Q.    AND YOU TESTIFIED BEFORE THE BREAK                 |
| 13:15:56 | 17 | THAT YOU DIDN'T -- YOU DON'T REMEMBER WHO GAVE YOU       |
| 13:16:00 | 18 | THE DOCUMENT TO SIGN; IS THAT CORRECT?                   |
| 13:16:01 | 19 | A.    THAT'S TRUE.                                       |
| 13:16:02 | 20 | Q.    OKAY.  AND IS IT POSSIBLE THAT YOU                 |
|          | 21 | PLAYED A ROLE IN THE CREATION OF THIS DOCUMENT?          |
|          | 22 | A.    NO, MA'AM.                                         |
|          | 23 | Q.    IF YOU GO TO PAGE 3 -- I'M SORRY,                  |
|          | 24 | IT'S ACTUALLY THE SECOND PAGE, WHICH IS -- IN THE        |
|          | 25 | TOP PARAGRAPH, AND I KNOW IT'S -- I APOLOGIZE.  I        |

102