1  TODD D. THIBODO (State Bar No. 171655) todd@thibodo.com
   LAW OFFICES OF TODD D. THIBODO
2  A PROFESSIONAL CORPORATION
   16133 Ventura Boulevard, Suite 580
3  Encino, California  91436
   Tel:  (818) 907-5769
4  Fax:  (818) 907-5793

5  Attorney for Defendants KM & ASSOCIATES
   INTERNATIONAL, LLC, KB&M PROJECTS
6  INTERNATIONAL, LLC and CTL PROJECTS
   INTERNATIONAL, LLC
7
   [ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]
8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11 KEVIN SO,                         )  CASE NO. CV 08-3336 DDP (AGRx)
                                     )
12            Plaintiff,             )  NOTICE OF LODGING OF
                                     )  [PROPOSED] ORDER
13     v.                            )
                                     )  Date:     06-07-10
14 LAND BASE, LLC, et al.,           )  Time:     10:00 a.m.
                                     )  Room:     3
15            Defendants.            )  [Hon. Dean D. Pregerson]
   _____   )
16                                      Complaint filed:  05-20-08
                                        Final Pretrial
17                                      Conference:       07-26-10
                                        Trial:            08-03-10
18

19

20

21

22

23

24

25

26

27

28

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Kevin R. Kondas, Mira Meltzer, KM & Associates, International, LLC, KB&M Projects International, LLC, and CTL Projects International, LLC hereby lodge their Proposed Order in Support of their Motion for Summary Judgment, or in the alternative, Summary Adjudication, pursuant to Federal Rule of Civil Procedure 56.

DATED: May 7, 2010         TODD D. THIBODO
                           LAW OFFICES OF TODD D. THIBODO
                           A PROFESSIONAL CORPORATION

                           By:    /s/ *Todd D. Thibodo*
                                  Todd D. Thibodo

                           Attorney for Defendants KM & ASSOCIATES INTERNATIONAL, LLC, KB&M PROJECTS INTERNATIONAL, LLC and CTL PROJECTS INTERNATIONAL, LLC

DATED: May 7, 2010         WILLIAM P. DONOVAN, JR.
                           DLA PIPER LLP (US)

                           By:    /s/ *William P. Donovan, Jr.*
                                  William P. Donovan, Jr.

                           Attorneys for Defendant KEVIN R. KONDAS

DATED: May 7, 2010         WAYNE E. BEAUDOIN
                           LAW OFFICE OF WAYNE E. BEAUDOIN
                           A PROFESSIONAL CORPORATION

                           By:    /s/ *Wayne E. Beaudoin*
                                  Wayne E. Beaudoin

                           Attorney for Defendant MIRA MELTZER