1  TODD D. THIBODO (State Bar No. 171655) todd@thibodo.com
   LAW OFFICES OF TODD D. THIBODO
2  A PROFESSIONAL CORPORATION
   16133 Ventura Boulevard, Suite 580
3  Encino, California  91436
   Tel:  (818) 907-5769
4  Fax:  (818) 907-5793

5  Attorney for Defendants KM & ASSOCIATES
   INTERNATIONAL, LLC, KB&M PROJECTS
6  INTERNATIONAL, LLC and CTL PROJECTS
   INTERNATIONAL, LLC

7  [ADDITIONAL COUNSEL LISTED ON SIGNATURE PAGE]

9              UNITED STATES DISTRICT COURT
10             CENTRAL DISTRICT OF CALIFORNIA

11 KEVIN SO,                      )   CASE NO. CV 08-3336 DDP (AGRx)
                                  )
12           Plaintiff,            )   PROOF OF SERVICE ON NON-ECF
                                  )   PARTIES
13     v.                         )
                                  )
14 LAND BASE, LLC, et al.,        )
                                  )
15           Defendants.          )
                                  )
16 _____)

**PROOF OF SERVICE**

STATE OF CALIFORNIA          )
                             ) ss:
CITY AND COUNTY OF LOS ANGELES )

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 16133 Ventura Boulevard, Suite 580, Encino, California 91436.

On May 7, 2010, I served the foregoing document(s) described as

NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT, OR IN THE ALTERNATIVE, SUMMARY ADJUDICATION, BY DEFENDANTS KEVIN KONDAS, MIRA MELTZER, KM & ASSOCIATES INTERNATIONAL, LLC, KB&M PROJECTS INTERNATIONAL, LLC AND CTL PROJECTS INTERNATIONAL, LLC; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREO; STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW; DECLARATION OF TODD D. THIBODO WITH EXHIBITS A TO Q; [PROPOSED] ORDER]

on the interested parties by placing a true copy thereof in a sealed envelope(s) addressed as follows:

Charles W Woodhead            Boris Lopatin
c/o 25 Nunes Road             1431 Ocean Avenue, #1210
Watsonville, CA 95076         Santa Monica, CA 90401

[ ] **VIA OVERNIGHT MAIL:**

VIA : By delivering such documents to an overnight mail service or an authorized courier in a sealed envelope or package designated by the express service courier addressed to the person(s) on whom it is to be served.

[X] **VIA U.S. MAIL:**

I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice such sealed envelope(s) would be deposited with the U.S. postal service on May 7, 2010 with postage thereon fully prepaid, at Encino, California.

[ ] **VIA PERSONAL DELIVERY:**

I personally delivered such sealed envelope(s) by hand to the offices of the addressee pursuant to CCP § 1011.

[ ] **VIA FACSIMILE:**

The facsimile transmission report indicated that the transmission was complete and without error. The facsimile was transmitted to Facsimile # _____ on _____ at __:__ _.m. A copy of the facsimile transmission report(s), which was properly issued by the transmitting machine, is attached hereto.

I declare under penalty of perjury under the laws of the state of California that the above is true and correct and was executed on May 7, 2010, at Encino, California.

                                                  /s/Larry Segal
                                                     Larry Segal