# EXHIBIT 1

CERTIFIED COURT REPORTERS/VIDEOGRAPHERS

```
                    UNITED STATES DISTRICT COURT

                   CENTRAL DISTRICT OF CALIFORNIA


    KEVIN SO,                        )
                                     )
              Plaintiff,             )
                                     )
         vs.                         )   No. CV-08-0336
                                     )       DDP (AGRx)
    LAND BASE, L.L.C., UNIVEST       )
    FINANCIAL SERVICES, INC.,        )       VOLUME II
    BORIS LOPATIN, individually      )
    and d/b/a BORIS LOPATIN          )
    ASSOCIATES and CHARLES W.        )
    WOODHEAD,                        )
                                     )
              Defendants.            )
    _____)
```

     DEPOSITION OF CHARLES WOODHEAD, taken on behalf of the Plaintiff, at 170 South Euclid Avenue, Pasadena, California, commencing at 9:41 a.m., on Tuesday, October 7, 2008, pursuant to Notice, before JONNELL AGNEW, CSR No. 5437, a Certified Shorthand Reporter, in and for the County of Los Angeles, State of California.

                              * * *

CERTIFIED COURT REPORTERS/VIDEOGRAPHERS

```
 1     A.    I know who she is.
 2     Q.    Who is she?
 3     A.    She's a lady back in Virginia that does law
 4  clerking.
 5     Q.    Do you have any reason to know why she would        10:32:48AM
 6  be cc'd on this invoice back --
 7     A.    I have -- I have no idea whatsoever --
 8     Q.    -- in 2005?
 9     A.    I have no idea.
10     Q.    You have no idea why she would be copied on         10:33:02AM
11  this?
12     A.    How would I know?
13     Q.    As you can see from Woodhead 7, KM was
14  invoicing Ms. Lu and my client, Mr. So.
15           Do you see that?                                    10:33:30AM
16     A.    Yes.
17     Q.    For the participation and as settlement of
18  certain trades that were being undertaken in London.
19           Do you see that?
20     A.    I see that.                                         10:33:40AM
21     Q.    All right.  So who was paying these others
22  finders or these other introducers?  Was it Land
23  Base, or were they billing Mr. So directly?
24     A.    I believe Mr. Lopatin was issuing checks to
25  them.                                                        10:33:55AM
```

CERTIFIED COURT REPORTERS/VIDEOGRAPHERS

| | | |
|---|---|---|
| 1 | Q. | Mr. Lopatin was issuing checks to them. |
| 2 | | Well, according to Woodhead No. 7, though, they were billing -- they too were billing my client directly as well. |
| 5 | A. | This appears to be some sort of double dip. I have no knowledge of this. I have never seen this. |
| 7 | | So this is why you said Lucy Lu. Lucy Yan Lu. |
| 9 | Q. | You said Ms. Meltzer was a law clerk? |
| 10 | A. | Uh-huh. |
| 11 | Q. | Yes? |
| 12 | | When was the last time you talked to her? |
| 13 | A. | We send e-mails all the time. |
| 14 | Q. | I'm sorry? |
| 15 | A. | We send e-mails, you know. Jokes and spiritual stuff. |
| 17 | Q. | When was the last e-mail you may have received from her? |
| 19 | A. | Last week. |
| 20 | Q. | Have you received any e-mails from her with regard to this litigation? |
| 22 | A. | No. |
| 23 | Q. | Do you know if she's aware of this litigation? |
| 25 | A. | I have no idea. |

Timestamps: 10:34:05AM, 10:34:56AM, 10:35:04AM, 10:35:11AM, 10:35:21AM