# EXHIBIT 2

2

1         IN THE UNITED STATES DISTRICT COURT
2         FOR THE CENTRAL DISTRICT OF CALIFORNIA
3
4    KEVIN SO,                          )
                                        )
5         Plaintiff,                    )
                                        )
6    VS.                                )CASE NO.
                                        )CV 08-3336 DDP (AGRx)
7    LAND BASE, LLC; UNIVEST            )
     FINANCIAL SERVICES, INC.;          )
8    BORIS LOPATIN, individually        )
     and d/b/a BORIS LOPATIN            )
9    ASSOCIATES; CHARLES W.             )
     WOODHEAD; KEVIN R. KONDAS,         )
10   KEITH MILLAR; KM & ASSOCIATES      )
     INTERNATIONAL, LLC; KB&M           )
11   PROJECTS, INTERNATIONAL, LLC;      )
     CTL PROJECTS INTERNATIONAL,        )
12   LLC; SUILKEE KIM a/k/a CAMERON)
     S. KIM; LUCY LU a/k/a LUCY         )
13   YAN a/k/a LUCY YAN LU a/k/a        )
     YAN LU a/k/a YAN LUCY LU;          )
14   HENRY YANG; MIRA MELTZER;          )
     JEFFREY M. MORITZ; and             )
15   LAURENCE GERSCHEL a/k/a            )
     LAURENT GERSCHEL,                  )
16                                      )
     and                               )
17                                      )
     JOHN DOE DEFENDANTS 1-10           )
18                                      )
          Defendants.                   )
19
20
21
22        Deposition of KEVIN SO, taken on
          behalf of the Defendants, at 1999
23        Avenue of the Stars, Suite 400,
          Los Angeles, California, commencing at
24        9:07 A.M., Thursday, March 11, 2010,
          before Deanna Deremo, Certified
25        Shorthand Reporter No. 13398.

Stelding Reporters, Inc.
(888) 741-4440

9

| | |
|---|---|
| 09:11 | 1 |

tell the truth in answering all of the questions

2 asked of you during the HSBC trial in London?

3      A    Everything I said in the court in the

4 United Kingdom was true.

09:12   5      Q    Did you tell the truth in responding to

6 all of the questions asked of you in the Suchanek

7 trial in Washington D.C.?

8          MS. TAN:  Excuse me.  It's Suchanek.

9          THE INTERPRETER:  Suchanek.  Thank you.

09:12   10         THE WITNESS:  Yes, I said the truth.

11 BY MR. DONOVAN:

12      Q    Did you tell the truth, Mr. So, in all of

13 your written testimony in the HSBC case in London?

14      A    Repeat, please.

09:13   15      Q    Did you tell the truth, Mr. So, in all of

16 your written testimony in the HSBC case?

17      A    I did not prepare the statement for the

18 court in the United Kingdom, and I did not sign it

19 either.

09:13   20      Q    Are you aware that in the HSBC case in

21 London, written statements were submitted under the

22 name of Kevin So?

23      A    Repeat your question, please.

24          MR. DONOVAN:  Why don't we have it read

09:14   25 back?

10

09:14   1              (The record was read back as requested.)

        2                   THE WITNESS:   I am aware of a written

        3       statement.

        4       BY MR. DONOVAN:

09:14   5           Q     What did you -- did you sign a written

        6       statement in the HSBC litigation, Mr. So?

        7           A     I did not.

        8           Q     You did not.

        9                   MR. DONOVAN:   Let's mark as Exhibit 1 a

09:15  10       document that purports to be a witness statement of

       11       Kevin So.

       12           (Exhibit 1 was marked for identification.)

       13       BY MR. DONOVAN:

       14           Q     Mr. So, we marked as Exhibit 1 a document

09:16  15       that's entitled Witness Statement of Kevin So, and

       16       on the last page there appears to be a signature.

       17       Is that your signature on the last page of Exhibit

       18       1?

       19           A     I did not sign this document.   The

09:16  20       signature on this page was copied from my signature.

       21           Q     Who copied your signature on Exhibit 1?

       22           A     I don't know.

       23                   (Mr. Lopatin entered the room.)

       24                   MR. KALBIAN:   For the record defendant --

09:17  25       pro se defendant, Mr. Lopatin, has just walked into

13

09:22  1          Q     Are you sure about that date?

       2          A     Around November 2007.

       3          Q     Please take a look again at Exhibit 1.

       4     Does Exhibit 1 contain lies to the best of your

09:23  5     knowledge?

       6          A     This document is in English.  Could you

       7     provide me the translation?

       8          Q     Have you ever read at any time in the past

       9     four and a half years a Mandarin translation of

09:23 10     Exhibit 1?

      11          A     Yes.

      12          Q     In the Mandarin translation of Exhibit 1

      13     that you reviewed, were there any statements in

      14     there that you believed to be incorrect or lies?

09:24 15          A     Yes.

      16          Q     What were the lies in the witness

      17     statement that you reviewed?

      18          A     About -- the statement about Lucy Lu's

      19     holding of shares in my family and my family

09:25 20     company.  That part was not true.

      21          Q     Any other falsehood or lies in the

      22     Mandarin version of Exhibit 1 that you reviewed?

      23          A     This is all I can recall right now.  If

      24     you want to have a more detailed answer, could you

09:25 25     please provide me the translation?

15

09:29   1   I will be referring to my interest and my partner

      2   Wang Birui's interest because that $30 million

      3   represents my investment along with my partner Wang

      4   Birui's investment.

09:29   5            THE INTERPRETER:  The interpreter offers a

      6   phonetic spelling, which may not be the legal

      7   spelling.  Last name W-a-n-g, first name B-i-r-u-i.

      8   BY MR. DONOVAN:

      9        Q   So it's your testimony under penalty of

09:29 10   perjury, Mr. So, that Lucy Lu never owned a share of

    11   the proceeds invested with Michael Brown; correct?

    12        A   Lucy Lu did not contribute anything to the

    13   $30 million investment.  Every penny from the

    14   30 million investment came from either myself or

09:30 15   Wang Birui.

    16        Q   Did you ever tell the Court, Mr. So, that

    17   Birui Wang had an ownership interest in some or all

    18   of the $30 million invested with Mr. Brown?

    19            MR. KALBIAN:  Objection.  Which Court?

09:31 20            MR. DONOVAN:  I'll rephrase it because I

    21   want to move this along.

    22   BY MR. DONOVAN:

    23        Q   Did you ever inform the trial court in

    24   London that Birui Wang had any ownership interest in

09:31 25   the proceeds invested with Michael Brown?

Stelding Reporters, Inc.
(888) 741-4440

23

09:54  1            (Recess was taken.)

2            MR. DONOVAN:  Why don't we go back on the

3    record.

4    BY MR. DONOVAN:

10:22  5        Q    Mr. So, do you understand you're still

6    under oath?

7        A    I understand that.

8        Q    When was the first time you saw a Mandarin

9    version of Exhibit 1, your witness statement?

10:22  10        A    The Chinese version?  I don't recall.

11        Q    Was it in 2006?

12        A    It was not.

13        Q    Was it before the trial ended in the HSBC

14    case?

10:24  15        A    Before the trial, Lucy Lu asked for some

16    of my personal information.  Subsequently, a Chinese

17    draft was sent to us.  In the draft, it contained

18    some things about Lucy's family and my family about

19    the shareholder interest.  We told her that she

10:25  20    should not have prepared the draft such a way, and

21    she told us that she did the draft in such a way

22    because she wanted to win trust from others.

23    However, after that, no revision was ever shown to

24    us.

10:26  25        Q    In what year -- or if you remember month

32

10:45  1    rendition is.

2              THE WITNESS:  I need to have legal

3    knowledge to determine how good my British attorney

4    performed.  At the time I told the truth to

10:45  5    Suchanek, the attorney -- and I told the truth to

6    Suchanek.  Suchanek did not tell everything to the

7    British attorney.  The British attorney did not want

8    to put myself and Lu together.  However, Suchanek

9    did not agree to it.

10:47  10   BY MR. DONOVAN:

11        Q    The British attorneys didn't want to have

12   Lucy Lu as a party in the case with you?

13             MR. KALBIAN:  Objection.  Mischaracterizes

14   previous testimony.

10:47  15             THE WITNESS:  I don't think that's what I

16   meant.

17   BY MR. DONOVAN:

18        Q    What did you mean?

19        A    I already answered you.

10:48  20        Q    Okay.  Mr. So, who paid for the lawyers in

21   the HSBC case?  Did you, Ms. Lu, or someone else?

22   Who paid for your lawyers?

23        A    I, along with my partner, Wang Birui, paid

24   for the attorney fees.

10:48  25        Q    How much of the attorney's fees did you

34

| | | |
|---|---|---|
| 10:50 | 1 | MR. KALBIAN:  Objection to form. |
| | 2 | THE WITNESS:  That is correct. |
| | 3 | BY MR. DONOVAN: |
| | 4 | Q    Did you ever tell the English court during |
| 10:50 | 5 | the trial that Birui Wang owns some of the proceeds |
| | 6 | invested with Michael Brown? |
| | 7 | A    I did not. |
| | 8 | Q    Now, a few answers ago you -- if I |
| | 9 | understood you correctly -- were blaming the loss on |
| 10:51 | 10 | the HSBC case to the people who conspired against |
| | 11 | you.  Did I understand that correctly? |
| | 12 | A    I need to hear the question again. |
| | 13 | Q    Who do you blame the loss of the HSBC |
| | 14 | litigation on?  Whose fault is it in your view? |
| 10:52 | 15 | A    I sued them because I found out that I |
| | 16 | lost the case in United Kingdom, and I found out |
| | 17 | that I fell into the trap set by them.  They |
| | 18 | together conspiringly defrauded me.  That is why I |
| | 19 | sued them. |
| 10:53 | 20 | Q    Who are them? |
| | 21 | A    They include Lucy Lu Young, Land Base, |
| | 22 | Boris Lopatin, KM&M, Kondas, Mira, and others. |
| | 23 | Q    When did you first learn that you had lost |
| | 24 | money on your investment with Michael Brown? |
| 10:54 | 25 | MR. KALBIAN:  Objection.  Form and |

35

10:54    1    foundation.  He can answer.

         2            THE WITNESS:  I fell into the trap set up

         3    by the conspiring cohort, and they set up the scheme

         4    step-by-step.  Even when there were some losses,

10:55    5    they didn't really tell me.

         6    BY MR. DONOVAN:

         7        Q    When is the -- in what year, Mr. So, did

         8    you first learn that you had lost money on your

         9    investment with Michael Brown?

10:55   10        A    I'm not able to recall the exact date.

        11        Q    What year?

        12        A    I believe it was around 2006.

        13        Q    What month?

        14        A    I believe it was the first half of 2006

10:56   15    when I sensed whether the principal was still

        16    existing or not.

        17        Q    Can you help me out at all in telling me

        18    within the first half of 2006 what month you learned

        19    that?

10:57   20        A    I'm not able to give you a precise answer

        21    right away.

        22        Q    How did you learn that you had lost money

        23    on the investment with Michael Brown?

        24        A    When Lu asked me to pay for the attorney's

10:58   25    fees, I sensed there may be problems.

38

11:04  1    BY MR. DONOVAN:

2         Q    Okay.  Good.  And you've never given any

3    money to Mr. Edwards to invest on your behalf;

4    correct?

11:04  5         A    I did not.

6         Q    And to your knowledge Birui Wang never

7    gave any of your money to Mr. Edwards to invest;

8    correct?

9         A    For the 30 million investment I did not

11:05  10   have Birui to invest with the $30 million.  But I do

11   not know what Birui did with the 30 million.

12        Q    Birui Wang decided how to invest the

13   $30 million?

14        A    At the time of the 30 million investment,

11:06  15   Birui and myself agreed.

16        Q    How much of the 30 million was Ms. Wang's?

17        A    40 percent.

18        Q    How much was Ms. Lu's?

19        A    Lu didn't have anything in the 30 million.

11:06  20        Q    Birui Wang had 12 million of the

21   30 million?

22        A    Yes, in the principal.  She has 12 million

23   principal.

24        Q    Do you know where she obtained the

11:07  25   $12 million?

71

13:23   1    projects.

2            MR. DONOVAN:   Let's mark as Exhibit 2,

3    photographs.

4        (Exhibit 2 was marked for identification.)

13:23   5    BY MR. DONOVAN:

6        Q   And I want to see if you would agree with

7    me that these photographs depict the three of you

8    meeting in Hong Kong in 2007?

9        A   Yes.

13:24  10        Q   Did you speak English to Mr. Lopatin or

11    Mr. Woodhead at all during that meeting?

12        A   When we met in Hong Kong, Mr. Lopatin --

13    they brought Mr. Xian, a friend of theirs in Hong

14    Kong to serve as an interpreter.

13:26  15        THE INTERPRETER:   The interpreter offers

16    the phonetic spelling, which may not be the legal

17    spelling, X-i-a-n.

18    BY MR. DONOVAN:

19        Q   Mr. So, respectfully you didn't answer my

13:26  20    question.   Did you speak directly to Mr. Lopatin or

21    Mr. Woodhead at any time during this meeting in

22    2007?

23        A   To my recollection all conversation was

24    through Mr. Xian's interpretation.

13:26  25        Q   At any time during this meeting in Hong

72

13:26   1   Kong, were any numbers discussed of a potential

        2   investment by you in projects that were being

        3   mentioned by Mr. Lopatin and Mr. Woodhead?

        4        A     Suchanek and Mira told me that they were

13:28   5   coming to Hong Kong, and I met with them primarily

        6   with the intention of wanting to know more about the

        7   litigation.  They didn't want to answer me about my

        8   questions.  Instead they talked about their

        9   projects.  Just like what I said earlier, they

13:28  10   talked a lot about building a big city in Thailand,

       11   about many projects in Thailand, about bringing the

       12   oil tube to China, and about a lot of things between

       13   China and Russia.

       14        Q     How long was this meeting with

13:28  15   Mr. Woodhead and Mr. Lopatin?

       16        A     Several hours.

       17        Q     How much of the time did you talk about

       18   the litigation?

       19        A     They didn't want to talk to me about the

13:29  20   litigation.  They told me that Suchanek was coming

       21   to Hong Kong very soon, and they wanted me to talk

       22   to Suchanek about the litigation.

       23        Q     So did you talk for the entire meeting

       24   about the development plans they were proposing to

13:29  25   you?

73

13:30  1        A     At that time I didn't know they were part

       2  of the conspiracy cohort.  So I treated them with

       3  courtesy.  I stayed there to listen to what they had

       4  to say.

13:30  5        Q     Isn't it true, Mr. So, that during this

       6  meeting you expressed interest in investing tens --

       7  if not hundreds -- of millions of dollars with

       8  Mr. Lopatin and Mr. Woodhead?

       9        A     I don't understand your question.

13:31 10        Q     Did you ever discuss specific numbers with

      11  Mr. Lopatin or Mr. Woodhead about the size of any

      12  potential investment by you in their projects?

      13             MR. KALBIAN:  At this meeting?

      14             MR. DONOVAN:  Yeah.

13:32 15             THE WITNESS:  I didn't say that I was

      16  interested in the investment.  He wanted to confirm

      17  with me whether Lu was my girlfriend or not.  And my

      18  response to him was that quote, "It's impossible

      19  because I only met Lu in 2004, and I have only seen

13:33 20  her once.  That is impossible."  And then he said in

      21  Beijing, he wanted Lu to come to Hong Kong to meet

      22  with you, and Lu didn't dare to do so.

      23  BY MR. DONOVAN:

      24        Q     When in 2004 did you meet --

13:33 25        A     I didn't finish my answer yet.  Then I

143

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

KEVIN SO,                              )
                                       )
        Plaintiff,                     )
                                       )
VS.                                    )CASE NO.
                                       )CV 08-3336 DDP (AGRx)
LAND BASE, LLC; UNIVEST                )
FINANCIAL SERVICES, INC.;              )
BORIS LOPATIN, individually            )
and d/b/a BORIS LOPATIN                )
ASSOCIATES; CHARLES W.                 )
WOODHEAD; KEVIN R. KONDAS,             )
KEITH MILLAR; KM & ASSOCIATES          )
INTERNATIONAL, LLC; KB&M               )
PROJECTS, INTERNATIONAL, LLC;          )
CTL PROJECTS INTERNATIONAL,            )
LLC; SUILKEE KIM a/k/a CAMERON         )
S. KIM; LUCY LU a/k/a LUCY             )
YAN a/k/a LUCY YAN LU a/k/a            )
YAN LU a/k/a YAN LUCY LU;              )
HENRY YANG; MIRA MELTZER;              )
JEFFREY M. MORITZ; and                 )
LAURENCE GERSCHEL a/k/a                )
LAURENT GERSCHEL,                      )
                                       )
and                                    )
                                       )
JOHN DOE DEFENDANTS 1-10               )
                                       )
        Defendants.                    )




        Deposition of KEVIN SO, taken on
        behalf of the Defendants, at 1999
        Avenue of the Stars, Suite 400,
        Los Angeles, California, commencing at
        9:07 A.M., Friday, March 12, 2010,
        before Deanna Deremo, Certified
        Shorthand Reporter No. 13398.

158

09:24  1    HSBC lawsuit?

       2        A    When I was in court, I had an interpreter.

       3    However, outside the court, I did not specifically

       4    hire an interpreter.

09:24  5        Q    How did you communicate with your

       6    attorneys or solicitors in England?

       7            MR. KALBIAN:  Objection.  Form.

       8            THE WITNESS:  During that period sometimes

       9    my partner, Wang Birui, was present, and sometimes

09:26 10    my British attorney and the interpreter were

      11    present.

      12    BY MR. THIBODO:

      13        Q    Did your partner, Birui Wang, ever provide

      14    you with Chinese translations of documents from the

09:26 15    HSBC lawsuit in England?

      16        A    I don't recall.

      17        Q    Looking at Exhibit 7, Mr. So, which is in

      18    front of you, do you recognize this document?

      19        A    No, I don't, and this is an English

09:27 20    version.  So can you tell me about it?

      21        Q    Looking at the last page, Mr. So, is that

      22    your signature?

      23        A    It looks like the way I sign my name.

      24    However, as far as I can recall, I don't have any

09:28 25    impression of signing this document.  Many of the

159

09:28   1    documents submitted to the British court were not

        2    provided by me.  Many documents were fake documents.

        3              MR. THIBODO:  I'd like to mark as Exhibit

        4    8, a document that appears to be a fax.  It is

09:29   5    entitled, "Confidential".  It says, "Dear Mira and

        6    the Honorable Judge."

        7         (Exhibit 8 was marked for identification.)

        8    BY MR. THIBODO:

        9         Q    Looking at the second page of this

09:29  10    exhibit, Mr. So, is that your signature?

       11         A    It looks like mine.

       12         Q    Do you recognize the email address below

       13    your signature peaceever2001@yahoo.com.cn?

       14         A    I do.

09:30  15         Q    Whose email is that?

       16         A    My email.

       17         Q    Do you recognize the telephone number and

       18    the fax number below the email address?

       19         A    I do.

09:30  20         Q    And whose telephone number is that?

       21         A    My telephone number.

       22         Q    Is it also your fax number?

       23         A    That's correct.

       24         Q    Are these telephone and fax numbers your

09:31  25    numbers in Hong Kong?

172

10:11    1    BY MR. THIBODO:

         2         Q    My question is did Lu tell -- all that

         3    information you just said, did Lu tell you that at

         4    that time that you were making the commission

10:12    5    payments to KMAI?

         6         A    Ever since 2005, Lu kept on talking about

         7    Kevin Kondas and KM & A.  At the end of 2007, which

         8    was about one year after we stopped having contact

         9    with Lu for about a year, all of a sudden she

10:13   10    approached us saying -- at the end of 2007, which

        11    was about one year after we last had contact with

        12    her, all of a sudden Lu approached us saying a lot

        13    about Kevin Kondas and KM & A.

        14                   She continued to say that it was an

10:15   15    agency of the Federal Reserve Bank, and Kevin Kondas

        16    was an officer of the Reserve Bank.  She also said

        17    that -- she also said that Mira Meltzer was with

        18    KM & A, and they were all together.  She revealed

        19    the conspiring, defrauding fact to us.

10:16   20              MR. THIBODO:  I want to object to

        21    everything after the first sentence as nonresponsive

        22    and move to strike on that basis.  So we can take a

        23    break right now.

        24              MR. DONOVAN:  I join.

10:16   25                   (Recess was taken.)

252

16:06    1           THE WITNESS:  About the 30 million
         2    investment in England, Suchanek was my attorney, and
         3    Mira was Suchanek's assistant.  Therefore, Mira
         4    Meltzer was quite familiar with the investment
16:06    5    information.
         6    BY MR. BEAUDOIN:
         7           Q    Accepted.  Did Mira Meltzer ever give you
         8    investment advice?
         9           A    I don't recall.
16:07   10           Q    Did Mira Meltzer ever advise you as to
        11    whether you should invest money with Michael Brown?
        12           A    I don't recall.
        13           Q    Do you recall if Mira Meltzer ever advised
        14    you to do business with Land Base?
16:10   15           A    In 2007, Mira took the initiative to put
        16    people from Land Base to be in touch with me.
        17    Several times in early part of 2007, Mira put people
        18    from Land Base -- Boris Lopatin, Woodhead, and
        19    Kim -- tried several times to send them to Hong Kong
16:10   20    to meet with me.  When Boris Lopatin, Woodhead and
        21    Cameron were in Hong Kong, they introduced me to a
        22    lot of their projects.  Some had already been
        23    successfully completed, and some were about to
        24    start.
16:12   25           Those projects include many projects

16:12  1    that they -- many projects that would take place in
       2    Thailand, a city that they were going to build, and
       3    also oil tube connecting Thailand to China and many
       4    projects in Europe.  They were also talking about
16:12  5    purchasing a big office building for their office in
       6    Hong Kong.
       7                During the time I was meeting with
       8    people from Land Base, Cameron told me that the
       9    telephone they were receiving or calling out were
16:14 10    phone calls with Suchanek and Mira Meltzer.  Just by
      11    observing their expression, they all seemed to be
      12    very happy on the phone, talking.  In addition
      13    Cameron also told me that Suchanek is a very
      14    powerful person.  One time Cameron accidentally
16:15 15    called him by his first name.  For that Suchanek was
      16    upset with Cameron for a long time and --
      17                MR. BEAUDOIN:  I need to cut in here.  My
      18    question was has Mira Meltzer ever advised you to do
      19    business with Land Base?  I'm not hearing a
16:15 20    response.  We're talking about somebody named
      21    Cameron calling the judge by his name.
      22                MR. KALBIAN:  Who was with Boris
      23    Lopatin -- I think was his testimony -- who was Land
      24    Base.  He's giving you the answer.  You may not like
16:16 25    the answer, but that's not a reason to cut in.

254

16:16   1          MR. BEAUDOIN:  The answer's just
       2   completely irrelevant at this point.
       3          MR. KALBIAN:  Well, you asked the
       4   question.  I didn't object, and he's giving you
16:16   5   answer.
       6          MR. BEAUDOIN:  I'm hoping there's an
       7   answer here.
       8          MR. KALBIAN:  He's giving you the answer.
       9   Let him finish.
16:16  10          MR. BEAUDOIN:  Let's continue.  Please
      11   finish your answer.
      12          THE WITNESS:  For that Suchanek was upset
      13   for a long time and didn't talk to Cameron for a
      14   long time.  During the period when people from Land
16:18  15   Base came to visit, they talked to Mira on the phone
      16   many times.  And one time when they were talking to
      17   Mira on the phone, Cameron handed me the phone,
      18   wanted me to say hello to Mira.  So I took over the
      19   phone, and all I did was to say, "Hello," and
16:18  20   greeted her.  I was not able -- I'm not able to
      21   converse in English.  There was no way for me to say
      22   any more.  So I handed the phone back to Cameron.
      23          But from my observation, I can see -- I
      24   could see that they were very close, friendly, and
16:19  25   they were very happy with each other.  The reason I

255

16:19   1    met with people from Land Base was because I wanted
        2    to know more about the situation of my 30 million
        3    investment because at that time it was already in
        4    litigation.  But however, none of those Land Base
16:20   5    people wanted to talk to me about the litigation.
        6           Instead they wanted to talk to me about
        7    their projects.  Some had already been successfully
        8    completed, and some were about to happen.  And they
        9    continued to talk to me about their good
16:21  10    relationship with Russian military and Chinese
       11    government.
       12    BY MR. BEAUDOIN:
       13        ·Q    This was in 2007; correct?
       14         A    Yes.
16:21  15         Q    Did you ask Mira Meltzer to set up the
       16    meeting in Hong Kong with the Land Base people?
       17         A    I did not ask Mira to arrange a meeting to
       18    talk about projects.
       19         Q    You asked Mira to arrange a meeting to
16:22  20    talk about the $30 million that was in litigation;
       21    correct?
       22         A    The meeting with people from Land Base --
       23    what happened was because one time out of the blue
       24    in an email, Mira told me that Boris Lopatin was
16:24  25    about to come into Hong Kong, and very soon I would

256

16:24   1    see him.  And then afterward she kept on telling me
        2    other people would be coming to Hong Kong and
        3    started making the arrangement for me to meet with
        4    them.

16:24   5           Q    And were you okay with meeting with them?
        6           A    As early as 2006, we were hoping to --
        7    to -- to -- well, as early as 2006, we sent letter
        8    to people like Boris Lopatin.  In the letter, we
        9    stated that I would like to have Wang Birui's
16:27  10    husband to meet with Boris Lopatin because Wang
       11    Birui's husband, Wang Ruo Song --

       12           THE INTERPRETER:  The interpreter offers
       13    phonetic spelling, which may not be the legal
       14    spelling.  Last name, W-a-n-g, first name, R-u-o
16:27  15    S-o-n-g.

       16           THE WITNESS:  -- in the letter, we already
       17    made it very clear that Wang accounts for 40 percent
       18    of investment, and my portion was 60 percent.  This
       19    was already very clearly stated in the letter to
16:28  20    Boris Lopatin.  The purpose of the letter to Boris
       21    Lopatin was for Wang to meet with Boris Lopatin so
       22    that Mr. Wang could have better understanding of the
       23    investment.  However, when Boris Lopatin responded
       24    through Lu, Boris Lopatin said he didn't have time
16:30  25    to meet with us right away, but later he would

275

17:24   1   liability.   Demand them to transfer your money in

        2   London to the account in H.K."

        3       Q       Mr. So, did you receive a Mandarin

        4   translation of this advice from Debbie Wang in or

17:24   5   about November 16th, 2005?

        6       A       I don't recall.

        7       Q       Mr. So, were you advised by Mr. Basil

        8   Alcott-Young in connection with the HSBC matter in

        9   London in about November of 2005?

17:26  10       A       I knew of the name Alcott-Young.   However,

       11   I don't recall the details.

       12       Q       Was Mr. Alcott-Young one of your

       13   solicitors in England in or about November of 2005?

       14       A       We didn't know that there was a litigation

17:30  15   until 2006 when Lucy Lu and Young wanted us to pay

       16   for the attorney's fee.   Prior to that, Lucy Lu kept

       17   on saying to talk about settlement with Michael

       18   Brown we needed an attorney.   However, Lucy Lu made

       19   all the arrangements.   We did not know any

17:30  20   specifics.   We did not know any details.   However,

       21   later on we found out the so-called settlement with

       22   Michael Brown was a lie.   Lucy Lu was lying to us.

       23   Brown's account had been frozen a long time ago.

       24       Q       Anything else?

17:31  25       A       That's it.