# EXHIBIT 6

| | |
|---|---|
| **From:** | Keith Millar [dollarsphere@onetel.com] |
| **Sent:** | 01 April 2005 00:53 |
| **To:** | yanglucy |
| **Subject:** | Re: Compliance. |

Dear Lucy,

    Feedback from the compliance officer: he requests that you have your partner, Kevin So, issue a simple notarised affidavit giving you sole signatory powers to sign the trading contract and open the non-depetion bank account in HSBC, London, with the securities trading company on behalf of your parnership - i.e. a full power of attorney to act on behalf of the partnership.

    Although this may appear to be "nit-picking", legally, a 'resolution' is suitable for a corporation, whereas an 'affidavit' is appropriate for an individual or partnership.

    I apologise for this, but it is best to have everything absolutely correct before the meeting rather than have to delay opening the account whilst simple errors are put right.

    Kind Regards,
    Keith Millar.
    on behalf of: K M Associates International, LLC.

32

26/05/2006

SO-0042798