# EXHIBIT 7

# KEVIN SO LETTER HEAD

Address: FT B 21/F TOWER 1 PARK TOWERS, 1 KING'S ROAD NORTH POINT HK
Tel: 86-20-3873-0888    Fax: 86-20-3873-0999

## RESOLUTION AND AUTHORIZATION OF SIGNATORY

The Individual Owners of the Funds in a meeting held on February 21, 2005 approved the following Resolutions:

1. Authorizing Mr. Kevin So and Ms. Lucy Yan Lu to enter into a Private Placement Investment Program with investment funds of Thirty Million United States Dollars (USD $30,000,000.00) for the purpose of humanitarian projects in China.
2. Authorizing Mr. Kevin So and Ms. Lucy Yan Lu to establish a joint non-depletion account in HSBC Bank, London, United Kingdom.
3. Authorizing and Empowering Ms. Lucy Yan Lu, Passport Number VK095744 / Canada to represent the interests and the signatory of the said bank account and to represent the interests of Mr. Kevin So, Passport Number HA9022486 / China, in dealing, negotiating, signing and executing documents, agreements and contracts with banks and other financial institutions with respect to this Private Placement Investment entity and all related business thereof. This authorization shall be extended to all renewals, rolls and extensions.

The above is a record of Resolutions passed by Mr. Kevin So and Lucy Yan Lu, the Individual Owners.

ATTESTED TO:

_[signature]_
Mr. Kevin So
Passport No: HA 9022486
Country of Issue: Hong Kong Administration Region, China


SUBSCRIBED AND SWORN TO BEFORE ME BY MR. KEVIN SO, KNOWN TO ME TO BE THE PERSON WHOSE SIGNATURE IS WRITTEN ABOVE ON THIS THE 22 DAY OF FEBRUARY, 2005.

_[signature]_
Witness