# EXHIBIT 9

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

2

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

KEVIN SO,                              )
                                       )
          PLAINTIFF,                   )
                                       )
   VS.                                 )   CASE NO. CV
                                       )   08-3336 DDP (AGRX)
LAND BASE, LLC, UNIVEST                )
FINANCIAL SERVICES, INC.,              )
BORIS LOPATIN, INDIVIDUALLY            )
AND D/B/A/ BORIS LOPATIN               )
ASSOCIATES, CHARLES W.                 )
WOODHEAD, KEVIN R. KONDAS,             )
KEITH MILLAR, KM &                     )
ASSOCIATES INTERNATIONAL,              )
LLC, KB&M PROJECTS,                    )
INTERNATIONAL, LLC, CTL                )
PROJECTS INTERNATIONAL,                )
LLC, SUILKEE KIM A/K/A                 )
CAMERON S. KIM, LUCY LU                )
A/K/A LUCY YAN LU A/K/A                )
YAN LU A/K/A/ YAN LUCY LU,             )
HENRY YANG, MIRA MELTZER,              )
JEFFREY M. MORITZ, AND                 )
LAURENCE GERSCHEL A/K/A                )
LAURENT GERSCHEL, AND DOE              )
DEFENDANTS 1-10,                       )
                                       )
          DEFENDANTS.                  )
_____)

(PAGES 1 - 133 AND 170 - 218)

VOLUME I

DEPOSITION OF KEVIN KONDAS
MARCH 18, 2010

KELLI NORDEN AND ASSOCIATES   310.820.7733   FAX: 310.820.7933

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

47

|  |  |
|---|---|
|  | 1   THEN SOMEBODY SAID, YES, WE'VE GOT SOME BULLION IN |
| 10:58:02 | 2   ONE FORM OR THE OTHER, WHETHER THEY'RE DORAY STOCK |
| 10:58:05 | 3   OR WHETHER THEY'RE ALLUVIAL GOLD, WHERE YOU WOULD |
| 10:58:11 | 4   SELL IT OR HAVE IT REFINED AND THEN MOVE IT ON TO |
| 10:58:14 | 5   ANOTHER LEVEL. |
| 10:58:14 | 6              THAT'S -- THAT WAS PRETTY MUCH JUST |
| 10:58:16 | 7   A NETWORKING. |
| 10:58:16 | 8        Q.   WHEN WAS THE NEXT TIME HAD YOU AN |
| 10:58:18 | 9   OPPORTUNITY TO DO BUSINESS WITH MS. MELTZER? |
| 10:58:20 | 10       A.   I CAN'T RECALL. |
| 10:58:23 | 11       Q.   K.M. & A. WAS ESTABLISHED IN 1999; |
| 10:58:31 | 12  CORRECT? |
| 10:58:31 | 13       A.   YES, MA'AM. |
| 10:58:32 | 14       Q.   OKAY.  DO YOU KNOW WHO ROBERT |
| 10:58:37 | 15  MINTON IS? |
| 10:58:38 | 16       A.   YES, I DO. |
| 10:58:39 | 17       Q.   WHO IS HE? |
| 10:58:42 | 18       A.   HE IS ONE OF MY -- WAS ONE OF MY -- |
| 10:58:43 | 19  I GUESS WE'D CALL HIM A PARTNER NOW.  HE'S A |
| 10:58:45 | 20  FRIEND. |
|  | 21       Q.   SO HE'S A BUSINESS PARTNER AND A |
|  | 22  FRIEND? |
|  | 23       A.   YES. |
|  | 24       Q.   AND WHEN DID YOU FIRST MEET |
|  | 25  MR. MINTON? |

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

48

| | | |
|---|---|---|
| 10:59:02 | 1 | A. PROBABLY IN '93 OR '92, I'M |
| | 2 | GUESSING. I SHOULDN'T GUESS. I THINK '92 OR '93. |
| 10:59:06 | 3 | Q. AND WHERE DID YOU MEET HIM? |
| 10:59:10 | 4 | A. I BELIEVE IN ENGLAND. |
| 10:59:12 | 5 | Q. WHERE DOES MR. MINTON RESIDE TODAY? |
| 10:59:21 | 6 | A. IN ENGLAND. |
| 10:59:21 | 7 | Q. WHAT PART? |
| 10:59:22 | 8 | A. LICHFIELD. |
| 10:59:24 | 9 | Q. AND WHEN YOU MET HIM IN THE EARLY |
| 10:59:29 | 10 | '90S, WHAT DID YOU UNDERSTAND HIS BACKGROUND WAS? |
| 10:59:32 | 11 | A. HE WAS A COATINGS INSPECTOR FOR THE |
| 10:59:40 | 12 | INTERNATIONAL ATOMIC ENERGY COMMISSION. |
| 10:59:40 | 13 | Q. A WHAT TYPE OF INSPECTOR? |
| 10:59:40 | 14 | A. COATINGS FOR NUCLEAR REACTORS, |
| 10:59:44 | 15 | INTERNATIONAL ATOMIC ENERGY ASSOCIATION. |
| 10:59:47 | 16 | Q. HOW DID IT COME TO BE THAT YOU AND |
| 10:59:52 | 17 | MS. MELTZER AND MR. MINTON ESTABLISHED K.M. & A. |
| 10:59:55 | 18 | IN 1999? |
| 10:59:56 | 19 | A. MR. MINTON AND I WERE FRIENDS. AND |
| 11:00:02 | 20 | IN A MEETING WITH MS. MELTZER, WE THOUGHT WE HAD |
| | 21 | ENOUGH DIVERSE NATURE IN OUR BACKGROUNDS THAT WE |
| | 22 | COULD PUT SOMETHING TOGETHER. SO WE FORMED K.M.A. |
| | 23 | DEPOSITION OFFICER: COULD I ASK |
| | 24 | YOU TO KEEP YOUR VOICE UP, PLEASE? I'M LOSING YOU |
| | 25 | A LITTLE BIT. THANK YOU. |

KELLI NORDEN AND ASSOCIATES   310.820.7733   FAX: 310.820.7933

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

49

| | | |
|---|---|---|
| 11:00:19 | 1 | THE DEPONENT: WE FORMED K.M. & A. |
| 11:00:23 | 2 | TO TRY TO -- OR K.M.A.I. TO TRY TO PURSUE BUSINESS |
| 11:00:27 | 3 | IN THE AREAS THAT WE THOUGHT WE MIGHT BE ABLE TO |
| 11:00:29 | 4 | SEE SOMETHING THAT WOULD BE WORKABLE FOR BUSINESS. |
| 11:00:37 | 5 | BY MS. BAKER: |
| 11:00:40 | 6 | Q. WHAT WAS YOUR ROLE IN K.M. & A. IN |
| 11:00:40 | 7 | 1999? |
| 11:00:48 | 8 | A. WE FORMED THE COMPANY, AND I GUESS |
| 11:00:52 | 9 | I WAS THE MANAGING MEMBER. MY ROLE, I GUESS IS |
| 11:00:55 | 10 | PROBABLY WHAT YOU'RE LOOKING FOR, IS I WAS THE |
| 11:00:57 | 11 | TECHNOLOGIST. |
| 11:01:00 | 12 | Q. AND WHAT WAS MS. MELTZER'S ROLE? |
| 11:01:04 | 13 | A. WELL, SHE KIND OF GRAVITATED TOWARD |
| 11:01:07 | 14 | THE METAL SIDE OF LIFE AND ALSO INTO REAL ESTATE. |
| 11:01:08 | 15 | Q. WHAT WAS THE FIRST PART? I'M |
| 11:01:08 | 16 | SORRY. |
| 11:01:19 | 17 | A. METAL, BULLION. |
| 11:01:21 | 18 | Q. SO WHAT WERE HER RESPONSIBILITIES? |
| 11:01:25 | 19 | A. IF THERE WAS A PROJECT THAT WE WERE |
| | 20 | LOOKING AT OR IT CAME TO VIEW, SHE WOULD BE -- |
| | 21 | SIMPLY REVIEW IT IF IT HAD THOSE AREAS OF INTEREST |
| | 22 | IN THAT SHE WAS -- HAD A BACKGROUND IN. |
| | 23 | Q. HOW DID PROJECTS COME TO |
| | 24 | K.M. & A.? |
| | 25 | A. THEY CAME IN FROM A VARIETY OF |

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

52

```
11:03:58   1   FAUCET.
11:04:01   2              SO IT DEPENDS ON WHAT QUADRANT OF
11:04:03   3   TECHNOLOGY WE WORKED IN.  BUT FOR THE MOST PART,
11:04:06   4   WE WERE BACK AND FORTH IN TECHNOLOGY, HE AND I,
11:04:08   5   AND THEN -- THAT'S ALL THERE IS TO SAY.
11:04:12   6         Q.   OKAY.  AND BETWEEN 1999 AND THE END
11:04:17   7   OF 2005, THE MEMBERS OF K.M. & A. WERE YOURSELF,
11:04:20   8   MS. MELTZER AND MR. MINTON; CORRECT?
11:04:20   9         A.   CORRECT.
11:04:21  10         Q.   NOBODY ELSE?
11:04:22  11         A.   NOBODY ELSE.
11:04:24  12         Q.   DID THE MEMBERSHIP EVER CHANGE
11:04:26  13   DURING THE EXISTENCE OF K.M. & A.?
11:04:27  14         A.   NO, MA'AM.
11:04:33  15         Q.   AND YOU WERE THE MANAGING MEMBER;
11:04:33  16   CORRECT?
11:04:34  17         A.   CORRECT.
11:04:40  18         Q.   AND YOU AND MR. MINTON SORT OF
11:04:43  19   TRADED OFF IN TERMS OF EVALUATING TECHNOLOGY
          20   ORIENTED PROJECTS THAT CAME TO THE ATTENTION OF
          21   K.M. & A.?
          22         A.   YES, MA'AM.
          23         Q.   AND MS. MELTZER WAS MORE INVOLVED
          24   IN FINDING POTENTIAL INVESTORS OR UTILIZING HER
          25   SOCIAL NETWORK?  I'M TRYING TO UNDERSTAND HER
```

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

76

| | | |
|---|---|---|
| | 1 | Q. DID YOU HAVE ANY REACTION? |
| 11:46:18 | 2 | A. NO. |
| 11:46:24 | 3 | Q. DID YOU THINK THAT K.M. & A. COULD |
| 11:46:26 | 4 | HELP LU WITH FINDING THAT TYPE OF INVESTMENT |
| 11:46:29 | 5 | OPPORTUNITY? |
| 11:46:30 | 6 | A. WELL, THAT WOULD BE ONE THING THAT |
| 11:46:35 | 7 | WE OBVIOUSLY WOULD WANT TO EXPLORE. |
| 11:46:38 | 8 | Q. OKAY. SO MINTON AND MILLAR WERE |
| 11:46:43 | 9 | EXPLORING THE POSSIBILITY OF HELPING LU FIND THIS |
| 11:46:47 | 10 | INVESTMENT OPPORTUNITY IN A BANK IN 2005; CORRECT? |
| 11:46:51 | 11 | MR. THIBODO: OBJECTION; MISSTATES |
| 11:46:52 | 12 | TESTIMONY. |
| 11:46:52 | 13 | BY MS. BAKER: |
| 11:46:53 | 14 | Q. YOU CAN RESPOND. |
| 11:46:54 | 15 | A. THAT'S THE GENERAL ANSWER, YES. |
| 11:46:56 | 16 | Q. DID MINTON AND MILLAR HELP LU |
| 11:47:10 | 17 | LOCATE A POTENTIAL INVESTMENT OPPORTUNITY AS YOU |
| 11:47:12 | 18 | DESCRIBED? |
| 11:47:14 | 19 | MR. THIBODO: OBJECTION; COMPOUND. |
| 11:47:16 | 20 | THE DEPONENT: I DON'T UNDERSTAND |
| | 21 | THE WORD "LOCATE." |
| | 22 | BY MS. BAKER: |
| | 23 | Q. WHAT DID THEY DO TO HELP MS. LU AS |
| | 24 | YOU UNDERSTOOD IT IN 2005? |
| | 25 | MR. THIBODO: OBJECTION; COMPOUND. |

KELLI NORDEN AND ASSOCIATES   310.820.7733   FAX: 310.820.7933

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

80

|  |  |
|---|---|
| | 1   (WHEREUPON, A DISCUSSION WAS HELD |
| 11:51:43 | 2   OFF THE RECORD.) |
| 11:51:43 | 3   (WHEREUPON, CORPORATE EXHIBIT NUMBER |
| 11:51:43 | 4   2 WAS MARKED FOR IDENTIFICATION BY |
| 11:51:43 | 5   THE DEPOSITION OFFICER AND IS ATTACHED |
| 11:52:50 | 6   HERETO.) |
| 11:52:50 | 7       THE VIDEOGRAPHER: THE TIME IS NOW |
| 11:52:54 | 8   11:52, AND WE'RE BACK ON THE RECORD. |
| 11:52:56 | 9   BY MS. BAKER: |
| 11:52:58 | 10      Q.  DR. KONDAS, YOU'VE BEEN GIVEN AN |
| 11:53:02 | 11  EXHIBIT THAT'S BEEN LABELED CORPORATE NUMBER 2 IN |
| 11:53:05 | 12  THIS DEPOSITION. |
| 11:53:14 | 13      WOULD YOU TAKE A MOMENT AND REVIEW |
| 11:53:17 | 14  THAT DOCUMENT AND TELL ME IF YOU'VE SEEN IT BEFORE |
| 11:53:20 | 15  TODAY. |
| 11:53:20 | 16      (DOCUMENT REVIEWED BY DEPONENT.) |
| 11:53:31 | 17      THE DEPONENT: YES, I HAVE SEEN IT |
| 11:53:33 | 18  BEFORE. |
| 11:53:33 | 19  BY MS. BAKER: |
| 11:53:33 | 20      Q.  AND WHAT IS THIS DOCUMENT? |
| | 21      A.  IT'S THE IRREVOCABLE PROJECT |
| | 22  FUNDING AGREEMENT. |
| | 23      Q.  OKAY. WHO ARE THE PARTIES TO THAT |
| | 24  AGREEMENT AS YOU UNDERSTAND IT? |
| | 25      A.  KEVIN SO, LUCY LU AND K.M.A.I. -- |

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

81

| | | |
|---|---|---|
| | 1 | K.M. & ASSOCIATES INTERNATIONAL. |
| 11:53:50 | 2 | Q. LOOKING AT THE LAST PAGE ON THAT |
| 11:53:53 | 3 | DOCUMENT, IS THAT YOUR SIGNATURE ON THIS PAGE? |
| 11:53:56 | 4 | A. YES, IT IS. |
| 11:53:57 | 5 | Q. DO YOU KNOW WHO DRAFTED THIS |
| 11:54:00 | 6 | DOCUMENT? |
| 11:54:00 | 7 | A. NO, I DO NOT. |
| 11:54:01 | 8 | Q. DID YOU DRAFT THE DOCUMENT? |
| 11:54:02 | 9 | A. NO, I DID NOT. |
| 11:54:03 | 10 | Q. DID ANYONE AT K.M. & A. DRAFT THE |
| 11:54:08 | 11 | DOCUMENT? |
| 11:54:08 | 12 | A. NO. |
| 11:54:08 | 13 | Q. ISN'T IT TRUE THAT KEITH MILLAR |
| 11:54:14 | 14 | HELPED YOU SECURE THIS AGREEMENT WITH LUCY LU AND |
| 11:54:17 | 15 | KEVIN SO IN 2005? |
| 11:54:18 | 16 | MR. THIBODO: OBJECTION; ASKED AND |
| 11:54:20 | 17 | ANSWERED. |
| 11:54:20 | 18 | BY MS. BAKER: |
| 11:54:20 | 19 | Q. YOU CAN RESPOND. |
| 11:54:21 | 20 | A. YES. |
| | 21 | Q. "YES"? |
| | 22 | A. YES. PARDON ME. |
| | 23 | Q. SO IS IT TRUE, AS YOU UNDERSTOOD |
| | 24 | IT, THAT KEITH MILLAR WAS ACTING ON BEHALF OF |
| | 25 | K.M. & A. IN 2005? |

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

84

| | | |
|---|---|---|
| | 1 | A. I'M SORRY. COULD YOU SAY THAT |
| 11:56:51 | 2 | AGAIN? |
| 11:56:51 | 3 | Q. IN 2005, YOU UNDERSTOOD THAT KEITH |
| 11:56:54 | 4 | MILLAR AND ROBERT MINTON INTRODUCED LUCY LU TO |
| 11:56:58 | 5 | BORIS LOPATIN; CORRECT? |
| 11:56:59 | 6 | MR. THIBODO: OBJECTION; MISSTATES |
| 11:57:00 | 7 | THE RECORD, ASKED AND ANSWERED. |
| 11:57:01 | 8 | THE DEPONENT: YES. |
| 11:57:01 | 9 | BY MS. BAKER: |
| 11:57:11 | 10 | Q. IN 2005, YOU UNDERSTOOD THAT KEITH |
| 11:57:16 | 11 | MILLAR AND ROBERT MINTON INTRODUCED LUCY LU TO |
| 11:57:23 | 12 | BORIS LOPATIN & ASSOCIATES? |
| 11:57:24 | 13 | MR. THIBODO: OBJECTION; MISSTATES |
| 11:57:26 | 14 | THE RECORD, ASKED AND ANSWERED. |
| 11:57:26 | 15 | BY MS. BAKER: |
| 11:57:27 | 16 | Q. YOU CAN RESPOND. |
| 11:57:28 | 17 | A. I HAVE NO IDEA WHAT MR. LOPATIN'S |
| 11:57:31 | 18 | COMPANY'S AFFILIATIONS WERE. |
| 11:57:39 | 19 | Q. OKAY. CORPORATE 2, WHICH I GAVE TO |
| 11:57:43 | 20 | YOU JUST A MINUTE OR TWO AGO, IS THAT A TRUE AND |
| | 21 | CORRECT COPY OF THE IRREVOCABLE PROJECT FUNDING |
| | 22 | AGREEMENT? |
| | 23 | MR. THIBODO: OBJECT; VAGUE AND |
| | 24 | AMBIGUOUS AND CALLING FOR LEGAL CONCLUSION. |
| | 25 | /// |

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

89

|  |  |
|---|---|
| 12:04:11 | 1  ACCOUNT." |
| 12:04:11 | 2  Q. OKAY. WHAT DID YOU UNDERSTAND THE |
| 12:04:14 | 3  PROJECT FUNDING FROM THIS TRANSACTION TO BE IN |
| 12:04:16 | 4  2005? |
| 12:04:20 | 5  MR. DONOVAN: OBJECT TO THE FORM. |
| 12:04:22 | 6  BY MS. BAKER: |
| 12:04:23 | 7  Q. YOU CAN ANSWER. |
| 12:04:24 | 8  A. WHEN THE CLIENT WAS INVOLVED IN AN |
| 12:04:26 | 9  ASSET ENHANCEMENT EFFORT, WHEN THE CLIENT MADE |
| 12:04:29 | 10 MONEY AND RECEIVED FUNDS, WE WOULD BE PAID FROM |
| 12:04:35 | 11 THAT. |
| 12:04:38 | 12 Q. WHAT WAS THIS ASSET ENHANCEMENT |
| 12:04:40 | 13 PROJECT AS YOU UNDERSTOOD IT IN 2005, DR. KONDAS? |
| 12:04:47 | 14 A. IT WAS AN EFFORT INVOLVED IN THE |
| 12:04:50 | 15 BANK, A BANK, THAT WAS ABLE TO ENHANCE ASSETS. |
| 12:05:00 | 16 Q. IN THE SPRING OF 2005, DOES -- DID |
| 12:05:08 | 17 BORIS LOPATIN EVER TALK TO YOU ABOUT A TRADER |
| 12:05:13 | 18 NAMED MICHAEL BROWN? |
| 12:05:14 | 19 A. NO. I DON'T BELIEVE HE MENTIONED |
| 12:05:19 | 20 HIS NAME. |
|  | 21 Q. DID BORIS LOPATIN EVER MENTION TO |
|  | 22 YOU IN THE SPRING OF 2005 THAT THERE WAS A TRADER |
|  | 23 WHO HAD A PROJECT THAT MIGHT BE SUITABLE FOR |
|  | 24 K.M. & A. CLIENTS? |
|  | 25 A. YES. |

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

90

| | | |
|---|---|---|
| | 1 | Q. WHAT DID HE TELL YOU, BEING |
| 12:05:42 | 2 | K.M. & A.? |
| 12:05:43 | 3 | A. HE SAID THERE WAS AN EFFORT UNDER |
| 12:05:51 | 4 | WAY AND THAT THE CLIENT WOULD HAVE FULL CAPACITY |
| 12:06:01 | 5 | TO DO TOTAL DUE DILIGENCE, SPEAK WITH A REPUTABLE |
| 12:06:09 | 6 | LAW FIRM IN LONDON, BRING THEIR OWN COUNSEL, TALK |
| 12:06:14 | 7 | TO THE BANK, MAKE SURE THEIR MONEY WAS GUARDED, |
| 12:06:22 | 8 | AND THE TRADER WOULD BE IN A POSITION BY WHICH |
| 12:06:31 | 9 | THEY WOULD ATTEMPT TO ENHANCE THE ASSETS. |
| 12:06:35 | 10 | Q. DO YOU KNOW IF MR. MILLAR |
| 12:06:40 | 11 | COMMUNICATED THAT SAME INFORMATION TO LUCY LU IN |
| 12:06:43 | 12 | 2005? |
| 12:06:44 | 13 | MR. DONOVAN: OBJECTION; CALLS FOR |
| 12:06:46 | 14 | SPECULATION. |
| 12:06:46 | 15 | MS. BAKER: I ASKED IF HE KNEW. |
| 12:06:47 | 16 | BY MS. BAKER: |
| 12:06:48 | 17 | Q. YOU CAN ANSWER. |
| 12:06:48 | 18 | A. I BELIEVE THE ANSWER IS YES. |
| 12:06:50 | 19 | Q. AND WHAT DO YOU BASE THAT BELIEF |
| 12:06:57 | 20 | ON? |
| | 21 | A. THAT WHEN LUCY LU WAS IN LONDON, |
| | 22 | THEY SPENT FOUR DAYS GOING OVER DETAIL TO MAKE |
| | 23 | SURE THAT HERSELF AND ALL OF HER ASSOCIATES, KEVIN |
| | 24 | SO, BIRU WANG, RIGHT DOWN THE LINE, KNEW EVERY |
| | 25 | DETAIL OF EVERY CONTRACT BEFORE THEY DID ANYTHING. |

108

|  |  |  |
|---|---|---|
|  | 1 | (WHEREUPON, CORPORATE EXHIBIT NUMBER |
|  | 2 | 4 WAS MARKED FOR IDENTIFICATION BY |
|  | 3 | THE DEPOSITION OFFICER AND IS ATTACHED |
| 13:22:54 | 4 | HERETO.) |
| 13:22:54 | 5 | (DOCUMENT REVIEWED BY DEPONENT.) |
| 13:22:55 | 6 | BY MS. BAKER: |
| 13:22:56 | 7 | Q. DR. KONDAS, YOU'VE BEEN HANDED THE |
| 13:22:59 | 8 | DOCUMENT THAT HAS BEEN MARKED AS CORPORATE |
| 13:23:00 | 9 | NUMBER 4. |
| 13:23:03 | 10 | CAN YOU TAKE A MOMENT AND LOOK AT |
| 13:23:05 | 11 | THAT DOCUMENT AND TELL ME IF YOU'VE SEEN IT |
| 13:23:07 | 12 | BEFORE? |
| 13:23:37 | 13 | A. I DON'T KNOW IF I'VE SEEN THIS ONE |
| 13:23:40 | 14 | SPECIFICALLY, BUT I'VE SEEN SOMETHING SIMILAR. |
| 13:23:47 | 15 | Q. DID YOU SEE SOMETHING SIMILAR TO |
| 13:23:49 | 16 | THIS IN 2005? |
| 13:23:50 | 17 | A. I CAN'T TELL YOU. |
| 13:23:52 | 18 | Q. IS IT POSSIBLE YOU SAW SOMETHING |
| 13:24:07 | 19 | SIMILAR TO THIS IN 2005? |
| 13:24:09 | 20 | A. IT'S POSSIBLE. |
|  | 21 | Q. DO YOU SEE ON THE FIRST PAGE OF |
|  | 22 | CORPORATE NUMBER 4 IN 1.3 THE REFERENCE TO |
|  | 23 | TRANSACTION CODE 8885276723? |
|  | 24 | A. YES, I DO. |
|  | 25 | Q. DOES THAT TRANSACTION CODE MEAN |

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

109

| | | |
|---|---|---|
| | 1 | SOMETHING TO YOU? |
| 13:24:33 | 2 | A. NOTHING. |
| 13:24:33 | 3 | Q. HAVE YOU EVER SEEN THAT TRANSACTION |
| 13:24:36 | 4 | CODE BEFORE? |
| 13:24:36 | 5 | A. NOT THE WHOLE THING, BUT I GUESS I |
| 13:24:48 | 6 | SHOULD ANSWER NO. |
| 13:24:49 | 7 | Q. HAVE YOU EVER SEEN PART OF THAT |
| 13:24:51 | 8 | TRANSACTION CODE BEFORE? |
| 13:24:54 | 9 | A. YES. |
| 13:24:54 | 10 | Q. AND WHERE HAVE YOU PREVIOUSLY SEEN |
| 13:24:56 | 11 | PART OF THAT TRANSACTION CODE BEFORE? |
| 13:24:57 | 12 | A. ON THE -- ON DOCUMENTATION FROM |
| 13:25:02 | 13 | BORIS LOPATIN. |
| 13:25:03 | 14 | Q. HAS K.M. & A. EVER USED PART OF |
| 13:25:14 | 15 | THAT TRANSACTION CODE ON ANY OF ITS DOCUMENTS? |
| 13:25:17 | 16 | A. I BELIEVE THE CODE WAS USED ON THE |
| 13:25:28 | 17 | INVOICES SENT TO KEVIN SO AND LUCY LU. |
| 13:25:32 | 18 | Q. ANYPLACE ELSE? |
| 13:25:36 | 19 | A. NOT THAT I CAN RECALL RIGHT NOW. |
| 13:25:38 | 20 | Q. BEFORE THE LUNCH BREAK YOU TALKED |
| | 21 | ABOUT, I BELIEVE, AN ASSET ENHANCEMENT PROJECT. |
| | 22 | IS THAT ACCURATE? |
| | 23 | A. YES. |
| | 24 | Q. DOES CORPORATE 4 REPRESENT THE |
| | 25 | ASSET ENHANCEMENT PROJECT THAT YOU WERE TALKING |

KELLI NORDEN AND ASSOCIATES   310.820.7733   FAX: 310.820.7933

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

189

```
 1   ANSWERED.
 2   BY MS. BAKER:
 3       Q.   OKAY.  LOOKING TO THE FIRST PAGE OF
 4   CORPORATE NUMBER 1 -- I'M SORRY, CORPORATE 16, DO
 5   YOU SEE THE NOTE THAT SAYS:
 6            "DR. KONDAS WILL RETURN THE
 7       SIGNED I.P.F.A. TO YOU TOMORROW"?
 8       A.   YES, I SEE IT.
 9       Q.   OKAY.  IS IT FAIR TO SAY THAT KEITH
10   MILLAR FACILITATED THE EXECUTION OF THE I.P.F.A.?
11            MR. THIBODO:  OBJECTION; VAGUE AND
12   AMBIGUOUS.
13   BY MS. BAKER:
14       Q.   YOU CAN ANSWER.
15       A.   YES.
16       Q.   IS IT FAIR TO SAY THAT KEITH
17   MILLAR -- STRIKE THAT.
18            MS. BAKER:  16?
19            MS. KIRNEYAVA:  NO.
20            MS. BAKER:  OH, HANG ON.  HANG ON.
21       (WHEREUPON, A DISCUSSION WAS HELD
22       OFF THE RECORD.)
23            MS. BAKER:  16 AND 17.
24            DEPOSITION OFFICER:  THIS IS 17 AND
25   18.
```

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

214

```
 1   BY MS. BAKER:
 2       Q.   LET'S DO THIS.  LOOKING AT
 3   CORPORATE 16 AND 17 --
 4       A.   YES.
 5       Q.   -- DO YOU SEE THE SECOND PAGE OF
 6   BOTH THOSE DOCUMENTS?
 7       A.   YES.
 8       Q.   IT SAYS:
 9            "KEITH MILLAR ON BEHALF OF
10   K.M. & ASSOCIATES INTERNATIONAL,
11   L.L.C."?
12       A.   YES.
13       Q.   OKAY.  DOESN'T THAT INDICATE TO YOU
14   THAT KEITH MILLAR WAS HAVING CONVERSATIONS WITH
15   LUCY LU ON BEHALF OF K.M. ASSOCIATES
16   INTERNATIONAL, L.L.C.?
17            MR. THIBODO:  OBJECTION; LACKS
18   FOUNDATION, ARGUMENTATIVE.
19   BY MS. BAKER:
20       Q.   YOU CAN RESPOND.
21       A.   NO.
22       Q.   WHY NOT?
23            MR. THIBODO:  OBJECTION;
24   ARGUMENTATIVE.
25            THE DEPONENT:  HE WAS NEVER
```

CONFIDENTIAL DEPOSITION OF KEVIN KONDAS, VOL. I

215

```
 1    AUTHORIZED TO COMMUNICATE ON K.M.A.'S BEHALF.
 2    THAT'S WHY I NEVER SAW THESE, WHICH I TESTIFIED TO
 3    ALREADY.
 4    BY MS. BAKER:
 5          Q.   BUT YOU DON'T DENY THAT THESE
 6    E-MAILS PURPORT TO STATE THAT KEITH MILLAR IS
 7    ACTING ON BEHALF OF K.M. & ASSOCIATES
 8    INTERNATIONAL, L.L.C.; CORRECT?
 9               MR. THIBODO:  THE DOCUMENT --
10    OBJECTION; DOCUMENTS SPEAK FOR THEMSELVES, LACKS
11    FOUNDATION.
12    BY MS. BAKER:
13          Q.   YOU CAN RESPOND.
14          A.   IT SAYS IT'S NOT TRUE.
15          Q.   OKAY.
16          A.   HE'S A SEPARATE ENTITY.
17          Q.   OKAY.
18               MS. BAKER:  GOOD TIME NOW.
19               THE VIDEOGRAPHER:  THIS MARKS THE
20    END OF VIDEO CASSETTE NUMBER 2 IN TODAY'S
21    VIDEOTAPED DEPOSITION OF K -- CORPORATE ENTITIES
22    K.M. & ASSOCIATES INTERNATIONAL, K.B. & M.
23    PROJECTS INTERNATIONAL, C.T.L. PROJECTS
24    INTERNATIONAL, ALL BEING REPRESENTED TODAY BY
25    DR. KEVIN KONDAS.
```