# EXHIBIT 11

**From:** Keith Millar [dollarsphere@onetel.com]
**Sent:** 18 March 2005 19:12
**To:** yanglucy
**Subject:** Fw: Program in London.

----- Original Message -----
**From:** Keith Millar
**To:** yanglucy
**Sent:** Thursday, March 17, 2005 11:17 PM
**Subject:** Re: Program in London.

Dear Lucy,

Good news - we will be able to take you into the program that we are running in London before the end of this month.

To re-iterate, this will involve moving your $30M from your account at HSBC, HK, to a new own-name, non-depletion account in a financial institution (an FSA licenced securities trading company) which is backed by HSBC (the financial institution account is in HSBC). Your money will be callable within 30 days (i.e. you can withdraw all your monies, principal plus accumulated profits, by giving 30 days written notice at any time). Your funds will not be at any risk, and HSBC are fully aware of, and stand behind, this arrangement.

The procedure is that you would meet the trader (the principal of the trading company) and his lawyer in the law office which is across the road from the branch of HSBC which holds the accounts in the City of London. Everything will be explained to you in detail; all your questions will be answered (and of course if you are not entirely happy, you will not be pressured into signing any contract). Assuming that you decide to proceed and sign the contract, you will be given a counter-signed, and sealed, bound copy to take away with you. Following this meeting, you will then be accompanied across the road, and introduced to your bank officer who will open the trading account at HSBC bank (this is the account into which you will authorise the transfer of your funds from HK) - for this you will need your Passport and two recent Utility Bills showing your home address (a mobile phone bill is not acceptable) Electricity, Gas or Telephone are the usual ones. The bank officer will also open an own name private account for you, should you so wish, whilst you are at the bank. We have all your documentation, but would request that you provide us with an up to date Proof of Funds prior to your visit. If convenient to you, I would suggest that we arrange your meeting for the morning of Wednesday, 30th March 2005. You should be able to complete everything in one day, but just to be safe, it would be best to arrive Tuesday, and aim to get a return flight to Canada late Thursday.

Please let me know if you would like to go ahead, and confirm that the suggested date is convenient for you. Please do not book any flights, or hotels, until we confirm the meeting.

I hope that this suggestion is acceptable, and I look forward to hearing from you at your earliest convenience,

Kind Regards,
Keith Millar.
on behalf of: K M Associates International, LLC.

26/05/2006

25

SO-0042792