# EXHIBIT 13

| | |
|---|---|
| **From:** | Keith Millar [dollarsphere@onetel.com] |
| **Sent:** | 20 February 2005 20:01 |
| **To:** | yanglucy |
| **Subject:** | Fw: Appointment in London, |

----- Original Message -----
**From:** Keith Millar
**To:** yanglucy
**Sent:** Sunday, February 20, 2005 11:46 AM
**Subject:** Re: Appointment in London,

Dear Lucy,
    Thank you for your email received Sunday, 20th February 2005.
    The "Resolution and Authorization of Signatory" document authorizing you to represent the interests of yourself and your partner, Mr Kevin So, in setting up a non-depletion account at the HSBC Bank securities house in London looks to be in order.
    Unfortunately, it will not be possible to send you an advance copy of the contract. Due to the confidential nature of this business, the completed contract is held by the trader's lawyer, with a copy lodged at the securities house. Both the trader and the lawyer will explain the contract in detail to you before you go to the bank to complete the mandate documents to open the account, and will be pleased to answer all your questions.
    I must emphasise that your $30M will be every bit as safe and secure in a non-depletion account in HSBC, London, as it is in HSBC, HK.
    Yours Sincerely,
    Keith Millar.

----- Original Message -----
**From:** yanglucy
**To:** Keith Millar
**Sent:** Saturday, February 19, 2005 7:13 PM

Dear Mr. Keith Millar,

The attachment is the draft of Authorization of Signatory, please tell me if it is ok.
Now I am planning to arrive London on February 23, please make arrangements for me.
Because Mr. So can't go to London with me, we wonder if you could send us the draft of the contracts before I arrive London, so Mr. So can review it and know more about it.

Sincerely,

Lucy

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.300 / Virus Database: 266.1.0 - Release Date: 2/18/05

26/05/2006

20

SO-0042972