# EXHIBIT 14

| | |
|---|---|
| From: | Keith Millar [dollarsphere@onetel.com] |
| Sent: | 18 February 2005 07:28 |
| To: | yanglucy |
| Subject: | Re: HSBC account in London |

Dear Lucy,

    Please see answers below,
    Best Regards,
    Keith Millar.

----- Original Message -----
From: yanglucy
To: Keith Millar
Sent: Thursday, February 17, 2005 1:01 PM
Subject: Fw: HSBC account in London

Dear Mr. Millar:

    Re: Trading in London

Thank you for your today's email.

With regarding to the Sub-Account under Trader's Master Account with HSBC Security House, could you please advise me of the following points of concerns;

1. The Sub-Account to be established shall be in both names of Mr. So and me, although I will be authorized by Mr. So to act and execute the signing of all necessary documents for trading. Could you confirm with the Trader that this is acceptable?
Yes, this will be acceptable. Your account in HSBC, HK, is a joint partnership account - all you need to do is bring a letter of authorisation signed by Mr. So (and witnessed, or notarised) saying that you are authorised to act as the sole signatory on this partnership account to be set up in the name of "Mrs Lucy Lu Yang and Mr Kevin So" (or whatever account name you choose).
2. If funds are to be placed in a Sub-Account under Trader's Master Account, do we (Mr. So and I) have absolute rights in controlling the Sub-Account or does the Trader has his over all rights of controlling of the Sub-account?
You have absolute rights over this account in the sense that you can opt to close the account and withdraw your funds (principal plus accumulated profits) at any time. Remember this is a non-depletion account so at any point in time there will be either your $30M (plus accumulated profits) or bank securities of a higher face value (all A+, or better rated up to AAA) in the account. These securities are immediately convertible to cash. The account is regulated by the Financial Services Authority (FSA) which is the regulatory body authorised by the British Government and the Bank of England to oversee and control this business. Since most trading will be in USD, there is also an SEC (the American Securities and Exchange Commission) involvement. The whole business is highly regulated with very severe penalties for wrong doing. This is one of best reasons for doing the business in London. Your money will be 100% safe in this environment.
3. If the Trader has his over rights of controlling the Sub-Account, what is our security for the investment funds?
As per the contract which the lawyer and the trader will explain to you in detail, you have absolute rights over the account. In order that your money can be traded, the trading contract will give the trader a limited power to to use the funds in your account to purchase high quality bank paper (A+ to AAA), and then resell this paper at a profit - that is how the profits are generated. As explained above, this is a very highly regulated

26/05/2006

14

SO-0042782

February 17, 2005

business. Your money will be safe not only due to the regulatory controls exercised by the FSA, SEC and the B of E, but the trader is trading Billions of USD each year and is making substantial profits not only for each client, but also for himself and the parent company - he is not going to jeopardise his reputation, freedom or lifestyle by stealing money from any client. Apart from that there are many controls in place to prevent such things happening. All transactions, and accounts, must be reconciled and balanced at the close of business each day. Remember also, that the people who do the trading are carefully vetted by the security services. This is a very serious business which is very carefully controlled in Great Britain. This is the primary reason why London remains one of the leading world financial centres, and is above, say, Frankfurt or Paris.

Your prompt response to the above is very much appreciated.

Sincerely,

Lucy

---

No virus found in this incoming message.
Checked by AVG Anti-Virus.
Version: 7.0.300 / Virus Database: 265.8.8 - Release Date: 2/14/05

15

26/05/2006

SO-0042783