# EXHIBIT 15

Apr-02-05 09:19A                                                          P.02

## IRREVOCABLE PROJECT FUNDING AGREEMENT

THIS AGREEMENT DATED: 24TH OF MARCH, 2005 FOR PRIVATE PROJECT FUNDING TRANSACTIONS

BETWEEN:

LUCY YAN LU WITH AN ADDRESS OF
51 KIMBANK CRES., MARKHAM, ONTARIO, L3R 8S9, CANADA.   AND
KEVIN SO WITH AN ADDRESS OF
20/F 689 TIAN HE ROAD NORTH, GUANGZHOU 510639, CHINA.

AND:

KM & ASSOCIATES INTERNATIONAL LLC, (HEREINAFTER KNOWN AS KMAI), ITS SUCCESSORS OR PERMITTED ASSIGNS, WITH AN ADDRESS OF PO BOX 1053, WHITE PLAINS, MARYLAND 20685, USA

IN REFERENCE:   PRIVATE PROJECT FUNDING TRANSACTIONS

THE UNDERSIGNED HEREBY IRREVOCABLY AGREES NOT TO CIRCUMVENT, AVOID, BYPASS, OR OBVIATE KMAI AND/OR ASSIGNS, DIRECTLY OR INDIRECTLY, TO EVADE PROVIDING PROJECT FUNDS. THIS AGREEMENT SHALL BE THE BASIS FOR A PAYORDER TO THE DISBURSING AGENT FOR PAYMENT OF AGREED UPON PROJECT FUNDS TO THE ABOVE MENTIONED KMAI AND/OR ASSIGNS IN THE MATTER OF THE PRIVATE PROJECT FUNDING TRANSACTIONS.

IT IS AGREED THAT KMAI AND/OR ASSIGNS WILL BE PROVIDED PROJECT FUNDING FROM THIS TRANSACTION;  AND IT IS FURTHER AGREED THAT THE PROJECT FUNDS DUE TO KMAI AND/OR ASSIGNS HERETO FOR SHALL BE DUE AND PAYABLE SIMULTANEOUSLY WITH DISBURSEMENT PAYMENT TO THE PRINCIPAL, SUBJECT TO BANK TIMING OF TRANSFER, AND THE FUNDS BEING RECEIVED IN THE PAYMASTER'S ACCOUNT.

Irrevocable Project Funding Agreement                     Dated: 24 March, 2005

Corporate Exhibit 2
Deponent Kondal
Date 3 18 10  Pg 1 of 3
Samantha Avenaim CSR10627

Apr-02-05 09:19A                                                                P.03

KMAI, and/or assigns, and LUCY YAN LU & KEVIN SO, and/or assigns.
Page 2 of 3

IN THE EVENT THE TRANSACTION IS CONCLUDED IN MULTIPLE TRANCHES, THEN SAID AMOUNTS SHALL APPLY TO EACH AND EVERY TRANCHE UNTIL THE TOTAL OF THE TRANSACTION AMOUNT HAS BEEN CLOSED IN FULL. IN ADDITION, ALL EXTENSIONS, ROLLOVERS OR NEGOTIATIONS BETWEEN SAID PRINCIPALS ALSO SHALL BE COVERED UNDER THIS AGREEMENT AND, THE ABOVE MENTIONED KMAI AND/OR ASSIGNS SHALL BE DULY FUNDED FOR PROJECTS UNDER THE SAME PROVISIONS SUBJECT TO SUCCESSFUL CLOSURE OF EACH TRANSACTION.

SAID PROJECT FUNDS ARE TO BE PAID IN US DOLLARS. SAID PROJECT FUNDS IN THIS TRANSACTION WILL BE ONE-FIFTH OR TWENTY PERCENT (20.0%) OF THE BENEFITS PAID TO THE INVESTOR. SAID PROJECT FUNDS SHALL BE THE TOTAL AMOUNT DUE TO KMAI AND/OR ASSIGNS. FOR EXAMPLE:
   LUCY YAN LU & KEVIN SO AND/OR ASSIGNS EIGHTY PERCENT (80%)
   KMAI AND/OR ASSIGNS TWENTY PERCENT (20%)

THE TOTAL RESPONSIBILITY FOR PAYMENT OF TAXES/FEES DUE AND PAYABLE TO ANY GOVERNMENT BODY, WHETHER STATE, FEDERAL, LOCAL OR OTHER, AND WHATEVER APPLICABLE TO EACH INDIVIDUAL RECEIVING THE ABOVE MENTIONED BENEFITS, IS SOLE RESPONSIBILITY OF THE RECIPIENT.

THE LAW OF WASHINGTON DC SHALL BE THE PROPER LAW OF THIS AGREEMENT. ALL UNDERSIGNED HERETO AGREE TO PROTECT EACH OTHER REGARDING STANDARD NON-DISCLOSURE AND NON-CIRCUMVENTION PRACTICES AND TO EXERCISE ITS BEST EFFORTS IN ACTING IN GOOD FAITH TOWARDS EACH OTHER. ALL INFORMATION FROM THE DATE OF THE SIGNING OF THIS INSTRUMENT, SPECIFICALLY REGARDING COMPLETION AND FRUITION OF ANY ARRANGEMENT BETWEEN THE ABOVE MENTIONED KMAI AND/OR ASSIGNS, OR PROJECT

Irrevocable Project Funding Agreement                  Dated: 24 March, 2005

2

Apr-02-05 09:20A                                                              P.04

KMAI and/or assigns, and LUCY YAN LU & KEVIN SO, and/or assigns,
Page 3 of 3

FUNDS "TO OR FROM" ALL PARTIES CONTAINED HEREIN, IS NEVER TO BE REVEALED TO ANY THIRD PARTY WHATSOEVER. KMAI AND/OR ASSIGNS AND (NAME OF INVESTOR), AND/OR ASSIGNS AGREE WITH ALL THE STATEMENTS CONTAINED IN THIS DOCUMENT, AND THAT KMAI AND/OR ASSIGNS AND LUCY YAN LU & KEVIN SO AND/OR ASSIGNS ARE COVENANTED, TO UNDERTAKE A PROMISE AND COMMITMENT TO MAINTAIN *"TOTAL SILENCE" REGARDING THE AFOREMENTIONED, IN ALL REGARDS, AND WITHOUT COMPROMISE.*

FACSIMILE COPIES OF THIS AGREEMENT WITH SIGNATURES WILL BE DEEMED AS VALID AND LEGALLY BINDING DOCUMENTS.

SAID AGREEMENT MAY BE EXECUTED IN COUNTERPARTS AND WILL BE CONSIDERED IN THE AGGREGATE AS ONE DOCUMENT.

AGREED BY THE UNDERSIGNED ON THIS 24TH DAY OF MARCH, 2005.

*[signature]*

LUCY YAN LU
(ON BEHALF OF LUCY YAN LU & KEVIN SO)

AGREED BY THE UNDERSIGNED ON THIS 24TH DAY OF MARCH, 2005.

*[signature]*

KMAI, LLC
MANAGING MEMBER


Irrevocable Project Funding Agreement          Dated: 24 March 2005

3