1 | Haig Kalbian (Admitted *pro hac vice*)
Mary M. Baker (Admitted *pro hac vice*)
2 | D. Michelle Douglas (CA Bar No. 190248)
Aaron Knights (Admitted *pro hac vice*)
3 | KALBIAN HAGERTY L.L.P.
The Brawner Building
4 | 888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
5 | Phone:       (202) 223-5600
Facsimile: (202) 223-6625
6 | E-mail:   hkalbian@kalbianhagerty.com
              mmb@kalbianhagerty.com
7 |           mdouglas@kalbianhagerty.com
              aknights@kalbianhagerty.com
8 |
9 | Louis R. Miller (CA Bar No. 54141)
A. Sasha Frid (CA Bar No. 216800)
10 | Geoffrey A. Neri (CA Bar. No. 258802)
MILLER BARONDESS LLP
11 | 1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
12 | Phone:       (310) 552-4400
Facsimile: (310) 552-8400
13 | E-mail:   smiller@millerbarondess.com
              sfrid@millerbarondess.com
14 |           gneri@millerbarondess.com

*Attorneys for Plaintiff Kevin So*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
(Western Division)

KEVIN SO,

Plaintiff,

v.

LAND BASE, LLC, et al.

Defendants.

CASE NO. CV 08-3336 DDP (AGRx)

[~~PROPOSED~~] ORDER RE: PLAINTIFF KEVIN SO'S APPLICATION TO FILE EXHIBITS UNDER SEAL RE: CONFIDENTIAL FINANCIAL INFORMATION

[Local Rule 79-5.1]

(Hon. Dean D. Pregerson)

Date: None Set (taken under submission)
Time: None Set
Place: Courtroom 3, 2nd Floor

66607.1

# ORDER

THE COURT, having considered Plaintiff Kevin So's Application to File Exhibits Under Seal Re: Confidential Financial Information, hereby orders as follows:

Plaintiff Kevin So's Application is GRANTED, and the requested documents, labeled as Exhibits 9A, 16, 19 and 28, are accepted for filing by the Court under seal and shall be considered as evidence submitted in support of Plaintiff's *Opposition to Motion for Summary Judgment, or in the Alternative, Summary Adjudication,* by Defendants Kevin Kondas, Mira Meltzer, KM & Associates International, LLC, KB&M Projects International, LLC and CTL Projects International, LLC :

IT IS SO ORDERED.

Dated: June 7, 2010

_____
U.S.D.J. Dean D. Pregerson

# PROOF OF SERVICE

STATE OF CALIFORNIA,      )
                          ) SS.
COUNTY OF LOS ANGELES     )

I am a citizen of the United States and employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) years and not a party to the within action. I am employed by MILLER BARONDESS, LLP and my business address is 1999 Avenue of the Stars, Suite 1000, Los Angeles, California 90067.

On June 1, I served ☐ the original ☒ a true copy of the within document(s) described as **[PROPOSED] ORDER RE PLAINTIFF KEVIN SO'S APPLICATION TO FILE EXHIBITS UNDER SEAL RE CONFIDENTIAL FINANCIAL INFORMATION** on all interested parties in this action

☒ **PERSONAL DELIVERY:** I caused such envelope to be delivered by hand to the offices of the above named addressee(s).

☒ **BY MAIL:** I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service. This correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business at our Firm's office address in Los Angeles, California. Service made pursuant to this paragraph, upon motion of a party served, shall be presumed invalid if the postal cancellation date of postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this affidavit.

☐ **BY OVERNIGHT DELIVERY SERVICE:** I served the foregoing document by Federal Express, an express service carrier which provides overnight delivery, as follows. I placed true copies of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed to each interested party as set forth above, with fees for overnight delivery paid or provided for.

☐ **BY FACSIMILE:** I caused such envelope to be delivered via facsimile to the offices of the addressee(s) at the facsimile numbers listed below. I certify that said transmission was completed and that all pages were received and that a report was generated by the facsimile machine which confirms said transmission and receipt.

☐ **BY ELECTRONIC MAIL:** by transmitting via electronic mail a true copy of the above listed document(s) to the email addresses set forth below on this date before 5:00 p.m.:

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(Federal)** I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on **June 1, 2010**, at Los Angeles, California.

**Annie Yang**
Type or Print Name                              Signature

66607.1

## SERVICE LIST

United States District Court
Central District of California
312 North Spring Street
Los Angeles, CA 90012

Honorable Judge Dean D. Pregerson
United States District Court
Central District of California,
Courtroom 3, 2nd Floor
312 North Spring Street
Los Angeles, CA 90012

I hereby certify that I served via U.S. Mail, postage prepaid, the documents identified above:

Thomas W. Dressler, Esq.
Dennis M. McPhillips, Esq.
Dressler Law Group
707 Wilshire Blvd., Ste. 3700
Los Angeles, California 90017
*Attorneys for Defendants Univest Financial Services, Inc., Jeffrey M. Moritz and Laurent Gerschel,*

Todd D. Thibodo, Esq.
Law Offices of Todd D. Thibodo
16133 Ventura Boulevard, Suite 580
Encino, California 91436
*Attorney for Defendants KM & Associates International LLC, KB&M Associates International LLC, and CTL Projects International, LLC*

Wayne E. Beaudoin, Esq.
The Law Offices of Wayne Beaudoin
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
*Attorney for Defendant Mira Meltzer*

William Donovan, Esq.
Brendan E. Starkey, Esq.
DLA Piper LLP (US)
1999 Avenue of the Stars, Fourth Floor
Los Angeles, California 90067-6022
*Attorneys for Defendant Kevin Kondas*

John P. Hannon II, Esq.
Law Offices of John P. Hannon II
716 Capitola Avenue, Suite F
Capitola, California 95010
*Attorney for Defendant Charles W. Woodhead*

Boris Lopatin
Land Base, LLC
1431 Ocean Avenue, # 1210
Santa Monica, CA 90401

66607.1