Haig Kalbian (Admitted *pro hac vice*)
Mary M. Baker (Admitted *pro hac vice*)
D. Michelle Douglas (CA Bar No. 190248)
Aaron Knights (Admitted *pro hac vice*)
Kalbian Hagerty L.L.P.
The Brawner Building
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone:      (202) 223-5600
Facsimile: (202) 223-6625
E-mail:     hkalbian@kalbianhagerty.com
            mmb@kalbianhagerty.com
            mdouglas@kalbianhagerty.com
            aknights@kalbianhagerty.com

Louis R. Miller, Esq. (CA Bar No. 54141)
Alexander Frid, Esq. (CA Bar No. 216800)
Miller Barondess, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Phone:      (310) 552-4400
Facsimile: (310) 552-8400
E-mail:     smiller@millerbarondess.com
            sfrid@millerbarondess.com

*Counsel for Plaintiff Kevin So*

UNITED STATES DISTRICT COURT FOR THE
CENTRAL DISTRICT OF CALIFORNIA
(Western Division-Los Angeles)

| | |
|---|---|
| KEVIN SO,<br><br>              Plaintiff,<br><br>v.<br><br>LAND BASE, LLC, et al.<br><br>              Defendants. | CASE NO. CV 08-3336 DDP (AGRx)<br><br>**PLAINTIFF'S NOTICE OF ERRATA RE DECLARATION OF D. MICHELLE DOUGLAS IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS UNIVEST AND JEFFREY MORITZ**<br><br>(Hon. Dean D. Pregerson) |

TO THE HONORABLE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT** Plaintiff Kevin So is filing herewith a Supplemental Declaration of D. Michelle Douglas which is intended to replace the

1

1  following declaration: Declaration of D. Michelle Douglas in Support of Plaintiff's
2  Opposition to Defendants Univest and Moritz's Motion for Summary Judgment (See
3  Docket 382). The reason for the substitution is twofold. First, the Declaration of Birui
4  Wang, attached to the original Douglas Declaration as Exhibit B and referenced at
5  Paragraph 4,[1] was missing Page 2. A full and complete copy is attached to the
6  supplemental Douglas Declaration. Second, the original Douglas Declaration noted that
7  Exhibits J through S were uncertified copies but that counsel would replace those with
8  certified copies as soon as they were received from the Clerk of the U.S. District for the
9  Eastern District of Kentucky. Plaintiff has now received those certified copies, and
10 provides them with the supplemental Declaration.

11      For the Court's convenience, all other exhibits have been attached to the
12 supplemental Declaration so that this version can be substituted for the original
13 Declaration *in toto*.

15 Dated: June 23, 2010          KALBIAN HAGERTY, LLP
16                              /s/ D. Michelle Douglas
17                              _____
                                D. MICHELLE DOUGLAS (CA Bar No. 190248)
18                              *Counsel for Plaintiff Kevin So*

---

[1] Please note that Paragraph 4 of the original Douglas Declaration inadvertently refers to the Wang Declaration as Exhibit A, but this is a typographical error. The supplemental Declaration correctly refers to the Wang Declaration as Exhibit B.

2
Notice of Errata Re Declaration of D. Michelle Douglas in Support of Opposition to Defendants
Univest and Moritz's Motion for Summary Judgment or Judgment on the Pleadings

# CERTIFICATE OF SERVICE

I am employed in the District of Columbia; I am over the age of eighteen years and not a party to the above-entitled action; my business address is 888 17th Street, NW, Suite 1000, Washington, DC 20006.

I hereby certify that on the date set forth below, I have electronically filed the foregoing:

**Notice of Errata Re Declaration of D. Michelle Douglas in Support of Opposition to Defendants Univest and Moritz's Motion for Summary Judgment or Judgment on the Pleadings; Supplemental Declaration of D. Michelle Douglas**

with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Thomas W. Dressler, Esq.
Dennis M. McPhillips, Esq.
Dressler Law Group
707 Wilshire Blvd., Ste. 3700
Los Angeles, California 90017
*Attorneys for Defendants Univest Financial Services, Inc., Jeffrey M. Moritz and Laurent Gerschel,*

Todd D. Thibodo, Esq.
Law Offices of Todd D. Thibodo
16133 Ventura Boulevard, Suite 580
Encino, California 91436
*Attorney for Defendants KM & Associates International LLC, KB&M Associates International LLC, and CTL Projects International, LLC*

Wayne E. Beaudoin, Esq.
The Law Offices of Wayne Beaudoin
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
*Attorney for Defendant Mira Meltzer*

William Donovan, Esq.
Brendan E. Starkey, Esq.
DLA Piper LLP (US)
1999 Avenue of the Stars, Fourth Floor
Los Angeles, California 90067-6022
*Attorneys for Defendant Kevin Kondas*

John P. Hannon II, Esq.
Law Offices of John P. Hannon II
716 Capitola Avenue, Suite F
Capitola, California 95010
*Attorney for Defendant Charles W. Woodhead*

I hereby certify that I served via U.S. Mail, postage prepaid, the documents identified above on the following non-efiling user(s):

Boris Lopatin
Land Base, LLC
1431 Ocean Avenue, # 1210
Santa Monica, CA 90401

Dated: June 23, 2010        KALBIAN HAGERTY, LLP

/s/ D. Michelle Douglas

D. MICHELLE DOUGLAS (CA Bar No. 190248)
*Counsel for Plaintiff Kevin So*

---

Plaintiff's Opposition to Motion for Summary Judgment Filed by Defendants Univest and Jeffrey Moritz