UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 08-03336 DDP (AGRx) | Date | July 26, 2010 |

Title   KEVIN SO -V- LAND BASE, LLC; UNIVEST FINANCIAL SERVICES, INC.; BORIS LOPATIN, individually and d/b/a BORIS LOPATIN ASSOCIATES and CHARLES W. WOODHEAD

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| D. Michelle Douglas | Thomas W. Dressler |
| Mary Mikell Baker | Dennis M. McPhillips |
| Louis R. Miller | William P. Donovan , Jr |
| Geoffrey A. Neri | Todd D Thibodo |
| Alexander Sasha Frid | Wayne E. Beaudoin |

Proceedings:

MOTION FOR SUMMARY JUDGMENT AS TO PLAINTIFF'S SECOND AMENDED COMPLAINT OR IN THE ALTERNATIVE, MOTION FOR SUMMARY ADJUDICATION AS TO FIRST, SECOND, THIRD, NINTH AND FIFTEENTH CAUSES OF ACTION IN PLAINTIFF'S SECOND AMENDED COMPLAINT FILED BY DEFENDANTS CTL PROJECTS INTERNATIONAL, LLC, KB&M PROJECTS, INTERNATINALL, LLC, KM & ASSOCIATES INTERNATIONAL, LLC, KEVIN R KONDAS, MIRA MELTZER (FILED ON 05-07-10)
FIRST MOTION FOR SUMMARY JUDGMENT AS TO ALL CAUSES OF ACTION ASSERTED AGAINST UNIVST FINANCIAL GROUP AND JEFFREY MORITZ FILED BY DEFENDANT UNIVEST FINANCIAL SERVICES, INC. (FILED ON 05-07-10)
MOTION TO DISQUALIFY COUNSEL KALBIAN HAGERTY AND MILLER BARONDESS FILED BY DEFENDANTS CTL PROJECTS INTERNATIONAL, LLC, KB&M PROJECTS, INTERNATINALL, LLC, KM & ASSOCIATES INTERNATIONAL, LLC, KEVIN R KONDAS, MIRA MELTZER (FILED ON 05-07-10)
MOTION FOR SANCTIONS RE DEFENDANTS' MOTION TO DISQUALIFY FILED BY PLAINTIFF KEVIN SO (FILED ON 06-11-10 / DOCKET NUMBER 397)

Court hears oral argument and takes the matters under submission.

|   |   |   |
|---|---|---|
|   | 0 0 : | 55 |
| Initials of Preparer | JAC |   |