# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 08-03336 DDP (AGRx) | Date | November 22, 2010 |

Title   KEVIN SO -V- LAND BASE, LLC; UNIVEST FINANCIAL SERVICES, INC.; BORIS LOPATIN, individually and d/b/a BORIS LOPATIN ASSOCIATES and CHARLES W. WOODHEAD

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | Maria Bustillos | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Haig Kalbian **- telephonic** | William P. Donovan, Jr. **- telephonic** <br> Todd D Thibodo **- telephonic** <br> Wayne E. Beaudoin |

Proceedings:

MOTION FOR ENTRY OF JUDGMENT PURSUANT TO RULE 54(B) AS TO KONDAS DEFENDANTS FILED BY PLAINTIFF KEVIN SO (FILED ON 10-25-10 / DOCKET NUMBER 504)

Court hears oral argument and takes the matter under submission.

| | 0 0 | : | 04 |
|---|---|---|---|
| | Initials of Preparer | | JAC |