Haig V. Kalbian (Admitted *pro hac vice*)
Mary M. Baker (Admitted *pro hac vice*)
D. Michelle Douglas (CA Bar No. 190248)
Aaron Knights (Admitted *pro hac vice*)
Kalbian Hagerty L.L.P.
The Brawner Building
888 17th Street, N.W., Suite 1000
Washington, D.C. 20006
Phone:      (202) 223-5600
Facsimile: (202) 223-6625
E-mail:    hkalbian@kalbianhagerty.com
           mmb@kalbianhagerty.com
           mdouglas@kalbianhagerty.com
           aknights@ kalbianhagerty.com

Louis R. Miller, Esq. (CA Bar No. 54141)                                      CLOSED
Alexander Frid, Esq. (CA Bar No. 216800)
Miller Barondess, LLP
1999 Avenue of the Stars, Suite 1000
Los Angeles, California 90067
Phone:      (310) 552-4400
Facsimile:  (310) 552-8400
E-mail:     smiller@millerbarondess.com
            sfrid@millerbarondess.com

*Counsel for Plaintiff Kevin So*

## UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF CALIFORNIA
### (Western Division-Los Angeles)

|  |  |
|---|---|
| KEVIN SO, | CASE NO. CV 08-03336 DDP (AGRx) |
| Plaintiff, | **JUDGMENT FOR SUM CERTAIN AGAINST DEFENDANTS LUCY LU AND HENRY YANG** |
|  | (Hon. Dean D. Pregerson) |
| v. |  |
| LAND BASE, LLC, et al. | **Oral Argument Scheduled** |
| Defendants. | Date: Monday, April 22, 2013 |
|  | Time: 10:00 am |
|  | Place: Courtroom 3, 2nd Floor |

Plaintiff Kevin So, through counsel, having filed a Motion for Default Judgment against Lucy Lu and Henry Yang (collectively "Defendants"), and this case being one

appropriate for default judgment without a hearing, and good cause appearing, the Court hereby makes the following findings of fact and conclusions of law:

I.      Plaintiff filed his Second Amended Complaint on June 12, 2009.

II.     Defendants Lucy Lu and Henry Yang were served with process in this matter on August 31, 2009, and neither has answered or otherwise appeared to defend.

III.    Defendants' default was entered on February 11, 2010, and the allegations contained in Plaintiff's Second Amended Complaint are deemed true.

IV.     The damages sought herein are determinable by way of calculation and are appropriately awarded without a hearing.

V.      Plaintiff has sufficiently proven his right to all damages awarded herein.

VI.     Pursuant to 28 USC § 2412, Plaintiff is entitled to an award of his costs, in an amount to be determined pending submission of a Bill of Costs by Plaintiff.

**NOW, THEREFORE**, based upon the foregoing findings of fact and conclusions of law, the pleadings filed in this matter, and the evidence presented in Plaintiff's Motion for Default Judgment and accompanying Declaration:

**IT IS HEREBY ORDERED** that Judgment in Case No. CV 08-3336 DDP be and hereby is granted in favor of Plaintiff Kevin So, and jointly and severally against Defendant Lucy Lu and Defendant Henry Yang, as follows:

   A.   On Plaintiff's claim for unjust enrichment (Count 6 of the Second Amended Complaint):

        1.   Awarding compensatory damages of $816,222.00;

        2.   Awarding pre-judgment interest at the rate of seven percent (7%) per annum, from July 31, 2008, through the date of issuance of this judgment;

        3.   Awarding costs in an amount to be determined following submission of a Bill of Costs;

4.      Awarding interest on the foregoing amounts pursuant to 28 U.S.C. § 1961 from the date of judgment until paid in full;

5.      Awarding post-judgment costs and attorneys' fees incurred in the collection of this judgment.

B.      On Plaintiff's claim for constructive trust (Count 8 of the Second Amended Complaint):

1.      Awarding compensatory damages of $816,222.00;

2.      Awarding pre-judgment interest at the rate of seven percent (7%) per annum, from July 31, 2008, through the date of issuance of this judgment;

3.      Awarding costs in an amount to be determined following submission of a Bill of Costs;

4.      Awarding interest on the foregoing amounts pursuant to 28 U.S.C. § 1961 from the date of judgment until paid in full;

5.      Awarding post-judgment costs and attorneys' fees incurred in the collection of this judgment.

C.      On Plaintiff's claim for breach of fiduciary duty (Count 10 of the Second Amended Complaint):

1.      Awarding compensatory damages of $24,832,860.96;

2.      Awarding pre-judgment interest at the rate of seven percent (7%) per annum, from July 31, 2008, through the date of issuance of this judgment;

3.      Awarding costs in an amount to be determined following submission of a Bill of Costs;

4.      Awarding interest on the foregoing amounts pursuant to 28 U.S.C. § 1961 from the date of judgment until paid in full;

5.      Awarding post-judgment costs and attorneys' fees incurred in the collection of this judgment.

**IT IS FURTHER ORDERED** that Plaintiff is entitled to apply payments received on this Final Judgment first toward after-accruing interest, then toward principal.

**IT IS FURTHER ORDERED** that, the Court finds there is no just reason for delay and, if this Judgment is against less than all Defendants herein, that the Clerk shall enter this as a final Judgment upon its filing, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: July 02, 2013

United States District Judge